# EXHIBIT A

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF   29

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. FA3002-08-D-0011 | 2. DELIVERY ORDER/ CALL NO. 0005 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2010 Apr 30 | 4. REQ./ PURCH. REQUEST NO. F4ATA59343A001 | 5. PRIORITY |

**6. ISSUED BY**   CODE  FA3002

AETC CONS/LGCT (GLORIA J. WILSON)
C/O HQ AFCESA/CEKC
139 BARNES DRIVE, STE 1
TYNDALL AFB FL 32403-5319

**7. ADMINISTERED BY** (if other than 6)   CODE  FA3002

AETC CONS/LGCT (TODD D. COOK)
C/O HQ AFCESA/CEKC
139 BARNES DRIVE, STE 1
TYNDALL AFB FL 32403-5319

**8. DELIVERY FOB**

[X] DESTINATION
[ ] OTHER

(See Schedule if other)

**9. CONTRACTOR**   CODE  1CKB7     FACILITY

**NAME AND ADDRESS**
TUTOR PERINI CORPORATION
EDWARD GRECO
73 MOUNT WAYTE AVE
FRAMINGHAM MA 01702-5803

**10. DELIVER TO FOB POINT BY (Date)** (YYYYMMDD)
SEE SCHEDULE

**11. MARK IF BUSINESS IS**
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS**
Net 14 Days

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Item 15

**14. SHIP TO**   CODE

SEE SCHEDULE

**15. PAYMENT WILL BE MADE BY**   CODE  F67100

DFAS-LI - F67100
DFAS-BAASD/CC
PO BOX 369020
BLDG #21 - MAILROOM
COLUMBUS OH 43236-9024

**MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.**

**16. TYPE OF ORDER**

| DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
| PURCHASE | | Reference your quote dated |

Furnish the following on terms specified herein.  REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA TEL: 850-283-6319 EMAIL: todd.cook@tyndall.af.mil BY: TODD D. COOK        CONTRACTING / ORDERING OFFICER | 25. TOTAL  $81,231,252.00 |
| | | 26. DIFFERENCES |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**

[ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
| | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER   g. E-MAIL ADDRESS | | | |

**36. I certify this account is correct and proper for payment.**

| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL | 34. CHECK NUMBER |
| | | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | UNDEFINED | Lump Sum | UNDEFINED | $0.00 |

CONSTRUCTION SERVICES
FFP
The contractor shall perform services in accordance with the Statement of Work dated 2 April 2010 and included in Section C of this Task Order.  The Task Order is for repair of the West Runway at Andrews AFB, MD
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | $0.00 |
|--|--|--|--|-------------|-------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001AA | | 1 | Lump Sum | ███████ | ███████ |

Funding SubCLIN
FFP
Provides repair funding for the West Runway construction at Andrews AFB, MD
FOB: Destination
PURCHASE REQUEST NUMBER: F4ATA59343A001
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | ███████ |
|--|--|--|--|-------------|---------|

ACRN AA
CIN: F1D3260112H0010000AA                                      ███████

Section C - Descriptions and Specifications

<u>STATEMENT OF WORK</u>

STATEMENT OF WORK

S/R&M Acquisition Task Order Contract (SATOC)
SATOC Delivery Method:  Traditional Construction

Repair/Replacement of West Runway 01L/19R

Andrews AFB, Maryland
Base Project Number:  AJXF-05-1510
AFCESA Project Number:  ANDR-09-S-3049

02 APRIL 2010

1.0 PURPOSE

The work to be performed under this Task Order (TO) shall be performed under the general conditions of the SATOC Contract and the Basic Statement of Work contained therein, as modified by this task order Statement of Work.  Where this task order Statement of Work conflicts with the basic SATOC contract, the Contractor shall consult with the Contracting Officer (CO).  This task order shall be accomplished using the SATOC Traditional Construction delivery method.   Complete all work, required documents, work plan schedules, submittals, specifications, and as-built drawings as required to Repair/Replacement of Runway 01L/19R at Andrews AFB, MD in accordance with this Statement of Work (SOW) and the 100% Plans and Specifications.

2.0 SCOPE

2.1     This statement of work (SOW) defines the scope of a full range of construction activities for the Repair/Replacement of Runway 01L/19R at Andrews AFB, MD.  Specifically, the Contractor shall provide for and complete all work referenced and in accordance with the 100% Plans and Specifications described in Section 3.0 of this work statement.

2.2     This SOW encompasses the full range of methods and technologies supporting activities necessary to remedy site conditions in accordance with technical and regulatory requirements and to provide construction and ancillary services as required herein.  Requirements will also include traditional engineering, as necessary.

2.3     The Contractor shall function as an integral team member in support of the AFCESA mission, to include the sharing of information with other AFCESA/Base Contractors (i.e. Title II, A&E, etc…), and cooperation with communities, regulators, and other government entities.

2.4      Requirements include efficient management of this TO including accurate, on-time submittals of contract deliverables and timely identification and solution of impediments to successful project execution.  AFCESA will rely on the Contractor's expertise in recognizing and addressing problematic issues and successful execution of this TO.

2.5     The project will be accomplished in phases as detailed in the 100% Plans and Specifications.   The Contractor shall provide for their phasing methodology as part of their proposal.

2.6     Upon award of the task order, work shall proceed in the generation of the required Work Plans, to include schedules and the material submittals.

3.0 DESCRIPTION OF WORK

3.1     The Contractor shall comply with the 100% Plans and Specifications provided by the Government for the Repair/Replacement of Runway 01L/19R in its entirety except items specifically identified in this SOW.   The Contractor shall utilize the 100% design specifications and drawings provided on a CD-ROM via FedEx on 01 December 2009.

3.2     The 100% Plans and Specifications address numerous regulations, standards, and guidance documents. Additionally the Contractor shall identify and comply with all applicable federal, state, and local statutes; Air Force/Military instructions, manuals, handbooks, regulations, guidance, and policy letters; Executive Orders (EOs); American Petroleum Institute (API) Codes; National Association of Corrosions Engineers (NACE); National Fire Protection (NFPA); Unified Facilities Criteria (UFC); Steel Structures and Painting Counsel (SSPC); National Electrical Code (NEC); Uniform Fire Code; and International Building Code (IBC) including all changes and amendments in effect on the date of issuance of this TO. It is the Contractor's responsibility to identify and comply with all applicable requirements.

3.3     The Contractor's proposal on this project shall provide cost breakout detail for each bid schedule item provided on the AFCESA Standardized Bid Sheet and detailed in the following sections.  Parts of the following Sections are brief re-iterations of information from the 100% Design specifications, and the Contractor shall consult the 100% design for full details.

3.3.1   Repair Requirements – Remove & Replace Runway 01L/19R Pavement
   a)   Remove existing pavement and underlying aggregate as needed to construct new pavement.
   b)   Subgrade preparation and soil modification.
   c)   Aggregate Base Course
   d)   Drainage Layer
   e)   PCC Pavement, including joint sealant and grooving.
   f)   HMA shoulder construction adjacent to new PCC pavement and blast pads.
   g)   NAVAID Relocation
   h)   Approach Lighting
   i)   Various Airfield Lighting (i.e. edge lights, centerline, etc...)
   j)   Arrestor Systems

3.3.2   Unsuitable Subgrade Materials
         Unsuitable Subgrade:  Contractor shall include all costs associated with the removal of an estimated 86,000 CY of unsatisfactory or unstable material and replacement with select granular material base compacted in place.  The Contractor shall include, with their proposal, a unit price per cubic yard compacted in place.  The location and depth of unsatisfactory unstable material shall be determined during preparation and/or proof rolling on the subgrade.  The limits, depths, and locations of unsuitable material replacement shall be approved by the Contracting Officer Representative and Title II Construction Inspection prior to excavation and recorded by the Contractor on a systematic plan that shall be provided to the Contracting Officer as part of their monthly reporting requirements.  Areas identified in the 100% Design requiring filling, grading, excavation and/or replacement of material (e.g. Sheet G-6 – General Notes #16) are not part of the 86,000 CY of materials, and these items shall be covered in the Base Bid costs.  At the conclusion of site actions the TO will be modified to reflect the actual quantity of unsuitable material removed/replaced, and quantities not utilized will be returned as a credit to the Government at the unit rates provided in the original TO.

3.3.3   Environmental Media
         EPA, AFCEE, and AAFB are currently pursuing Corrective Action (CA) efforts in regards to the MMRP and LF-06 sites.  The Contractor is required to stockpile and manage materials from these sites, until the Government determines appropriate disposal requirements based on the findings of the CA (estimated at Late Sept 2010).  Offerors shall provide for this requirement in their schedule and technical approach.  Due to this requirement, is it the preference of the Government that the excavation and stockpiling of these material/soils be limited to the shortest timeframe possible, thus reducing the

FA3002-08-D-0011
0005
Page 5 of 29

amount of time that is required for management of the stockpiles.  During the timeframe prior to the
approval for disposal the Contractor can conduct the necessary assessment actions.

3.3.3.1   Lead Impacted Soils from MMRP Site

Lead Impacted Soils:  Contractor shall include a per unit cost for the removal, characterization,
transportation, disposal of an estimated 40,000 TN of lead impacted soils/material and replacement
with select granular material base compacted in place.  The Contractor shall include in the unit price
the costs for disposal of the soils/materials at a facility that is permitted for accepting solid waste (i.e.
Subtitle D).  The Contractor shall reference the 100% Design, along with information provided in
Appendix A for determination of the areas of the MMRP in addition to the required sampling/testing
protocols.  The limits, depths, and locations of environmentally impacted media shall be approved by
the Contracting Officer Representative and Title II Construction Inspection prior to excavation and
recorded by the Contractor on a systematic plan that shall be provided to the Contracting Officer as part
of their monthly reporting requirements.  At the conclusion of site actions the TO will be modified to
reflect the actual quantity of material removed from the MMRP site, and quantities not utilized will be
returned as a credit to the Government at the unit rates provided in the original TO.  Contractor shall
also follow guidance provided in Attachment A to this SOW.

3.3.3.2   Environmentally Impacted Soils from LF-06 Site

Environmental Impacted Soils:  Contractor shall include a per unit cost for the removal,
characterization, transportation, disposal of an estimated 1,500 TN of impacted soils/material and
replacement with select granular material base compacted in place.  The Contractor shall include in the
unit price the costs for disposal of the soils/materials at a facility that is permitted for acceptance of
TSCA designated wastes.  The Contractor shall reference the 100% Design, along with information
provided in Appendix A for determination of the areas of the LF-06 site, in addition to the required
sampling/testing protocols.  The limits, depths, and locations of environmentally impacted media shall
be approved by the Contracting Officer Representative and Title II Construction Inspection prior to
excavation and recorded by the Contractor on a systematic plan that shall be provided to the
Contracting Officer as part of their monthly reporting requirements.  At the conclusion of site actions
the TO will be modified to reflect the actual quantity of material removed from the LF-06 site, and
quantities not utilized will be returned as a credit to the Government at the unit rates provided in the
original TO.  Contractor shall also follow guidance provided in Attachment A to this SOW.

3.3.4   Replacement Material for Aggregate Base Course (Separation Layer)

Aggregate Base Course (Separation Layer):  Contractor shall include all costs associated with the
procurement, transportation, and installation (IAW specifications) of  67,000 cubic yards (CY) of
material for usage in the construction of the Aggregate Base Course (ABC) under the new PCC
pavement.  The Contractor shall include, with their proposal, a total cost for the 67,000 CY and a unit
price per cubic yard compacted in place.  The 100% Design specifications allows for the recycling of
the existing PCC for usage in the construction of the ABC under the new airfield pavement.  However,
prior to the usage of the recycled PCC from the existing runway, the material is required to be tested in
accordance with the 100% specifications requirements (e.g. ASTM C-1260).   If it is determined that
the existing PCC is not suitable for usage under the airfield pavement (i.e. expansion greater than 0.08
after 28 days), then the Contractor shall utilize the 67,000 CY of virgin material identified in this
section for usage under the airfield PCC pavement.  If it is determined that the existing PCC material is
useable for construction actions under airfield pavement, then the cost of the 67,000 CY of material on
this line item will be provided back the Government as a credit.  Only the recycled concrete from the
existing runway is acceptable for usage on the project; the Contractor shall not import recycled
concrete for usage on the project.  Any amounts of material necessary for the project above the 67,000
CY shall be part of the Contractor's Base Bid costs.  Additionally, if the recycled concrete is
determined not to be usable under the PCC pavement, the Contractor may still utilize the recycled
concrete for construction of shoulders and blast pad areas, but not for usage as fill only base course
material.

FA3002-08-D-0011
0005
Page 6 of 29

3.3.5    Standard PCC Thickness (BASE BID REQUIREMENT)

As part of the 100% Design, drawings sheets C-401 through C-405 illustrate the typical pavement sections for various parts of the runway project.  The sheets illustrate some pavement sections which have keel sections that are 19.5 and 15 inches thick, which then thin to 11.5-inch thick pavement transversely.  The Contractor shall construct all pavement sections at full depth to the thickness of the thickest pavement section across that specific transverse area.  Example:  Sheet C-402 indicates 15-inch and 19.5-inch pavement sections that thin down to 11.5-inch thickness in the outboard areas.  The Contractor shall provide full 15-inch or 19.5-inch thick pavement for these entire areas.

3.3.6    ASTM C-1260

All testing in accordance with ASTM C-1260 as required in the 100% specifications shall be conducted for 28 days not the 16 days indicated in the specifications.  The requirement for expansion less than 0.08 percent still holds for the 28 day requirement.

3.3.7    National Park Service Permit

Contractor shall conduct the necessary coordination and prepare the necessary documentation for obtaining a Special Use Permit from the National Park Service for the area encompassing the approach lighting located north of Suitland Parkway.   The contractor shall account for the necessary time for obtaining the permits, along with the meeting the restrictions of the permit.  The restrictions of the permit entail limited site disturbance, horizontal boring versus trenching, providing approach light standards in an alternate color from the standard orange, the installation of native shrubbery to replace any plants damaged, and additional shrubbery to screen the light standards from the view of vehicles on Suitland Parkway.

3.3.8    Fiber Conduit

As part of the implementation of the project the Contractor may encounter Asbestos Containing Conduits (ACC) in the subsurface.  The conduits are currently utilized as the electrical conduits primarily supplying power for the airfield lighting circuits.  The Contractor shall take note of the presence of the ACC and make efforts to avoid damaging or disturbing these conduits where present.  Avoidance measures may entail the installation of new utilities at elevations or locations slightly different than what is provided for in the design.  Also much of the fiber conduit encountered may not contain asbestos; and thus the Contractor shall provide for testing of conduit on a basis of one sample per every 300 feet of trench that encounters ACC/Fiber Conduit as indicated on the 100% design, or where there is a change in conduit size.  The current design documents indicate that the project could encounter approximately 40,000 linear trench feet that would contain possible ACC.  The Contractor shall provide costs for the proper removal of 40,000 linear trench feet of ACC, with many locations containing multiple conduits in a single trench.  As part of the overall costs, the Contractor shall also provide unit costs per 10 feet of trench containing ACC for removal, transportation, and disposal of the ACC.  The limits and locations of ACC removal shall be approved by the Contracting Officer Representative and Title II Construction Inspection prior to removal and recorded by the Contractor on a systematic plan that shall be provided to the Contracting Officer as part of their monthly reporting requirements.   At the conclusion of site actions the TO will be modified to reflect the actual quantity of ACC material removed, and quantities not utilized will be returned as a credit to the Government at the unit rates provided in the original TO.

3.3.9    Construction Entrance

The Contractor shall account for the installation of an 18ft wide gate entrance in the northern perimeter fence off Perimeter Road.  The installation of this fence shall also account for the removal and temporary re-installation of the ATFP cables as necessary to allow for installation of the fencing.  Additionally the perimeter road at the  location has curb and gutter, along with a concrete stormwater ditch, the Contractor shall address these structures in the construction of the project entrance.  The Contractor shall provide for restoration of this area to pre-project conditions following completion of the project.

As part of the operations associated with the site entrance, the Contractor shall provide for necessary road signage to notify motorist of the construction entrance and truck entering/exiting the road.  The Contractor shall also provide for dedicated flagmen for traffic control at the gate entrance and on Perimeter Road.

3.3.10    Operational Periods

The Contractor shall access Andrews AFB and the project site at the locations indicated in the 100% Design.  In addition, the Contractor shall comply with all requirements regarding escorts, quiet times, ramp freezes, and other airfield operations as defined in the 100% Design. The Contractor shall provide security/escorts as required in Attachment B to this Statement of Work.  The Contractor shall comply with the Base access requirements regarding entrance to Andrews AFB through the Pearl Harbor Gate. Requests for variations to operational schedules shall be submitted in writing to the CO/COR a minimum 72 hours prior to the requested variance; a request does not guarantee Government acceptance.  Contractor should note that during ramp freezing, not only operations within the secure area are restricted but all operations within the flight path are also prohibited (e.g. work on or around approach lights or ISL components).

3.3.11    Pre-Construction Training

Upon award of the Task Order the Contractor and their selected subcontractors shall attend a four day Air Force training class that will cover operational requirements for PCC Airfield Pavement, HMA Airfield Pavement, and Airfield Lighting. The training classes are held on separate days and the appropriate technical personnel shall attend each.  Electrical training will be conducted separately from and subsequent to initial pavement training, schedule to be determined, and Contractor shall plan accordingly.  The Contractor shall plan for the training to possibly occur after the initiation of field construction operations.

3.3.12    NEPA Actions - Environmental Assessment (EA)

The Contractor's efforts shall comply with the Federal and State environmental standards, and the requirements set forth in the Environmental Assessment (EA) West Runway Repair Joint Base Andrews-Naval Air Facility, Washington, Maryland, dated March 2010.   A generalized list of AAFB Commitments, associated with the EA, are provided in Attachment C of this SOW.   The Finalized EA, indicated above, has also been provided to the Contractors on 02 April 2010.

3.4      Technical errors/omissions or site conditions not compatible with the contract documents are the responsibility of the Contractor to identify and bring to the attention of the Base Contracting Officer's Representative (COR) and AFCESA Project Manager (PM).  The Contractor shall present the discrepancy in writing along with the recommended solution if readily evident.

3.5      Of special note, the Contractor shall pre-qualify the concrete aggregate supplier.  Contractor shall take note of testing requirements and standards for acceptance of aggregate material.  Non ASR (Alkali-Silica Reactivity) aggregate shall be used for all concrete in this project.  Specification 03 30 00 requires frequent Contractor testing of aggregates and the concrete mixture while building the stockpiles and during paving.  Testing shall be at the Contractor's expense.  The taking of the samples will be pre-coordinated with the Quality Assurance Title II Contractor.  In addition to the 100% specification requirements the Contractor shall increase the timeframe for the ASTM C-1260 testing to 28 days.  Additionally the entire proposed aggregate blend shall also be tested utilizing ASTM Method C-1567.

3.6      The Contractor shall provide, within 60 days of any partial or total transfer of the facility, an original DD Form 1354 to 316th CES/CEC.  The following Web Site can be used to access the forms:

http://www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm

3.7     The QA Title II, Base Civil Engineering Representatives, HQ AFDW and/or HQ AMC representatives, the QA A&E Title II firm and any other organizations interested, will participate in all facility acceptance inspections. The Contractor shall coordinate with Title II Contractors for the pre-final and final acceptance inspection.  No partial acceptance of the project is allowable, except for the Taxiway areas necessary for continued airfield operations in accordance with the design requirements (i.e. two taxiways operational at all times).

3.8     Warranties and Repairs:  The Contractor shall meet with Government representatives prior to the start of the warranty period (final inspection) to discuss warranty procedures.  The Contractor shall furnish a warranty book with all warranties, extended warranties, and a point of contact for all warranty work (name, telephone number, and address) located in the local area.  If applicable, the Contractor shall complete all inspection and commissioning requirements prior to final inspection.  The warranty shall be issued in accordance with FAR 52.246.21.  Extended warranties offered by the Contractor and its subcontractors or suppliers may be accepted at the Government's discretion

3.9   The Government recommends the use of gang drilling machines during the installation of dowels in PCC pavement.  The usage of single drill machines may lead to alignment problems and require rework or replacement of pavement by the Contractor.

3.10  The use of precast light can bases, versus cast-in-place, is unacceptable to the Government.

3.11    Wetlands
As shown in the 100% design, there are areas of grading for the project that encroach on wetlands and the associated wetlands buffer.  The Government is currently pursuing a wetlands permit to address the project impact to these areas; however no required mitigation by the Contractor is anticipated, however, the Contractor is required to restore the areas in accordance with the specifications.  Contractors shall not impact or affect any wetlands or wetland buffers until such time that the wetlands permit is obtained, which is estimated to be finalized on 02 August 2010.  The as defined boundaries of the wetlands are provided on the boundary maps and images provided on 02 April 2010.  The area of temporary impact to wetlands is approximately 50.5 acres, with permanent impacted areas of approximately 11.2 acres.  The Contractor shall employ appropriate Best Management Practices (BMP) for working in and around the wetland areas as not to impact any of the wetland or wetland buffer areas, except those specifically called out as part of the construction of the efforts.  The BMPs shall be in accordance with accepted Maryland Department of Environment (MDE) and USACE procedures/guidelines/regulations.  Failure to properly management of run-off and wetland areas can result is regulatory violations, restrictions, and project delays.  The Contractor shall also comply with the wetlands requirements/guidelines as provided in the 100% Design Specifications and Drawings.

3.12    Polyurethane Foam Stabilized Soil
The 100% indicates a location where polyurethane foam soil stabilizer was utilized under the airfield pavement.  The location of the foam stabilizer is an area where a stormdrain line is schedule for demolition/removal and replacement, and thus removal and disposal of most of the foam is required in the execution this effort.  The Contractor shall make all reasonable efforts to remove all polyurethane foam stabilizer, with the understanding that minor amounts will remain at the end of the effort.  Contractor shall ensure that all foam is removed from the area to a depth 2.5feet below the bottom of aggregate base course (ABC).  The polyurethane foam material was provided and installed by URETEK USA.  The Government does not have the MSDS on the polyurethane foam, but is probably available through the manufacturer.

3.13    Temporary Waterline For Batch Plant Site
The Contractor is responsible for installation of a waterline for supplying water to their construction operations (i.e. batch plant).  Contractor is not allowed to make their own connection (i.e. tap) into any existing waterlines, and shall coordinate with Terrapin Utilities if there is a requirement to tap into or modify existing water lines for execution of the project.  Contractor is required to reimburse Terrapins Utilities costs for any oversight or construction efforts required during waterline connection operations.  There is a hydrant tie-in located approximately 1,200 feet to the east of the batch plant site for usage or there is 14 inch waterline located adjacent to the perimeter road (as show in the design) that the Contractor can utilize upon coordination with Terrapin Utilities.   Any waterline(s) installed shall be removed at the end of the project.

FA3002-08-D-0011
0005
Page 9 of 29

4.0 GOVERNMENT FURNISHED MATERIAL (GFM)

4.1  100% Plans and Specifications for repair of Runway 01L/19R were distributed via FedEx on 01 December 2009.  The Contractor, upon request, may be provided with additional documents, drawings, and general reference material.  However, these requests must be submitted directly to the Base POC and may be refused if deemed unnecessary, security sensitive, or outside the scope of work.

5.0 DELIVERABLES

5.1  Project Management Plan

The Contractor shall submit a Project Management Plan (PMP), which thoroughly describes the scheduling, management, and teaming approach for the project.  The PMP shall define the execution teams, to include subcontractors in addition to key personnel such as the project manager, project engineer, superintendent, and quality control manager.  Include a description of the quality control process as required by the specifications to be used throughout the project to include final project completion documents.

5.2      The Contractor shall submit a signed AF 3064 (or approved equivalent), Contract Progress Schedule, depicting an overall contract progress schedule for the main elements of work for the period of performance as described in the Table of Deliverables below.  The contractor shall also provide a line graph depicting actual construction progress (solid line) versus scheduled construction progress (dotted line) throughout the period of performance.  The progress schedule shall be signed by the either the COR or the Government contract inspector recommending approval and approved by the Contracting Officer.  If the Contractor requires reimbursement of a high dollar value item, the item shall be identified on the AF 3065.

5.3      The Contractor shall submit AF 3065 as described in the Table of Deliverables below.  This report shall be signed by the Contractor's on-site representative in the Remarks section of the AF 3065.  The work elements and percentages of the total job identified on the AF 3065 shall be identical to the work elements and percentages on the AF 3064.  The Contractor shall obtain either the COR or the Government contract inspector's acceptance by signature of the actual reported progress prior to submission to the Contracting Officer.  Additionally, the contractor shall submit the updated AF 3064 as an attachment to the AF 3065, both of which shall be submitted (signed/approved) with each invoice.

5.4      Delivery Schedule / Distribution of Deliverables.  Specific deliverables identified in Table of Deliverables of this SOW should be submitted as indicated.   Deliverables not specifically called out in that table shall be provided in accordance with the 100% design specifications, except for delivery of submittals to the AFCESA PM and CO, which shall be submitted electronically.

5.5      Web-Based Submittal Tracking

Due to the large number of submittals and number of personnel/contractors reviewing the documents, the contractor shall provide and maintain a web-based submittal tracking and approval system for the project.  The website shall provide for secure log-in by various individuals (i.e. Title II, A&E, COR, CO, etc...), and the ability to provide comments, approvals, rejections, etc...

5.6      Technical Plans and Reports

The Contractor shall provide technical plans and reports as defined at the TO level and in accordance with the 100% Design requirements.  The Contractor shall complete these documents according to the most appropriate industry standard.

DELIVERABLES/DISTRIBUTION

FA3002-08-D-0011
0005
Page 10 of 29

| | AFCESA PM/CORA | Base POC / CES | AFCESA CO | |
|---|---|---|---|---|
| Meeting Minutes | 1$^e$ | 1$^e$ | 1$^e$ | 2 days after each meeting |
| Project Management Plan (PMP) | 1$^e$ | 1$^e$ + 1 | 1$^e$ | In accordance with the specifications |
| Construction Quality Plan | 1$^e$ | 1$^e$ + 1 | 1$^e$ | In accordance with the specifications |
| Health and Safety Plan | 1$^e$ | 1$^e$ + 1 | 1$^e$ | In accordance with the specifications |
| Monthly Status Report | 1$^e$ | 1$^e$ | 1$^e$ | 15th of each month |
| Materials Approval (AF Form 3000) | 1$^e$ | 1 | 1$^e$ | 30 Days Prior to Requirement and/or As required in 100% Designs |
| Production or Delivery Problem Report | 1$^e$ | 1 | 1$^e$ | Same day of event or occurrence |
| Permits | 1$^e$ | 1 | 1$^e$ | As required and/or detailed in 100% Design. |
| Survey Reports | 0 | 1$^e$ + 1 | 0 | As required and/or detailed in 100% Design. |
| Geographical Information Systems Updates | 0 | 1$^e$ | 0 | As required and/or detailed in 100% Design. |
| Inspection Reports | 0 | 1$^e$ + 1 | 0 | As required and/or detailed in 100% Design. |
| O&M Manuals (AF Form 3000) | 1$^e$ | 1$^e$ | 1$^e$ | 30 days after final inspection |
| Progress Schedule (AF Form 3064) | 1$^e$ | 1 | 1$^e$ | 15th of each month |
| Progress Reports (AF Form 3065) | 1$^e$ | 1 | 1$^e$ | 15th of each month |
| Pre-Final Inspection Report | 1$^e$ | 2 | 1$^e$ | In accordance with 100% Design |
| Final Inspection Report | 1$^e$ | 2 | 1$^e$ | In accordance with 100% Design |
| As-built Drawings | 1$^e$ | 2$^a$, 2, 1$^M$ | 1$^e$ | 60 days after Final Inspection |
| Electronic Specifications Changes in MS Word® | 1$^e$ | 1$^e$ | 1$^e$ | 60 days after Final Inspection |
| Transfer & Acceptance of Military Real Property (DD 1354) | 1$^e$ | 1 | 1$^e$ | 60 days after Final Inspection |

1$^e$ = Indicates only one electronic copy of the submittal is required in the format as required in the specifications, or if not indicated the document shall be in PDF format.

1$^a$ = Indicates the document shall be submitted on a CD in a version compatible with the Base system and the 100% Design requirements.

1$^M$ = Indicates submittal of full sized Mylar drawings.

6.0 INVOICING

Invoice Procedure:  The Contractor shall submit and process invoices in accordance with Section H of the award documentation, in exception to 100% Design Specifications.

7.0 GOVERNMENT POINTS OF CONTACT (POC)

AFCESA  Contracting Officer -
Mr. Todd Cook, HQ AFCESA/CEKC
139 Barnes Dr., Suite 1
Tyndall AFB, FL 32403-5319
COMM: (850) 283-6319
DSN: 523-6319
Fax: (850)283-6047
todd.cook@tyndall.af.mil

AFCESA Contract Administrator -
 Mrs Lane Bramblett, HQ AFCESA/CEKC
 139 Barnes Dr., Suite 1
 Tyndall AFB, FL 32403-5319
 COMM: (850) 283-6565
 DSN: 523-6565
 Fax: (850)283-6047
 lane.bramblett@tyndall.af.mil

AFCESA COR Advisor
Mr. Mark Dent, HQ AFCESA/CEK
139 Barnes Dr., Suite 1
Tyndall AFB, FL 32403-5319
COMM: (850) 283-6653
DSN: 523-6653
Fax: (850)283-6047
Mark.Dent.ctr@tyndall.af.mil

Andrews AFB COR
Mr. Eric Rothermel, 316th CES/CECE
3710 Fetchet Avenue
Andrews AFB, MD 20762-4803
COMM: (301) 981-2403
DSN: 858-2403
eric.rothermel@afncr.af.mil

ATTACHMENT A

ADDITIONAL INSTRUCTIONS FOR CONSTRUCTION OPERATIONS IN ENVIRONMENTAL RESTORATION
AREAS

1.0     Overview

There are two areas of the airfield currently managed under the Andrews AFB Environmental Restoration Program (ERP).
These areas, the Multiple Munitions Response Program (MMRP) Area and Landfill 6 (LF-06) Area, are locations of known
contamination and special measures must be taken while working in these areas. The munitions sources are limited to
expended skeet shot and small arms slugs. Shell casings are observed on the surface. No unexploded munitions have been
found in site surveys, nor expected on the airfield. Historical records review conducted by the Army Corps of Engineers at
Andrews AFB do not indicate UXO in this area.

2.0     Work Plans for Work Within ERP Managed Areas

The Contractor shall prepare a Work Plan describing the soil characterization and removal from the MMRP and LF-06 Areas.
The planning documents shall include a MMRP and LF-06 Site-Specific Work Plan (SSWP). The SSWP shall include Site
Specific Sampling and Analysis Plan (SAP), Site Specific Construction Quality Control Plan (CQCP), and Site Specific
Quality Assurance Project Plan (QAPP). The Contractor shall prepare a draft, draft final and final report. Prior to
implementation, the SSWP shall be approved by the CO.

The Contractor shall be responsible for the quality of all required chemistry services performed. The Contractor shall ensure
that all chemistry-related tasks are conducted in accordance with the project-specific Sampling and Analysis Plan (SAP). The
Contractor shall identify a Project Chemist as key personnel in the project SAP. The Project Chemist shall act as a POC on
all chemistry-related issues and shall be responsible for ensuring that all Data Quality Objectives (DQOs) are met.
The Contractor shall develop project-specific DQOs designed to ensure data of adequate quality are collected to support
project decisions. DQOs shall be developed in accordance with USEPA QA/G4, Guidance for the DQO Process (most recent
version) and documented in the project SAP.

All laboratory services shall be conducted in accordance with the QAPP. All field sampling shall be conducted in accordance
with the SAP. The AFCEE QAPP serves as a guidance document in the development of the project specific QAPP.
The Contractor shall ensure that all requirements specified in the project SAP are met. If not met, the Contractor may be
required to re-accomplish sampling at the Contractor's expense. The Contractor shall conduct audits, administer a
performance evaluation sample program, verify and validate data, and perform corrective actions in accordance with the
project SAP.

The Contractor shall select a laboratory with analytical capabilities sufficient for the methods specified in the SAP and
adequate throughput capacity to handle the project's analytical workload during all field activities. The Contractor shall
ensure that the selected laboratory meets all Federal requirements.

The Contractor shall ensure that all hard copy and electronic data deliverables supplied by the laboratory are complete and
adequate to support the quality and usability of the data. Raw data packages shall be submitted to the AF upon request. Data
packages shall include all information required to re-create the analysis, including correspondence with the laboratory
regarding exceeding quality assurance/quality control (QA/QC) measurements and documentation of corrective actions.

Contractor shall create and maintain in one location written and electronic records sufficient to recreate each sampling,
analytical, testing and monitoring event, and shall make these records available to the government upon request. The
Contractor shall maintain records of, and derived from, all activities outlined in the appropriate portion of the QAP supporting
the generation of these sampling and analysis records. The Contractor shall also retain written calculations using information
obtained from sampling, analysis monitoring, and testing activities, to include all raw data. All information shall be provided
to the Government.

The Contractor shall meet any Environmental Resources Program Information Management System (ERPIMS) data deliverable requirements.  The Contractor shall record and enter field and laboratory data into a computerized submission format in accordance with the ERPIMS Data Loading Handbook (DLH).  The DLH is available for download at http://www.afcee.brooks.af.mil/ms/msc_irp.asp.  The Contractor shall be responsible for the accuracy and completeness of all data submitted.  All data submitted by the Contractor shall correspond exactly with the data recorded in the original laboratory reports and other documents associated with sampling and laboratory tasks.

3.0      Recordkeeping for Work Within ERP Managed Areas

The Contractor shall record in field logbooks a detailed accounting of all small arms, clay pigeons or other debris related items encountered at the project site.  This accounting shall include the standard official nomenclature, condition of the item, location, and disposition of each item.  All work activities shall be recorded in a Daily Operations Report provided to COR.

4.0      After Action Report for work within ERP Managed Areas

The Contractor shall document all processes, procedures, and results in an After Action Report (AAR).  The After Action Report shall include all necessary information, including field notes, laboratory results, waste manifests / bills of lading, and photographic documentation of the investigation and removal.  The Draft AAR shall be submitted within 45 calendar days of completion of the field work.  The Contractor shall prepare a Draft, Draft Final, and Final Version of the AAR.

5.0      Applicable Documents

The Contractor shall obtain and comply with, but not be limited to, the provisions contained in the following specific documents:
   a) Resource Conservation and Recovery Act (as amended by the Hazardous and Solid Waste amendments of 1984), subtitle C, "Hazardous Waste Management."
   b) The Clean Water Act, Title 3, "Standards and Enforcement", and Title 4, "Permits and Licenses".
   c) Title 40, Code of Federal Regulations (40 CFR) 260-282, Hazardous Waste
   d) 49 CFR 100-185, Hazardous Materials Regulations
   e) Code of Maryland Regulations (COMAR) 26.08, Water Pollution
   f) COMAR 26.13, Disposal Of Controlled Hazardous Substances
   g) Air Force Instruction (AFI) 32-7041, Water Quality Compliance, 13 May 1994, 15 pages
   h) AFI 32-7042, Solid and Hazardous Waste Compliance, 12 May 1994, 16 pages

6.0      Notification Requirements

The Contractor is required to notify the CO and COR of critical issues that may affect the contract performance and/or human health and the environment.  The types of issues that require notification include, but are not limited to, health risks, spills, and changes in critical personnel, and finding unexploded ordnance (UXO).  As an example, if UXO were discovered during field activities, the Contractor would be required to immediately stop work, report the discovery to the base POC, CO, and COR, and implement the appropriate safety precautions.  Field activities could not continue until clearance was received from the CO.  On critical issues, verbal notification should be made immediately, followed by written notification as soon as practical.

7.0      Multiple Munitions Response Program (MMRP) Area – Unpaved Area from Station 82+10 to Station 100+00

MMRP Area Overview:  This portion of the airfield is an impact area for the skeet and trap range and small arms range from 1960 - 1990s.  That range is located to the west along Wisconsin Road; however recent field delineations have identified lead shot within the footprint of this project.  An extensive amount of lead shot, clay pigeons, and small arms related debris are located in the surface soils to south of the paved portions of the airfield.  The contractor shall remove, characterize, and properly dispose of lead and Poly-Aromatic Hydrocarbon (PAH) contaminated soils from the construction project limits of disturbance that exceed the screening criteria.

This guidance is due to the project sites location at the headwaters of Piscataway Creek, which contains downstream stretches designated as sensitive Tier 2 areas of degraded water quality.  On May 12, 2009, President Obama signed Executive Order (E,O.) 13508 on Chesapeake Bay Protection.  The degraded quality of waters within the Chesapeake Bay watershed is driving increased enforcement activity and tightening standards among state regulators for construction activities, assessment of impacts to wetlands, and other adverse impacts due to non-point source pollution and other sources of contaminants.  Historic DOD waste sites located near streams are of particularly high concern and drive conservative clean-up criteria.

The Contractor shall investigate and remove any lead and PAH contaminated soil from the limits of disturbance for this construction project at the MMRP Area.  The contaminated soil (estimate 32,500 cubic yards) shall be removed and disposed in accordance with all local, state, and federal laws.  Almost 10 acres of the MMRP Area are covered in lead shot and clay pigeon debris, but may not necessarily have contaminated soil.  Documentation indicating the proper disposal of the lead and other wastes must be provided to the CO.

All contaminated soil within the limits of disturbance within the MMRP Area shall be vertically removed until concentrations are below the EPA Regional Screening level of 400 parts per million in the soil.

All contaminated soil within the limits of disturbance within the MMRP Area shall be removed to a depth where total PAH concentrations are below 6.7 parts per million (ecological clean up level established for LF-05, a separate Andrews ERP site reviewed by EPA and MDE).

At least 30 representative samples (i.e. horizontal / vertical delineation) shall be collected post-removal to confirm that contamination has been sufficiently removed.  The samples shall be analyzed via EPA methods SW8310 (for PAHs) and EPA method SW7421 or SW6010B (for Lead).

Furthermore, the Contractor shall maintain the work site to prevent the spread of contamination, provide for the safety of all individuals in the vicinity of the work site areas, and prevent the release of any contamination to the environment.  The work site shall be well marked to prevent inadvertent entry into all work areas.  Access to work areas shall be monitored and thoroughly controlled.  Standard work zones and access points for controlled operations shall be established and maintained as the site conditions warrant.  The Contractor shall ensure compliance with any federal, state, and local regulations and QA/QC protocols and procedures for decontaminating tools, equipment, or other materials, as required.  At all times, keep the work area free from accumulation of waste and non-essential hazardous materials.

The removal areas shall all be backfilled with clean soil/top soil as needed to establish final designed grades and ensure proper stabilization and vegetation.  The disturbed areas shall be stabilized and re-seeded to allow for the proper vegetation growth.

The Contractor shall dispose of all metallic items (munitions debris, scrap metal, etc) in accordance with DODI 4140.62.  The Contractor shall dispose of all debris from the limits of disturbance for this construction project at the MMRP Area, and the Contractor shall follow all DOD and local, state, and federal regulations when carrying out this task.

8.0     Landfill-6 (LF-06) Area - From Station 70+00 to Station 82+10

LF-06 Area Overview:  This portion of the airfield has been used as a landfill and former DRMO yard from the 1950s – 1960s.  Activity of the former DRMO yard included the storage of electrical transformers which has resulted in PCB contamination of surface soils.  Additional lead shot and clay pigeon debris from the former skeet ranges are present in the northern half of the LF-06 Area.

Any soil removed from the LF-06 Area must be considered potentially contaminated with PCB, lead and PAH.  The potentially contaminated soil shall be removed, tested and disposed of in accordance with all local, state, and federal laws. For all areas that will be disturbed as part of construction within LF-06, the Contractor shall remove any potentially PCB, lead and PAH contaminated soil to a depth of 6 inches or to the depth of disturbance.  These areas should be backfilled with clean fill, topsoil, geofabric, and/ or crushed stone in such a manner as to allow for the construction of the project without spreading contamination via surface water, or tires and treads of vehicles.

FA3002-08-D-0011
0005
Page 15 of 29

Soils and cuttings removed to construct the utility runs in and around LF-06 shall be analyzed and disposed of accordance with all local, state, and federal laws.  Estimate volume of soils removed from LF-06 to be 1,000 cubic yards soils as part of the construction operations.

Furthermore, the Contractor shall maintain the work site to prevent the spread of contamination, provide for the safety of all individuals in the vicinity of the work site areas, and prevent the release of any contamination to the environment.  The work site shall be well marked to prevent inadvertent entry into all work areas.  Access to work areas shall be monitored and thoroughly controlled.  Standard work zones and access points for controlled operations shall be established and maintained as the site conditions warrant.  The Contractor shall ensure compliance with any federal, state, and local regulations and QA/QC protocols and procedures for decontaminating tools, equipment, or other materials, as required.  At all times, keep the work area free from accumulation of waste and non-essential hazardous materials.

The removal areas shall all be backfilled with clean soil/top soil as needed to establish final designed grades and ensure proper stabilization and vegetation.  The disturbed areas shall be stabilized and re-seeded to allow for the proper vegetation growth.

The Contractor shall dispose of all metallic items (munitions debris, scrap metal, etc) in accordance with DODI 4140.62.  The Contractor shall dispose of all debris within the area of disturbance for the construction project within the LF-06 area, and the Contractor shall follow all DOD and local, state, and federal regulations when carrying out this task.

FA3002-08-D-0011
0005
Page 16 of 29



ATTACHMENT B

SECURITY ESCORTS FOR CONSTRUCTION ACTIVITIES
JOINT BASE ANDREWS, CAMP SPRINGS, MARYLAND

1.0   DESCRIPTION OF SERVICES:  Contractor shall furnish all labor, materials, supervision, and equipment to provide security escorts for construction activities for the West Runway 01L-19R at Joint Base Andrews, MD, in accordance with this SOW.

Approximately 30 days prior to the start of airfield construction operations the Contractor shall provide a site Security Plan to the Base COR, AAFB Security Forces, and the CO.  The Security Plan shall layout the Contractor's proposed methodology for providing escorts and gate security personnel for the Construction operations.  The document shall be approved prior the start of field operations.

1.1 Personnel Requirements

1.1.1 Contractor shall provide one (1) badged escort to every seven (7) non-badged employees. Contractor escort shall maintain surveillance of assigned area and personnel at all times, until properly relieved by another escort.  Escort shall be dedicated to their task and not utilized for other actions (i.e.  An equipment operator cannot escort while conducting his assigned construction duties).

1.1.2 Contractor shall provide gate security personnel at entry point(s) onto the airfield and at any point crossing active airfield pavement (i.e. taxiways).  The Contractor shall provide for usage of a physical barrier(s) that are to be in place at the active airfield crossings to prevent unauthorized access on to the airfield pavement.

1.1.2.1 Contractor escorts/security personnel will be required to obtain and maintain an Andrews AFB flightline driver's license and provide and maintain vehicles to perform escort services.

1.1.3 Contractor escorts/security personnel shall be able to read, write, and understand verbal commands in English. The personnel shall also have an understanding of maps and airfield layouts.

1.1.4 Contractor escorts/security personnel shall be able to stand or walk for extended periods of time (over 1 hour).

1.1.5 Contractor escorts/security personnel shall possess or obtain a recent (less than six months) Local Agency National Criminal Information Center (NCIC) check and obtain an Andrews AFB security check.

1.2 General Operations

1.2.1 Contractor shall check in at the beginning and end of each duty day with the 316 Civil Engineer Squadron QAE or his/her representative, and the 316 Operations Support Squadron.  The QAE or his/her representative will provide daily escort assignments.

1.2.2 Contractor escort/security personnel shall escort assigned contract personnel to project sites and, as required, remain on site for the duration of a work shift to maintain surveillance.

1.2.3 Contractor shall provide means to communicate with the QAE or his/her representative or 316th Security Forces Squadron to report suspicious actives by escorted contractor(s).  The Contractor may be required to provide 316th Security Forces incident reports or signed statements in the event of a security breach.

1.2.4 Contractor may be required to perform escort responsibilities either inside or outside and in any type of weather. The Contractor shall provide all gear and clothing necessary to withstand working in inclement weather.

1.2.5 The Contractor may be subject to moderate risks or discomforts that require special safety precautions. These situations may expose the Contractor to a variety of hazards associated with maintenance, repair, and minor construction activities including high noise levels, dust, moving equipment, and the weather. Contractor shall provide all personal protective equipment that may be required on job sites. This includes, but is not limited to, safety glasses and shoes, hearing protection, hardhat, goggles, and similar clothing.

1.3 Airfield Operations

1.3.1 Contractor shall provide and maintain UHF hand-held radios and chargers to communicate with the airfield tower to request and execute movements on the airfield. All radios shall have a unique identification number / call sign that are in accordance with Andrews AFB airfield operations procedures. Contractor shall lead all assigned personnel around the airfield following all posted signage, airfield tower direction, restricted area requirements and aircraft movements. Contractor shall turn over to the Government all radios, chargers, batteries, and accessories purchased for the project at the conclusion of project operations.

1.3.2 The Government will provide airfield drivers training to the necessary project personnel. The Contractor shall notify the Government in writing of the personnel requiring flightline driving training a minimum of 10 days prior to the need. All personnel will be required to take and pass the airfield drivers test at the completion of training. Any Contractor personnel not capable of passing the test after two (2) retakes shall be replaced with another qualified personnel.

2.0 SERVICES AND RESOURCES: Contractor shall provide all facilities, material, tools, and labor necessary to complete this contract. The government will provide electric, water, and sewer utilities; police protection; fire protection; and emergency medical services. However, any medical expenses incurred by contractor personnel shall be the responsibility of the contractor.

3.0 GENERAL INFORMATION:

3.1 Damage: Contractor shall repair or replace any government property damaged by the contractor at no additional expense to the Government.

3.2 Emergency: In the case of an emergency, the QAE, Base Fire Chief, and Base Operations Officer, or their representative, shall have the authority to order the contractor to terminate work and clear the area of personnel and equipment.

3.3 Security: The contractor shall conform to all Base Regulations and directives that pertain to security, safety, traffic, fire and personnel clearances. To obtain passes for all work on Andrews AFB, the contractor shall submit the following information on each employee no later than 10 working days before expected arrival on base to 316 CES/CECC at (301) 981-7402:
   a. Full Name of Individual
   b. Social Security Number
   c. Company Name
   d. Vehicle Driver's License
   e. Vehicle State and Tag Number
   f. Project individual is working
Contractor personnel will then have to report to the Visitor's Control Center to obtain passes.

FA3002-08-D-0011
0005
Page 19 of 29

Attachment C
West Runway Environmental Assessment Commitments

The following excerpts are from the EA conducted for the West Runway at Andrews AFB dated 2010.  The page number indicated for each item correspond to the page number of the EA from which the commitment was stated.

1.  Prior to the start of construction, appropriate permits and approvals would be obtained. Any required mitigation will be conducted. (pg 1-7)

| PERMIT | PERMIT AGENCY | AGENCY TO OBTAIN PERMIT |
|---|---|---|
| Individual Permit for Stormwater Associated with Construction Activity | Maryland Department of the Environment (MDE) | AFCESA (with AECOM) |
| Section 404 Permit for working in a wetland | USACE | 316 CES |
| MDE waterways permit & water quality certification | Maryland Department of the Environment (MDE) | 316 CES |
| Air Permit to Construct | MDE | Contractor in coordination with 316 CES |
| Special Use Permit | NPS | Contractor and 316 CES |
|  |  |  |

2.  Prior to initiation of construction activities, plans and documents would be prepared to provide environmental controls, including stormwater management and erosion and sediment control.  The best management practices (BMPs), according to Maryland State Standards, proposed to control erosion and sedimentation by including silt fence and stabilized construction entracts at various entry/exit locations, earth dikes, straw bale dikes, and erosion control matting.  The disturbed areas would include linear narrow strips of land running along existing pavements, demolition and reconstruction of existing pavements, temporary access roads, concrete batch plan, and stockpile areas.  Disturbed areas would be hydroseeded to re-establish airfield turf.  The construction staging area would be provided with adequate BMPs to perform the proper level of control.  (pg 2-2)

3.  Prior to construction activities, full coordination with the Environmental Restoration (ERP) Chief at 316 CES/CEAN would be required for preservation of monitoring wells, avoidance of impacts to areas of concern, and soil testing requirements for materials brought into or removed from the project area. (pg 2-2)

4.  Stockpiling and disposal of soil materials from the Landfill Site (LF-06) would be conducted in accordance with applicable state and federal regulations. (pg 2-2, pg 3-16,  4-2/3 & 4-10)

5.  Soils excavated at Military Munitions Response Program (MMRP) sites at the south end of the project area would require stockpiling, sampling, and analysis prior to off-site disposal. (pg 2-2, 3-16, 4-2/3 & 4-10)

6.  Should natural and/or cultural resources be encountered during the construction, work would stop and the discovery reported to the 316 CES.  (pg 2-3 & 4-9/10)

7.  Construction debris is disposed of at an offsite landfill by the contractor responsible for any renovation or demolition activities (pg 3-19)

8.  During any work in an ERP or MMRP site, a certified industrial hygienist will be present to oversee construction operations and ensure proper handling, sampling, and placement of any contaminated material. (pg 3-23)

9.  Short term minor impacts to Suitland Parkway could occur during the placement of approach lights at the northern end of the project area.  The proposed action includes boring under this road for the installation of new cable and conduit for airfield approach lighting.  As this road is managed by the NPS and is on the NRHP, coordination is required for any work in this area with the NPS and the Maryland SHPO. (pg 4-2 & pg 4-5)

10. As Piscataway Creek is an impaired water and requires an individual permit for Stormwater associated with a construction activity.  This permit would include the preparation of a stormwater management plan and a Soil Erosion and Sediment Control Plan.  These permits and approvals must be obtained prior to the start of construction. (pg 4-2)

11. Henson Creek will be affected at the north end of the construction project (approach lighting) and will require coordination with the NPS and an MDE waterway permit – to include a water quality certification. These are required prior to the start of construction (pg 4-5)

12. The municipal groundwater supply provided to the Base would not be used for the repair activities. (pg 4-4) (UNDER REVIEW)

13. Best management practices would be incorporated to minimize short term negative impacts to surface water resources. (pg 4-5)

14. An "Individual Permit for Stromwater Associated with Construction Activity" is required.  (pg 4-5)

15. The proposed action would have a temporary impact on the wetlands on the northern end of the runway and a long-term impact on the existing wetlands o the southern end of the runway.  Appropriate permits from Maryland and USACE would be obtained prior to any ground disturbing activity. (pg 4-6)

16. Disturbed areas will be reseeded to restore vegetative conditions. (pg 4-6)

17. The construction contractor will file a Spill Prevention and Countermeasures Plan with the base or adopt the existing base plan as part of addressing the potential hazardous waste issue.  The existing procedures outlined in AFOSH will be followed for handling and storage of hazardous materials.  The contractor will remove hazardous waste generated by fueling and maintenance for disposal at their own facilities.  The excavation of asphalt would not generate hazardous waste and offsite disposal of any construction waste would be to approved landfills. (pg 4-10)

18. To minimize traffic impacts the contractor will implement the following measures (pg 4-11) :
   ■ Provide adequate off-street parking for all construction workers to avoid congestion near roadsides
   ■ Encourage construction workers to carpool to the site

19. The proposed action would require the base to obtain the appropriate NPDES permit for construction activities from MDE prior to the start of construction. (pg 4-11)

20. Construction debris would be disposed of at an offsite landfill by the contractor. (pg 4-12)

21. Construction crews would be required to comply with all applicable laws regarding solid waste handling, composting, recycling and/or disposal (pg 4-12)

22. Contract specifications will be implemented to protect the workers.  These specifications will include preparation of a site-specific accident prevention plan and hazardous materials use plan.  Personnel engaged in soil excavation activities would have current hazardous waste training in accordance with 29 CFR 1910.120, Hazardous Waste Operation and Emergency.  The contractor will prepare and implement a Health and Safety Plan.  Excavated soil will be handled to avoid and minimize the potential impact to personnel health and safety by dust control and petroleum hydrocarbon containment as necessary. (pg 4-15)

23. IAW the 316 CES/CEAN memo of 17 Jul 2009, the contractor shall prepare a site specific plan for work within this site detailing the methods, phasing, locations of excavations, stockpiling and handling procedures and sampling plan.  This site specific plan is approved by the JB Andrews ERP. (pg 4-15)

24.  Generation of fugitive dust would be minimized through the use of appropriate dust control measures (i.e., wetting the surfaces and through the revegetation of disturbed areas as soon as possible).   (pg 4-3)

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0001AA | Destination | Government | Destination | Government |

Section F - Deliveries or Performance

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | 19-SEP-2011 | | N/A<br>FOB:  Destination | |
| 0001AA | 19-SEP-2011 | 1 | AETC CONS/LGCT (GLORIA J. WILSON)<br>GLORIA J. WILSON<br>C/O HQ AFCESA/CEKC<br>139 BARNES DRIVE, STE 1<br>TYNDALL AFB FL 32403-5319<br>850-283-6711<br>FOB:  Destination | FA3002 |

Section G - Contract Administration Data

# ACCOUNTING AND APPROPRIATION DATA

AA: 5703400 300 K95W 374421 020000 52400 41978F 667100 F67100 WO:A36301 ALD:AA FSR:007494 PSR:182131 DSR:448565
AMOUNT: $81,231,252.00
CIN F1D3260112H0010000AA: $81,231,252.00

<u>WAWF INVOICING</u>
Local Clause – WAWF (Construction Contracts)

IAW DFARS 252.232-7003 - Electronic Submission and Processing of Payment Requests

1. During the performance of the subject contract, invoices will be submitted and accepted using the WAWF web-based system. For information on WAWF, including web-based training, visit the web-site at: https://wawf.eb.mil/ and click on "About WAWF." The web-site also contains detailed instructions for setting up your computer to achieve the best results with the system. If you are already familiar with WAWF, the information that follows will assist you in self registering to submit invoices for the subject contract.

2. The following are the codes needed to input a "Construction" type invoice in WAWF for the subject contract:

| | |
|---|---|
| Issued by: | DoDAAC:  FA3002 |
| Administered by: | DoDAAC:  FA3002 |
| Inspect By: | DoDAAC:  FA4819,  Extension:  F4ATA5 |
| Service Acceptor: | Code: FA4819, Extension:  F4ATA5 |
| Payment Official | DoDAAC:  F67100 |

3. To facilitate prompt, accurate processing of your invoices through WAWF, please set up email notifications for the following:

> COR: eric.rothermel@andrews.af.mil
> CORA:mark.dent@tyndall.af.mil
> CO: todd.cook@tyndall.af.mil
> CA: lane.bramblett.ctr@tyndall.af.mil
> Approver : ann.robinson@tyndall.af.mil

4. On the Line Item tab under description, FA3002-08-D-0011-0005,  Repair West Runway, Andrews AFB, MD, enter the total amount of the project; the amount and percentage previously invoiced; and the current invoice amount and percentage.

5. For construction projects, Contract Progress Reports, AF IMT 3065 and Contract Progress Schedules, AF IMT 3064, will be coordinated and signed by the Government base Point of Contact (POC) or Contracting Officer Representative (COR) prior to submitting invoices and attached in WAWF at time of invoice submission. Attach all other supporting documentation (i.e. invoices, monthly reports, release of claims etc.) in WAWF as well.

6. For questions regarding WAWF, contact the Customer Support section at (801) 605-7095. For questions regarding the contract, contact the Contract Advisor at 850-283-6565 or DSN 523-6565.

7. Changes to the email addresses or Contracting Officer noted above will be made via email. All other changes will be made through modification.

8.  NEW INSTRUCTIONS FOR TRANSPORTATION CHARGES:  In accordance with FAR 47.303-17, 52.247-65, and 52.247-67, when miscellaneous transportation charges exceed $100.00, WAWF now will require an attachment that provides documentation to substantiate the charges.  Without the attachment the invoice will not flow to the payment office and is not considered a proper invoice.  When commercial invoices, or any finance document with the capability of including miscellaneous transportation charges, do not have an attachment WAWF will:

    a.      Accept the vendor's FTP and EDI transactions but will place them in a new "Documentation Required" folder.  The vendor will have to access WAWF via the web and attach the supporting documentation before the transaction can be processed further.

    b.      Allow for web input of a combo transaction only if inspection is at source (origin).  The invoice will be placed in the new "Documentation Required" folder. The vendor will have to access WAWF via the web and attach the supporting documentation to the invoice before the transaction can be processed further. All other types of web input transactions will require the supporting documentation be attached before they may be created.

Section H - Special Contract Requirements

SUPERINTENDENCE
**Superintendence by the Contractor:** One week prior to the start of performance, designate in writing to the Contracting Officer, the name of the individual to serve as the project superintendent and alternate.  Provide name, telephone number and after hours number.

LDS AND BONDS
**52.211-12   LIQUIDATED DAMAGES-CONSTRUCTION (SEP 2000)**

    (a)   If the Contractor fails to complete the work within the time specified in the contract, the contractor shall pay liquidated damages to the Government in the amount of $4,910.25 for each calendar day of delay until the work is completed or accepted.

    (b)   If the Government terminates the contractor's right to proceed, liquidated damages will continue to accrue until the work is completed.  These liquidated damages are in addition to excess cost of repurchase under the Termination Clause.

(End of Clause)

**PERFORMANCE AND PAYMENT BONDS -- CONSTRUCTION (SEP 2005)**

(a) Definitions. As used in this clause --

    "Original contract price" means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) Amount of required bonds. Unless the resulting contract price is $100,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

    (1) Performance Bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 100 percent of the original contract price.

    (2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.

    (3) Additional bond protection.

        (i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 100 percent of the increase in contract price.

        (ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the:

    U.S. Department of Treasury
    Financial Management Service
    Surety Bond Branch

401 14th Street, NW, 2nd Floor, West Wing
Washington, DC 20227

(e) Notice of subcontractor waiver of protection (40 U.S.C. 3133(c)). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

(End of Clause)

## DAVIS BACON GENERAL DECISION

```
MD080016 MOD  4  REVISED 05/29/09  MD16
******** THIS WAGE DETERMINATION WAS REPLACED ON 05/29/09********
General Decision Number: MD080016 05/01/2009

Superseded General Decision Number: MD20070016

State: Maryland

Construction Type: Highway

Counties: Montgomery and Prince George's Counties in Maryland.


HIGHWAY CONSTRUCTION PROJECTS (Excluding tunnels, building
structures in rest area projects and railroad construction;
bascule, suspension and spandrel arch bridges; bridges designed
for commercial navigation; bridges involving marine
construction; and other major bridges)


Modification Number     Publication Date
        0               02/08/2008
        1               05/02/2008
        2               05/09/2008
        3               05/30/2008
        4               05/01/2009

* CARP0132-002 05/01/2009

                           Rates         Fringes

Piledriver.......................$ 24.48        7.70
----------------------------------------------------------
 ELEC0070-004 05/05/2008

                           Rates         Fringes

Street Lights, Traffic Signal
and Traffic Signal Controls
     Groundmen...................$  8.47     8.75%+4.75
     Street Light Traffic
     Control Technician..........$ 19.48     8.75%+4.75
----------------------------------------------------------
 ENGI0077-013 05/01/2008

                           Rates         Fringes

Power equipment operators:
```

```
      Cranes (35 tons and above)..$ 28.74          7.17+a
      Cranes (Under 35 tons)......$ 28.28          7.17+a
      Mechanics...................$ 30.11          7.17+a
```

a. PAID HOLIDAYS: New Year's Day, Inaugural Day, Decoration Day,Independence Day, Labor Day, Martin Luther Kings Birthday, Veterans' Day, Thanksgiving Day, Friday after Thanksgiving and Christmas Day.

----------------------------------------------------------------
 IRON0201-003 05/01/2008

|  | Rates | Fringes |
|---|---|---|
| Ironworker (Reinforcing).........$ 26.15 | | 12.08 |

----------------------------------------------------------------
 SUMD2003-001 01/02/2003

|  | Rates | Fringes |
|---|---|---|
| Carpenters (Including Formsetting).....................$ 16.15 | | |
| Cement Mason/Finisher...........$ 15.11 | | |
| Electricians....................$ 27.33 | | 4.94 |
| Ironworkers, Structural.........$ 20.85 | | |

Laborers:
```
      Air Tool Operators..........$ 11.35
      Asphalt Rakers/Luteman......$ 13.05
      Concrete Saw................$ 18.13
      Flagger/Traffic Control.....$ 12.60
      Landscape...................$ 10.05
      Mason Tender, Cement........$ 11.93
      Pavement Marker.............$ 13.17
      Pipelayers..................$ 11.79
      Screed......................$ 14.46
      Unskilled...................$ 11.20
```

Painters, Brush and Roller.......$ 23.00

Power equipment operators:
```
      Asphalt Distributor.........$ 14.45
      Backhoes....................$ 17.46
      Bobcats.....................$ 15.51
      Bulldozers..................$ 17.46
      Excavators..................$ 18.97
      Gradalls....................$ 18.03          2.76
      Loaders.....................$ 15.14
      Milling Machine.............$ 15.43
      Oilers......................$ 15.05          2.98
      Pavers......................$ 15.70          2.35
      Rollers.....................$ 13.92
      Screed......................$ 14.90
      Sideman.....................$ 11.17
      Sweeper.....................$ 12.59
```

Truck drivers:
```
      Dump........................$ 13.45
```

FA3002-08-D-0011
0005
Page 28 of 29

```
     Tack......................$ 15.28
     Water.....................$ 12.72
----------------------------------------------------------------
 TEAM0639-006 03/07/2004

                              Rates          Fringes

Truck drivers:
     Boom Truck

     Two Axle/Tandem...........$ 16.00         5.82+a

  a. VACATION:  Employees will receive one (1) week's paid
  vacation after one (1) year of service.
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).


----------------------------------------------------------------


In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.


----------------------------------------------------------------

                WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
```

FA3002-08-D-0011
0005
Page 29 of 29

```
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210
```

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

```
Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210
```

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board).  Write to:

```
Administrative Review Board
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210
```

4.) All decisions by the Administrative Review Board are final.

================================================================

```
END OF GENERAL DECISION
```

# EXHIBIT B

**Tutor Perini Corporation**
*73 Mt. Wayte Avenue*
*Framingham, Massachusetts 01701-9160*
*T: 508.628.2000  F: 508.628.2960*



*Over a Century of Excellence*

April 28, 2016

U.S Department of Defense
722 ESS/PKD
139 Barnes Drive, Suite1
Tyndall Air Force Base, FL 32403-5319

Attn:    Ronald Wilson
         Jeremy Morrill

Re:      AAFB-Repair/Replace Runway 01L/19R
         Contract No. FA 3002-08-D-0011-005
         CHC Job No. 1113
         **CDA Claim**

Dear Gentlemen:

Please find the enclosed Contract Disputes Act of 1978 and FAR Clause 52.233-1 Disputes Claim for the Repair/Replacement of Runway 01L/19R, Andrew's AFB, Maryland in the amount of $38,345,681.

As always, please contact me at your convenience should you be in need of further information or clarifications regarding this matter.

Very truly yours,

**Tutor Perini Corporation**

Kevin J. Woods
Senior Vice President

Enclosures

cc:  File/Field/J Gerstenlauer/S. Pavoggi

36

Repair/Replacement of Runway 01 L/19R,
Andrews AFB, Maryland

# Contract Disputes Act of 1978 and FAR Clause 52.233-1 Disputes Claim

## April 28, 2016

Project AJXF-05-1510

Contract FA3002-08-D-0011-0005





Repair/Replacement of West Runway 01L/19R
CDA Tutor Perini Corporation

## Conversion of Request for Equitable Adjustment to Contract Disputes Act Claim

Tutor Perini Corporation (TPC) submits this Contract Disputes Act (CDA) Claim on the Andrews AFB Repair/Replacement of West Runway 01L/19R ("project"). As provided for in FAR Clause 52.233-1 Disputes, which was added by reference, in Modification P00011 to the SATOC Contract FA3002-08-D-0011, the contract is subject to the Contract Disputes Act of 1978.  The Request for Equitable Adjustment, previously submitted to the government on October 23, 2014, in the amount of $34,959,685 **(Exhibit A),** and updated on April 21, 2015, to $38,302,403 **(Exhibit B),** after further updates is converted to a claim under the Act by complying with the submission and certifications requirements of FAR Clause 52.233-1.  Since submission of the Request for Equitable Adjustment, resolution has not occurred with respect to any of the issues and has not been acted upon in a reasonable time.  The final claim amount of **$38,345,681** includes updates to the professional services costs and subcontractor amounts resultant from actual billings replacing prior estimated costs. Certification for the Claim is included as **Exhibit C**.

## M.C. Dean's Updated CDA Claim Amount

M.C. Dean has updated their claim to reflect actual consultant invoice amounts in lieu of prior estimated amounts.  Details of this update is included in **Exhibit D.**

| Ln No. | TPC Labor – M.C Dean REA | % | Markup | Amount |
|---|---|---|---|---|
| 1 | M.C. Dean REA Amount | | | $2,503,128 |
| 2 | Subtotal | | | $2,503,128 |
| 3 | PMSI Division Office Support (% x Line 2) | 0.33% | $8,260 | |
| 4 | CHC G&A (% x Line 2) | 4.56% | $114,143 | |
| 5 | Subtotal | | | $2,625,531 |
| 6 | Profit (% x Line 5) | 10.00% | $262,553 | |
| 7 | Subtotal | | | $2,888,084 |
| 8 | Insurance Premiums (% x Total Cost) | 1.05% | $30,922 | |
| 9 | Subtotal | | | $2,919,006 |
| 10 | Contractors' Bond Premium (% x Total Cost) | 0.88% | $25,915 | |
| 11 | **Total Cost (Lines 9 + 10)** | | | **$2,944,921** |

Repair/Replacement of West Runway 01L/19R
CDA Tutor Perini Corporation

## TPC Update of Professional Services

TPC has updated its pricing for professional services provided by Jacobs Associates.  TPC has provided actual invoiced amounts for January 2015 through July 2015 that had been previously estimated. Jacobs Associates reviewed and provided documents relevant to the claim set forth by MCD.   As discussed in the TPC REA, these contract administration services were provided due to the problems TPC and MCD experienced during construction of the project arising from directed and constructive changes due to defective original Contract Documents, bad contract administration, access constraint problems, permitting problems, coordination problems between the USAF and the FAA, and improper interpretation of the Contract requirements.

Copies of actual Jacobs Associates invoices from January 2015 through July 2015 are included in **Exhibit E** and are summarized in the table below:

| Ln No. | Element of Cost - Professional Services | % | Markup | Amount |
|---|---|---|---|---|
| 1 | Jacobs Associates Professional Services | | | $2,296,407 |
| 2 | Navigant Consulting | | | $289,963 |
| 3 | KPFF Professional Services | | | $84,921 |
| 4 | Nichols Consulting Professional Services | | | $9,145 |
| 5 | Total Direct Costs | | | $2,680,436 |
| 6 | PMSI Division Office Support (% x Line 5) | 0.33% | $8,845 | |
| 7 | CHC G&A (% x Line 5) | 4.56% | $122,228 | |
| 8 | Subtotal | | | $2,811,509 |
| 9 | Profit (% x Line 8) | 10.00% | $281,151 | |
| 10 | Subtotal | | | $3,092,660 |
| 11 | Insurance Premiums (% x Total Cost) | 1.05% | $33,112 | |
| 12 | Subtotal | | | $3,125,772 |
| 13 | Contractors' Bond Premium (% x Total Cost) | 0.88% | $27,751 | |
| 14 | **Total Cost (Lines 12 + 13)** | | | **$3,153,523** |

Repair/Replacement of West Runway 01L/19R
CDA Tutor Perini Corporation

## Updated Claim Damage Summary

This update to TPC's CDA Claim quantifies the additional compensation resulting from the delay and disruption for which the government is responsible. The table below summarizes the total added compensation TPC seeks through this CDA Claim:

| Element of Additional Cost | Amounts |
|---|---|
| Extra Work RCOs | $3,895,296 |
| Replacement of PCCP Panels | $10,325,542 |
| Government Credits | ($819,018) |
| Time-Related General Conditions - Labor | $4,326,773 |
| Time-Related General Conditions - Materials / Services | $1,589,071 |
| Time-Related Equipment Costs (Ownership) | $3,832,007 |
| Material Escalation | $11,059 |
| ADP Impact RCOs | $2,151,222 |
| Labor Inefficiencies | $1,343,207 |
| Equipment Inefficiencies (Operating Costs) | $1,253,301 |
| Subcontractor REA | $2,944,921 |
| Unpaid Contract Balance | $2,601,219 |
| REA Preparation Costs (TPC & PSMI Labor and Expenses) | $1,737,558 |
| Professional Services | $3,153,523 |
|  |  |
| **Total** | **$38,345,681** |

CDA – Tutor Perini Corporation
Repair/Replacement of West Runway 01L/19R,
Andrews AFB, Maryland

# EXHIBIT A

Refer to Tutor Perini Corporation REA dated October 23, 2014
accompanying this claim (60 Binders)

**Tutor Perini**
CORPORATION

April 28, 2016

CDA – Tutor Perini Corporation
Repair/Replacement of West Runway 01L/19R,
Andrews AFB, Maryland

# EXHIBIT B

Refer to Tutor Perini Corporation
Updated REA dated April 21, 2015
accompanying this claim (8 Binders)

**Tutor Perini**
CORPORATION

April 28, 2016

CDA – Tutor Perini Corporation
Repair/Replacement of West Runway 01L/19R,
Andrews AFB, Maryland

# EXHIBIT C

Certification

**Exhibit C**

**CERTIFICATION**

To Whom It May Concern:

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Kevin J. Woods
Senior Vice President
Tutor Perini Corporation

CDA – Tutor Perini Corporation
Repair/Replacement of West Runway 01L/19R,
Andrews AFB, Maryland

# EXHIBIT D

M.C. Dean, Inc. CDA Claim
Refer to M.C. Dean, Inc. REA
included in Exhibit B

*Tutor Perini*
C O R P O R A T I O N

April 28, 2016

# Repair/Replacement of West Runway 01L/19R

## M. C. Dean, Inc.

## CERTIFICATION

To Whom It May Concern:

The prior REA, dated April 17, 2015, remains unresolved and, with the updated costs and new total, is being submitted as a CDA claim. The estimated costs for Marsh Consulting of $30,000 (see p. 50 of MC Dean's REA) has been revised to reflect the actual cost of $32,663.88(see attached invoice). The revised value of the claim based on actual consultancy cost is $2,503,128

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Doug Cumins

CFO

M. C. Dean, Inc

Dated:  4/26/16

MARSH RISK CONSULTING

# INVOICE

**Marsh USA Inc.**
Washington DC
(202) 263-7600

| Page | 1 of 2 |
|---|---|
| **Invoice Total** | **32,663.88 USD** |
| Invoice No. | 541447707608 |
| Invoice Date | 07/23/2015 |
| Project Start Date | 03/30/2015 |
| Client No. | 5414400000 |
| Installment No. | |

Billed To:
**Vijay Khanwalkar, Finance Manager**
M. C. Dean, Inc.
22461 Shaw Road
Dulles, VA 20166

Remittance Copy

---

*Detach and remit this portion with your payment*

| Client No. | Invoice No. | Payment Due | Invoice Total | Amount Paid |
|---|---|---|---|---|
| 5414400000 | 541447707608 | Per Contract/Agreement | 32,663.88 USD | |

**Thank you for your prompt payment.**

Please indicate Invoice 541447707608 on your remittance to:

By Wire:
**Bank Name:** Bank of America
**Wire Routing Number:** 026009593
**Account Title:** Marsh USA, Inc.
**Account Number:** 8188063077

By Mail:
Marsh USA, Inc.
P.O. Box 846015
Dallas, TX 75284-6015 USA

MARSH RISK CONSULTING

# INVOICE

**Marsh USA Inc.**
Washington DC
(202) 263-7600

| | |
|---|---|
| Page | 2 of 2 |
| **Invoice Total** | **32,663.88 USD** |
| Invoice No. | 541447707608 |
| Invoice Date | 07/23/2015 |
| Project Start Date | 03/30/2015 |
| Client No. | 5414400000 |
| Installment No. | |

**Vijay Khanwalkar, Finance Manager**
Billed To:  M. C. Dean, Inc.
22461 Shaw Road
Dulles, VA 20166

**Reporting**
Client: **M.C. Dean, Inc.**
Billing Effective Date: **03/30/2015**

| Project No. | Project End Date | Description | Item | Amount |
|---|---|---|---|---|
| FAS0034484 | 03/30/2016 | Construction Consulting & Disputes | FEE | 30,385.00 |
| FAS0034484 | 03/30/2016 | Admin Fee for Profess Srv | FEE | 2,278.88 |

| | |
|---|---|
| **Invoice Total** | 32,663.88 |

**Invoice Comments:**

MCD 103135.CON - Andrews AFB Repair West Runway 01L / 19R

RISK CONSULTING                                                    Page 1

Project No:    FAS0034484                    Client Name: M.C. Dean, Inc.
Project Name:  M.C. ANDREWS AFB 15           BASYS No:    567963
Project Mgr:   CURTIS, ROBERT                Location:    244

FEES

| Date | Timekeeper | Activity Type | Description | Hours | Amount |
|------|-----------|---------------|-------------|-------|--------|
| 03/30/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting at M. C. Dean's Dulles offices to review the project, the history behind the problem, and review cost calculations generally. | 3.00 | 885.00 |
| 03/30/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Preliminary review of documents supplied by M. C. Dean on the project claim. | 1.50 | 442.50 |
| 03/31/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Call with Tom Eddington to discuss project background | .50 | 147.50 |
| 03/31/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Review of documents and spreadsheets provided by M. C. Dean.  Review of previous claim reports and highlighting problem areas. | 4.50 | 1,327.50 |
| 04/01/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting at M. C. Dean's Dulles headquarters with Tutor Perini's consultant, Jacobs Engineering, to review and discuss the unresolved claim issues. | 8.00 | 2,360.00 |
| 04/02/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Investigating Mortenson case and the calculations utilized by M. C. Dean in its draft REA. | 7.50 | 2,212.50 |
| 04/03/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | At M. C. Dean's offices in Dulles, meeting with Mangi and Vijay.  Continuing editing of the draft REA. | 8.00 | 2,360.00 |
| 04/06/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting with Tom Eddington at M. C. Dean's offices in Dulles. | 4.00 | 1,180.00 |
| 04/06/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Continuing with AAFB narrative revisions | 4.00 | 1,180.00 |
| 04/07/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Editing and revising narrative and graphics. | 9.50 | 2,802.50 |
| 04/08/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Continuing to develop narrative and revise graphics for AAFB. | 9.00 | 2,655.00 |
| 04/09/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting at M. C. Dean's Dulles offices. Working with Tom Eddington and Mangi to finalize damage calculations and discuss strategy. | 8.00 | 2,360.00 |
| 04/10/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Revising cost narratives to reflect methodology revisions, and finalize cost figures. | 8.00 | 2,360.00 |
| 04/13/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Working at M. C. Dean offices in Dulles to finalize the AAFB REA.  Reviewing information provided by accounting. | 8.00 | 2,360.00 |
| 04/14/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting with Chris form Jacobs, and with Seifu to respond to Jacob's concerns, finalize PCO estimates, and refine the narrative. | 10.00 | 2,950.00 |
| 04/16/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Working with Jacobs and M. C. Dean to complete the review, support, and certification of the REA. | 9.00 | 2,655.00 |
| 04/20/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Final review of REA.  Provided editing comments to M. C. Dean. | .50 | 147.50 |

| Fee Subtotal | | | | 103.00 | 30,385.00 |

EXPENSES

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| Expense Subtotal | | | .00 |
| Administrative Support Charge ( 7.50% of Fees) | | | 2,278.88 |
| Total Fees and Expenses | | | 32,663.88 |

## MARSH RISK CONSULTING

# INVOICE

**Marsh USA Inc.**
Washington DC
(202) 263-7600

| | |
|---|---|
| **Page** | 1 of 2 |
| **Invoice Total** | **32,663.88 USD** |
| **Invoice No.** | 541447707608 |
| **Invoice Date** | 07/23/2015 |
| **Project Start Date** | 03/30/2015 |
| **Client No.** | 5414400000 |
| **Installment No.** | |

Billed To:

**Vijay Khanwalkar, Finance Manager**
M. C. Dean, Inc.
22461 Shaw Road
Dulles, VA 20166

Remittance Copy

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Detach and remit this portion with your payment*

| Client No. | Invoice No. | Payment Due | Invoice Total | Amount Paid |
|---|---|---|---|---|
| 5414400000 | 541447707608 | Per Contract/Agreement | 32,663.88 USD | |

**Thank you for your prompt payment.**

Please indicate Invoice 541447707608 on your remittance to:

By Wire:  **Bank Name:** Bank of America
**Wire Routing Number:** 026009593
**Account Title:** Marsh USA, Inc.
**Account Number:** 8188063077

By Mail:  Marsh USA, Inc.
P.O. Box 846015
Dallas, TX 75284-6015 USA

MARSH RISK CONSULTING

# INVOICE

**Marsh USA Inc.**
Washington DC
(202) 263-7600

| Page | 2 of 2 |
|---|---|
| **Invoice Total** | **32,663.88 USD** |
| Invoice No. | 541447707608 |
| Invoice Date | 07/23/2015 |
| Project Start Date | 03/30/2015 |
| Client No. | 5414400000 |
| Installment No. | |

Billed To:
**Vijay Khanwalkar, Finance Manager**
M. C. Dean, Inc.
22461 Shaw Road
Dulles, VA 20166

**Reporting**
Client: **M.C. Dean, Inc.**
Billing Effective Date: **03/30/2015**

| Project No. | Project End Date | Description | Item | Amount |
|---|---|---|---|---|
| FAS0034484 | 03/30/2016 | Construction Consulting & Disputes | FEE | 30,385.00 |
| FAS0034484 | 03/30/2016 | Admin Fee for Profess Srv | FEE | 2,278.88 |

| | Invoice Total | 32,663.88 |
|---|---|---|

**Invoice Comments:**

MCD 103135.CON - Andrews AFB Repair West Runway 01L / 19R

RISK CONSULTING                                                Page 1

Project No:    FAS0034484                    Client Name: M.C. Dean, Inc.
Project Name:  M.C. ANDREWS AFB 15           BASYS No:    567963
Project Mgr:   CURTIS, ROBERT                Location:    244

FEES

| Date | Timekeeper | Activity Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/30/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting at M. C. Dean's Dulles offices to review the project, the history behind the problem, and review cost calculations generally. | 3.00 | 885.00 |
| 03/30/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Preliminary review of documents supplied by M. C. Dean on the project claim. | 1.50 | 442.50 |
| 03/31/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Call with Tom Eddington to discuss project background | .50 | 147.50 |
| 03/31/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Review of documents and spreadsheets provided by M. C. Dean.  Review of previous claim reports and highlighting problem areas. | 4.50 | 1,327.50 |
| 04/01/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting at M. C. Dean's headquarters with Tutor Perini's consultant, Jacobs Engineering, to review and discuss the unresolved claim issues. | 8.00 | 2,360.00 |
| 04/02/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Investigating Mortenson case and the calculations utilized by M. C. Dean in its draft REA. | 7.50 | 2,212.50 |
| 04/03/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | At M. C. Dean's offices in Dulles, meeting with Mangi and Vijay.  Continuing editing of the draft REA. | 8.00 | 2,360.00 |
| 04/06/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting with Tom Eddington at M. C. Dean's offices in Dulles. | 4.00 | 1,180.00 |
| 04/06/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Continuing with AAFB narrative revisions | 4.00 | 1,180.00 |
| 04/07/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Editing and revising narrative and graphics. | 9.50 | 2,802.50 |
| 04/08/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Continuing to develop narrative and revise graphics for AAFB. | 9.00 | 2,655.00 |
| 04/09/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting at M. C. Dean's Dulles offices. Working with Tom Eddington and Mangi to finalize damage calculations and discuss strategy. | 8.00 | 2,360.00 |
| 04/10/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Revising cost narratives to reflect methodology revisions, and finalize cost figures. | 8.00 | 2,360.00 |
| 04/13/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Working at M. C. Dean offices in Dulles to finalize the AAFB REA.  Reviewing information provided by accounting. | 8.00 | 2,360.00 |
| 04/14/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Meeting with Chris form Jacobs, and with Seifu to respond to Jacob's concerns, finalize PCO estimates, and refine the narrative. | 10.00 | 2,950.00 |
| 04/16/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Working with Jacobs and M. C. Dean to complete the review, support, and certification of the REA. | 9.00 | 2,655.00 |
| 04/20/15 | CURTIS, ROBERT | CONSULTING/ANALYSIS | Final review of REA.  Provided editing comments to M. C. Dean. | .50 | 147.50 |

Fee Subtotal                                                                103.00    30,385.00

EXPENSES

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| | | | |

Expense Subtotal                                                                        .00

Administrative Support Charge                                                      2,278.88
  ( 7.50% of Fees)

Total Fees and Expenses                                                          32,663.88
                                                                                ============

CDA – Tutor Perini Corporation
Repair/Replacement of West Runway 01L/19R,
Andrews AFB, Maryland

# EXHIBIT E

Tutor Perini Corporation
Updated Professional Services Costs

**JACOBS ASSOCIATES**

49 Stevenson Street
3rd Floor
San Francisco, CA 94105

Tutor Perini Corporation
Attn: Daniel Flanagan                           May 6, 2015
1000 Main Street                                Invoice No:    50580019
New Rochelle, NY 10801

cc: Castle & Associates – Nomi Castle

Project Manager      Carl LaFraugh
Project              5058.0 Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

### Professional Services from January 31, 2015 to February 27, 2015

- Review of MC Dean draft REA
- Meetings with MC Dean to discuss REA review
    - 2/11/15-2/12/15 and
    - 2/18/15-2/19/15
- Provided MC Dean comments following review of loss of efficiency calculations and entitlement.
- Provided MC Dean following review of loss schedule narrative.
- Provided MC Dean following review of loss calculation of field office overhead.
- Expenses included the following travel necessary to coordinate the analysis and production of the REA (Note expenses may pre-date the billing period due to lag in submission):
    - 1 trip for Jacobs Associates Principal Carl LaFraugh –to meet with M.C. Dean in Washington DC, 11/19/14 to 11/24/14.
    - 1 trip for Jacobs Associates Principal Carl LaFraugh –to meet with M.C. Dean in Washington DC, 12/14/14 to 12/18/14.
    - 1 trip for Jacobs Associates Principal Carl LaFraugh –to meet with Castle and Associates and TPC in New York City, NY, then Baltimore, MD, 12/18/14 – 12/20/14.
    - 1 trip for Jacobs Associates Employee, Chris Burke to meet with MC Dean, Washington DC, 12/15/14.
    - 1 trip for Jacobs Associates Employee, Chris Burke to meet with MC Dean, Washington DC, 2/11/15 to 2/12/15.
- Mailing fees for documents sent from JA Seattle Office to Castle & Associates on 1/27/15 and documents sent from JA Boston Office to MC Dean in Sterling, VA on 2/11/15.

| Invoice |
|---------|

# JACOBS ASSOCIATES

49 Stevenson Street, 3rd Floor
San Francisco, CA 94105-2950
Phone: 415.434.1822  Fax: 415.956.8502

Daniel Flanagan                                         May 06, 2015
Tutor Perini Corporation                                Invoice No:          50580019

Project Manager      Carl LaFraugh
Project              5058.0            Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

**Professional Services from January 31, 2015 to February 27, 2015**

**Professional Personnel**

|                        | Hours  | Rate   | Amount    |           |
|------------------------|--------|--------|-----------|-----------|
| Principal              |        |        |           |           |
| LaFraugh, Carl         | 15.00  | 275.00 | 4,125.00  |           |
| Sr. Associate          |        |        |           |           |
| Carmichael, Ken        | 8.00   | 250.00 | 2,000.00  |           |
| Lead Associate         |        |        |           |           |
| Burke, Christopher     | 92.00  | 235.00 | 21,620.00 |           |
| Totals                 | 115.00 |        | 27,745.00 |           |
| **Total Labor**        |        |        |           | 27,745.00 |

**Reimbursable Expenses**

|                          |          |          |
|--------------------------|----------|----------|
| Airfare                  | 2,688.03 |          |
| Ground Transportation    | 872.88   |          |
| Lodging                  | 2,247.23 |          |
| Meals                    | 383.00   |          |
| Air Express and Courier  | 178.13   |          |
| **Total Reimbursables**  | 6,369.27 | 6,369.27 |

| Total Project Invoice Amount | $34,114.27 |
|------------------------------|------------|

**Outstanding Invoices**

| Number   | Date      | Balance   |
|----------|-----------|-----------|
| 50580018 | 3/25/2015 | 13,857.50 |
| **Total**|           | 13,857.50 |

Questions regarding this invoice, please contact Nina Rodine at rodine@mcmjac.com.

# JACOBS ASSOCIATES

49 Stevenson Street
3rd Floor
San Francisco, CA 94105

Tutor Perini Corporation
Attn: Daniel Flanagan                          June 19, 2015
1000 Main Street                               Invoice No:    50580020
New Rochelle, NY 10801

cc: Castle & Associates – Nomi Castle

Project Manager        Carl LaFraugh
Project                5058.0 Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

## Professional Services from February 28, 2015 to March 27, 2015

Provide claims analysis services to assist MC Dean in the preparation of its comprehensive Request for Equitable Adjustment.  These services include:

- Review multiple MC Dean REA drafts
- Meetings with MC Dean to discuss REA review
  - 3/17/15-3/19/15 and
    3/25/15-3/26/15
- Provided MC Dean with comments following review of loss of efficiency calculations and entitlement.
- Reviewed MC Dean Change Orders with Cherry Hill Construction to verify current claimed issues were not already paid.
- Provided suggestions for calculating claimed general conditions and home office overhead.
- Provided direction for supporting claimed quantities set forth in MC Dean's pricing of extra work.
- Provided MC Dean with additional project schedule information to assist in their development of its delay claim.
- Expenses included the following travel necessary to coordinate the review and production of the REA (Note: Expenses may pre-date the billing period due to lag in submission.):
  - 3 trips for Jacobs Associates Employee Chris Burke – to meet with MC Dean in Sterling, VA, 2/18/14-2/19/14, 3/17/14-3/19/14, and 3/25/14-3/26/14.
  - Expenses for Jacobs Associates Principal to meet with Chris Burke in New York City to review and discuss MC Dean's draft REA.

| Invoice |
|---------|

## J A C O B S   A S S O C I A T E S

49 Stevenson Street, 3rd Floor
San Francisco, CA 94105-2950
Phone: 415.434.1822  Fax: 415.956.8502

Daniel Flanagan
Tutor Perini Corporation

June 19, 2015
Invoice No:      50580020

Project Manager      Carl LaFraugh
Project              5058.0              Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

### Professional Services from February 28, 2015 to March 27, 2015
**Professional Personnel**

|                        | Hours | Rate   | Amount    |           |
|------------------------|-------|--------|-----------|-----------|
| Principal              |       |        |           |           |
| LaFraugh, Carl         | 30.50 | 275.00 | 8,387.50  |           |
| Lead Associate         |       |        |           |           |
| Burke, Christopher     | 45.00 | 235.00 | 10,575.00 |           |
| Sr. Staff Consultant   |       |        |           |           |
| Frankel, Steven        | 6.00  | 160.00 | 960.00    |           |
| Totals                 | 81.50 |        | 19,922.50 |           |
| **Total Labor**        |       |        |           | 19,922.50 |

**Reimbursable Expenses**

|                        |           |           |
|------------------------|-----------|-----------|
| Airfare                | 1,652.21  |           |
| Ground Transportation  | 796.03    |           |
| Lodging                | 453.27    |           |
| Meals                  | 199.22    |           |
| **Total Reimbursables**| 3,100.73  | 3,100.73  |

**Total Project Invoice Amount**          $23,023.23

**Outstanding Invoices**

| Number   | Date     | Balance    |
|----------|----------|------------|
| 50580019 | 5/6/2015 | 34,114.27  |
| **Total**|          | 34,114.27  |

Questions regarding this invoice, please contact Nina Rodine at rodine@mcmjac.com.

## JACOBS ASSOCIATES

49 Stevenson Street
3rd Floor
San Francisco, CA 94105

Tutor Perini Corporation
Attn: Daniel Flanagan                                        August 7, 2015
1000 Main Street                                              Invoice No:     50580021
New Rochelle, NY 10801

cc: Castle & Associates – Nomi Castle

Project Manager          Carl LaFraugh
Project                  5058.0 Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

**Professional Services from March 28, 2015 to April 24, 2015**

Provide claims analysis services to assist MC Dean in the preparation of its comprehensive Request for Equitable Adjustment.  These services include:

- Meetings with MC Dean and its consultant to discuss REA preparation:
    - 4/1/2015 and
      4/14/2015 -4/17/2015
- Met with Bob Curtis, Marsh Consulting, to discuss finalizing the MC Dean REA.
- Reviewed all MC Dean PCOs with MC Dean staff to ensure compliance with FAR requirements.
- Prepared errata report to supplement the TPC Request for Equitable Adjustment submitted in October 2014.  Revised claim amounts due to clerical errors in the prior REA submission and updated TPC REA amounts to include MC Dean's REA and additional consulting fees.
- Provided comprehensive review of the final MC Dean REA with Kevin Woods prior to certification and submission to the government.
- Facilitated reproduction of the 7 volume MC Dean REA and performed a quality control check on the final product submitted to the government.
- Expenses included the following travel necessary to coordinate the review and production of the REA:
    - 3 trips for Jacobs Associates Employee Chris Burke – to meet with MC Dean and its consultant in Sterling, VA, 4/1/2015 and 4/14/2015-4/17/2015.
    - 3 trips for Jacobs Associates Principal Carl LaFraugh to review MC Dean's draft REA in Sterling, VA, 3/18/2015-3/19/2015, 3/26/2015-3/27/2015, and 4/15/2015-4/17/2015.

| Invoice |
|---|

## JACOBS ASSOCIATES

49 Stevenson Street, 3rd Floor
San Francisco, CA 94105-2950
Phone: 415.434.1822  Fax: 415.956.8502

Daniel Flanagan                                              August 07, 2015
Tutor Perini Corporation                                     Invoice No:        50580021

Project Manager        Carl LaFraugh
Project                5058.0           Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

### Professional Services from March 28, 2015 to April 24, 2015
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| LaFraugh, Carl | 25.00 | 275.00 | 6,875.00 |  |
| Lead Associate |  |  |  |  |
| Burke, Christopher | 73.00 | 235.00 | 17,155.00 |  |
| Senior Staff Consultant |  |  |  |  |
| Frankel, Steven | 23.50 | 160.00 | 3,760.00 |  |
| Totals | 121.50 |  | 27,790.00 |  |
| **Total Labor** |  |  |  | **27,790.00** |
| **Reimbursable Expenses** |  |  |  |  |
| Airfare |  |  | 1,817.24 |  |
| Ground Transportation |  |  | 1,671.49 |  |
| Lodging |  |  | 2,246.36 |  |
| Meals |  |  | 194.94 |  |
| Misc Project Expense |  |  | 37.66 |  |
| **Total Reimbursables** |  |  | **5,967.69** | **5,967.69** |
| **Total Project Invoice Amount** |  |  |  | **$33,757.69** |

Questions regarding this invoice, please contact Nina Rodine at rodine@mcmjac.com.

| Invoice |
|---------|

## JACOBS ASSOCIATES

**49 Stevenson Street, 3rd Floor**
**San Francisco, CA 94105-2950**
**Phone: 415.434.1822  Fax: 415.956.8502**

Daniel Flanagan                                              October 01, 2015
Tutor Perini Corporation                                     Invoice No:        50580022

Project Manager        Carl LaFraugh
Project                5058.0                Repair/Replacement of West Runway 01L.19R, Andrews AFB, MD

This invoice includes expenses related to shipping the Final Update to REA including the MC Dean REA as follows:

- Fed Ex shipment from New Rochelle, NY to Burlington, MA for the final Update to REA certification by TPC.

- Fed Ex shipment of the Update to REA from Burlington, MA to Cherry Hill Construction, Jessup, MD (2 boxes).

- Fed Ex Shipment of the Update to REA from Burlington, MA to MC Dean, Sterling, VA (2 boxes).

- Fed Ex Shipment of the Update to REA from Burlington, MA the US Department of Defense (Mr. Jeremy Morrill), Tyndall AFB, Panama City, FL (4 boxes).

**Professional Services from April 25, 2015 to July 31, 2015**
**Reimbursable Expenses**

|                        |          |          |          |
|------------------------|----------|----------|----------|
| Air Express and Courier |          | 988.35   |          |
| **Total Reimbursables** |          | **988.35** | **988.35** |
|                        | **Total Project Invoice Amount** |          | **$988.35** |

**Outstanding Invoices**

| Number    | Date     | Balance   |
|-----------|----------|-----------|
| 50580021  | 8/7/2015 | 33,757.69 |
| **Total** |          | **33,757.69** |

Questions regarding this invoice, please contact Nina Rodine at rodine@mcmjac.com.

# EXHIBIT C



### DEFENSE CONTRACT AUDIT AGENCY
EASTERN REGION
BOSTON BRANCH OFFICE
495 SUMMER STREET, SUITE 336
BOSTON, MA 02210-2192

IN REPLY REFER TO: AUDIT REQUEST FOR AUDIT OF TUTOR PERINI CORPORATION CLAIM ON CONTRACT No. FA3002-08-D-011-005

1371/820.1

May 24, 2017

MEMORANDUM FOR PROCUREMENT CONTRACTING OFFICER

ATTENTION: Mr. Jeremy D. Morrill, Contracting Officer (*jeremy.morrill.1@us.af.mil*)
772 ESS/PKD, 139 Barnes Drive, Suite #1
Tyndall AFB, FL 32403

SUBJECT: Request for Audit of Tutor Perini Corporation's Claim for $38,345,681 on
Contract No. FA3002-08-D-0011-0005

     We have reviewed Tutor Perini Corporation's claim on Contract No.FA3002-08-D-0011(005) to determine if the contractor's claim was adequately presented/supported prior to starting our audit. We have found deficiencies that need to be addressed before we start our audit on the claim. The claim supporting data is not presented by cost element in the same format and containing the same data as required in Federal Acquisition Regulation (FAR) 15.408, Table 15-2. Although the contractor is not required to provide data in the Table 15-2 format, the contractor is required to certify that the supporting data included in the claim is accurate and complete. To be complete (Adequate for Audit), the data must be in substantially the same format as the supporting data required in FAR 15.408, Table 15-2.

**Cost Elements:** The contractor's claim should include a summary of total cost by element and cross-referenced to supporting data. According to FAR section 15.408 and Table 15-2, claimed costs must provide breakdowns for the following basic cost elements, as applicable:

- **Total Direct Labor Cost Claimed:** Provide a time-phased (e.g., monthly, quarterly, etc.) breakdown of labor hours, rates, and cost by appropriate category, and furnish bases for estimates.
- **Total Materials and services Cost Claimed:** Provide a consolidated priced summary of individual material quantities included in the various tasks, orders, or contract line items being proposed and the basis for pricing (vendor quotes, invoice prices, etc.). For all costs claimed, identify the item and show the source, quantity, and price
- **Total Subcontract Cost Claimed:** Conduct cost/price analyses for all subcontracts when cost or pricing data are submitted by the subcontractor. Include these analyses as part of your own cost or pricing data submissions for subcontracts. Contractor should Submit the subcontractor cost or pricing data as part of their claimed cost or pricing data as required in paragraph IIA(2) of FAR 15.408, Table 15-2.

**FOR OFFICIAL USE ONLY**

May 24, 2017

Request for Audit of Tutor Perini Corporation's Claim for $38,345,681 on Contract No.
FA3002-08-D-0011-0005

- **Total Indirect Cost Claimed:** Contractor should indicate how indirect costs were computed and applied, including cost breakdowns. Show trends and budgetary data to provide a basis for evaluating the reasonableness of proposed rates. Indicate the rates used and provide an appropriate explanation.
- **Total Other Costs Claimed:** List all other costs not otherwise included in the categories described above (e.g., Professional fees, travel, etc.) and provide basis for pricing.
- **Total Profit Claimed**
- **Total Claim Amount:** This amount should tie to $38,345,681.

As discussed with Mr. Jeremy Morrill, Contracting Officer on May 24, 2017, due to the inadequacies identified above, we were unable to initiate our audit at this time. In order to perform an efficient and effective audit, we require the above information to support the contractor's claim. We recommend that you return the claim to the contractor and request the contractor submit a revised claim.

This list may not be all inclusive and future inadequacies may be found once an audit is underway. Please contact our office when you receive the revised claim, so we can initiate an adequacy review of the revised claim.

If you have any questions please, contact Paul Auriemma, Supervisory Auditor at (781)-981-5087, email: Paul.Auriemma@dcaa.mil or Daniel Ohemeng, Auditor at (617)-753-3703, email: Daniel.ohemeng@dcaa.mil.

Digitally signed by
MANNING.JAMES.M.1228570334
DN: c=US, o=U.S. Government,
ou=DoD, ou=PKI, ou=DCAA,
cn=MANNING.JAMES.M.1228570
334
Date: 2017.05.24 12:15:23 -04'00'

Jim Manning
Branch Manager
Boston Branch Office

2

FOR OFFICIAL USE ONLY

# EXHIBIT D

*Tutor Perini Corporation*
*73 Mt. Wayte Avenue*
*Framingham, Massachusetts 01701-9160*
*T: 508.628.2000  F: 508.628.2960*



*Over a Century of Excellence*

August 8, 2017                                              Letter No. 1113-DOD-AFCESA-209

U.S Department of Defense
722 ESS/PKD
139 Barnes Drive, Suite1
Tyndall Air Force Base, FL 32403-5319

Attn:   Mr. Jeremy Morrill
        Contracting Officer

Re:     AAFB-Repair/Replace Runway 01L/19R
        Contract No. FA 3002-08-D-0011-005
        CHC Job No. 1113
        **Update to CDA Claim and Overall Table 15-2**

Dear Sir:

Please find enclosed Tutor Perini Corp.'s (TPC's) Update to its Contract Disputes Act of 1978 and FAR Clause 52.233-1 Disputes Claim (CDA Claim) on the Andrews AFB Repair/Replacement of West Runway 01L/19R ("project") that was previously submitted to the Government on April 28, 2016.  The updated amount of the claim is $38,078,272.

This update occurred because of Mr. Morrill's May 24, 2017 email which forwarded a DCAA memorandum. On June 22, 2017, a conference call occurred with TPC, DCAA and the Government's counsel to understand the memorandum and what DCAA was requesting.  The result was that DCAA requested the full claim amount to be set forth in the format of Table 15-2 in Federal Acquisition Record 15.408.  TPC has completed this overall Table 15-2 and supporting schedules.  These are included as part of this update.

As always, please contact me at your convenience should you be in need of further information or clarifications regarding this matter.

Very truly yours,
**Tutor Perini Corporation**


Kevin J. Woods
Senior Vice President

Enclosures:
Cc:  File/J. Frost /S. Pavoggi/N. Castle, Esq./DCAA

Repair/Replacement of Runway 01 L/19R,
Andrews AFB, Maryland

# Update to Contract Disputes Act of 1978 and FAR Clause 52.233-1 Disputes Claim

## August 3, 2017

Project AJXF-05-1510

Contract FA3002-08-D-0011-0005





Tutor Perini Corporation (TPC) submits this Update to its Contract Disputes Act of 1978 and FAR Clause 52.233-1 Disputes Claim (CDA Claim) on the Andrews AFB Repair/Replacement of West Runway 01L/19R ("project") that was submitted to the Government on April 28, 2016. Updates included herein revise the total amount from $38,345,681, as set forth in TPC's prior CDA Claim submittal, to $38,078,272.  Certification for the updated Claim is included as **Exhibit A**.

Further, as requested by the Government during a June 22, 2017, conference call with TPC representatives and consultants, an overall Table 15-2 that pulls forward values from the many Table 15-2's and other breakdowns that are already included within the claim is presented herein.

The updates and Table 15-2 are presented in three sections:

- Section 1 – TPC CDA Claim Errata and Update
- Section 2 – Updated Damage Summary
- Section 3 – Overall Table 15-2

These sections follow.

## SECTION 1 – TPC CDA CLAIM ERRATA AND UPDATE

Since the April 28, 2016, TPC submission of the CDA Claim, three minor clerical errors have been identified.  Two relate to labor and equipment inefficiency damage amounts set forth in the summary damages tables.  Although these amounts were accurately calculated in the October 23, 2014 REA claim narrative, the amounts presented in the April 21, 2015, Update to REA and April 28, 2016, CDA Claim summary damage tables were based on prior versions of the narrative.  The third relates to the amount of PMSI's Panel Replacement Supervisory and Administration Costs.  The amount included in Exhibit D-21, $119,816, is the correct amount; however, when transcribed into the narrative report on page 578, the amount entered was $119,825.  The results of the correction of these minor clerical errors are summarized in Table 1 below.

### Table 1

| Element of Additional Cost | CDA Claim Amount | CDA Update Amount | Variance | Changes Made |
|---|---|---|---|---|
| Labor Inefficiencies | $1,343,207 | $1,197,842 | $(145,365) | Updated damages tables and total claim amount |
| Equipment Inefficiencies (Operating Cost) | $1,253,301 | $1,131,266 | $(122,035) | Updated damages tables and total claim amount |
| PMSI's Panel Replacement Supervisory and Administration Costs | $119,825 | $119,816 | $(9) | Updated damages tables and total claim amount |
| **Total Variance** | | | **$(267,409)** | |



August 3, 2017

As shown in Table 1 above, the net variance for these items amounted to a deduction from the prior amount of $267,409, or approximately 0.70% of the total CDA claim.

In its April 21, 2015, Update to its REA, TPC included replacement pages to the original REA narrative.  These contained updated amounts.  When TPC converted the REA to the April 28, 2016 CDA claim, a few more minor updates to amounts were made. The specific REA narrative pages were not revised for these updates—revisions were provided in a separate, standalone narrative.  As a courtesy and for clarity, TPC is revising the REA pages based on the updates in the April 28, 2016, CDA Claim and the updates in this August 8, 2017 update.  Specific revisions that affect the REA narrative pages since the April 21, 2015, Update are detailed below:

**Updates Based on the April 28, 2016, CDA Claim**

- Narrative page 1: total claim amount revised to $38,345,681

- Narrative page 22:  total claim amount damages table revised.

- Narrative page 619: revised narrative to reflect the submission of the MC Dean REA as part of the April 21, 2015, and April 28, 2016, CDA Claim

- Narrative page 623: revised table of Jacobs Associates invoices through October 2015.

- Narrative page 626: revised professional services cost table

- Narrative page 627: revised total claim amount damages table

**Updates Based on August 3, 2017, Update to CDA Claim**

- Narrative page 1: further revised total claim amount to $38,078,272

- Narrative page 22:  further revised total claim amount damages table

- Narrative page 578: updated PMSI's Panel Replacement Supervisory and Administrative Costs amount to $119,816

- Narrative page 627: further revised total claim amount damages table

The revised REA narrative pages resulting from the combination of the updates detailed above are included in **Exhibit B** and are dated August 3, 2017.


**SECTION 2 -  UPDATED DAMAGE SUMMARY**

Based on the August 3, 2017 revisions, Table 2 below summarizes the total added compensation TPC seeks through this update:



**Table 2**

| Element of Additional Cost | Amounts |
|---|---|
| Extra Work RCOs | $3,895,296 |
| Replacement of PCCP Panels | $10,325,533 |
| Government Credits | ($819,018) |
| Time-Related General Conditions - Labor | $4,326,773 |
| Time-Related General Conditions - Materials / Services | $1,589,071 |
| Time-Related Equipment Costs (Ownership) | $3,832,007 |
| Material Escalation | $11,059 |
| ADP Impact RCOs | $2,151,222 |
| Labor Inefficiencies | $1,197,842 |
| Equipment Inefficiencies (Operating Costs) | $1,131,266 |
| Subcontractor REA | $2,944,921 |
| Unpaid Contract Balance | $2,601,219 |
| REA Preparation Costs (TPC & PSMI Labor and Expenses) | $1,737,558 |
| Professional Services | $3,153,523 |
|  |  |
| **Total** | **$38,078,272** |

The above amounts do not include legal services that may be recoverable as an REA preparation cost and it does not include any damages that TPC may incur because of the improper CCASS rating as discussed in its' October, 23, 2014 REA. TPC reserves its rights to separately request these amounts.

## SECTION 3 – OVERALL TABLE 15-2

On May 24, 2017, the Government forwarded to TPC, via email, an internal memorandum to the Contracting Officer.  This memorandum cited alleged deficiencies that needed to be addressed prior to commencement of an audit by Defense Contract Audit Agency (DCAA).  A follow-up conference call regarding the alleged deficiencies and between Government representatives and TPC representatives, including its consultant, was held on June 22, 2017.  During this conference call, TPC and the Government agreed the only outstanding item currently requested by the Government was the overall cost data presented by cost element in the same format as Table 15-2 in Federal Acquisition Record (FAR) 15.408.

This overall table 15-2 has been completed and is set forth in **Exhibit C**.  It was prepared using values from the many Table 15-2's and other cost breakdowns already included in the prior REA



August 3, 2017

and claim submissions. As agreed during the June 22, 2017, call, the unpaid contract balance is not broken down by cost type.

In order to prepare the overall Table 15-2 through references to supporting data already submitted, the following tables and exhibits were prepared:

- **Exhibit C-1** – Overall Table by Cost Type for Extra Work RCOs
- **Exhibit C-2** – Overall Table by Cost Type for Replacement of PCCP Panels
  - Exhibit C-2A – Includes a portion of Exhibit D-21 (from the October 23, 2014, TPC REA) annotated for labor, subcontractor, and expense cost elements
- **Exhibit C-3** – Overall Table by Cost Type for Government Credit RCOs
- **Exhibit C-4** – Table of Time Related General Conditions Costs – Labor
- **Exhibit C-5** – Table of Time Related General Conditions Costs – Materials / Services
- **Exhibit C-6** – Table of Time Related Equipment (Ownership) Costs
- **Exhibit C-7** – Table of Material Escalation Costs
- **Exhibit C-8** – Overall Table by Cost Type for ADP Impact RCOs
- **Exhibit C-9** – Table of Labor Inefficiency Costs
- **Exhibit C-10** – Table of Equipment Inefficiency (Operating) Costs
- **Exhibit C-11** – Table of Subcontractor Claim Costs
- **Exhibit C-12** – Table of REA Prep Costs
- **Exhibit C-13** – Table of Professional Services Costs

In each of these exhibits, **C-1 to C-13**, the pages in the REA narrative where the values came from are referenced.  On these pages, the exhibits to the REA, which contain the previously prepared Table 15-2s and other calculations, breakdowns and supporting documentation, are referenced.  Through these references, the amounts can be traced.

 The amounts in **Exhibits C-1 to C-13** were then consolidated into one overall table, **Exhibit C-14**, to show each cost type for each claimed cost element[1].   This exhibit sets forth the final amounts carried forward to the overall Table 15-2 in Exhibit C.

---

[1] It is noted that in the calculations for the CDA Claim, there are minor roundings within the RCO amounts and unpaid contract balance.  For Table 15-2, these roundings are eliminated through directly linked calculations and result in a claim value of $38,078,268.16, $3.84 less and an insignificant difference



August 3, 2017

# Exhibit A

## CERTIFICATION

To Whom It May Concern:

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

_____

Kevin J. Woods
Senior Vice President
Tutor Perini Corporation



August 3, 2017

# Exhibit B



August 3, 2017

**Repair/Replacement of West Runway 01L/19R**
**REA Tutor Perini Corporation**

## I.   EXECUTIVE SUMMARY

Tutor Perini Corporation (TPC) submits this Request for Equitable Adjustment (REA) on the Andrews AFB Repair/Replacement of West Runway 01L/19R ("project" or "JBA West Runway") in the amount of **$38,078,272** principally because:

1. Despite the government's repeated and expressed **warranties that** its design was a **"100% Design"** and contract documents  were **"100% Plans and Specifications**, they were not, because they were not complete, accurate, or constructible;

2. Despite the government having a duty to cooperate (including promising to facilitate the Contractor's performance of the Work in all ways because of its expressed urgent necessity to restore the operation of the "President's Runway" by summer 2011) and a contractual obligation to partner ("to most effectively accomplish this contract"), the government maladministered the project both by failing to act timely and by acting incorrectly;

3. Despite making many changes to the project, the government failed to respond to many requests for change orders (RCOs) and failed to issue modifications for several others that it did acknowledge; and

4. Instead, the government turned to aggressive, threatening tactics by issuing an unsatisfactory rating after project completion and a "Notification of Debt."

Unbeknownst to TPC, when the $81,281,252[1] task order was awarded on April 30, 2010, the government was not ready to start the work and would not allow even limited access for another five months, until September 2010. It would take almost two years and 46 formal revisions for the government to correct the incomplete, uncoordinated, error-ridden100% Design.

The delayed start and the deficient design resulted in a multitude of problems that made it impossible to meet the ambitious project timeline of demolishing, placing and installing $81,282,252 of materials in a little over 11 months. In order to stay on track, TPC had to execute approximately $7 million dollars of work per month. Even with a complete accurate and constructible design, the project would have been a challenge, demanding partnership and cooperation from the government, elements that were never provided. Many of the government's leaders were either not at the project site or had insufficient time for this project. Unfortunately, instead of working to support the schedule and solve problems, the government's

---

[1] The Task Order was mistakenly award at $81,231,252. This was corrected by Modification No. 1, dated May 10, 2010, which increased the Contract value to $81,281,252.



- **February 1, 2012 (Update 23) to Actual Substantial Completion**: During this period, the government issued more panel replacement directives, including very late directives that were issued after TPC demobilized its batch plant. In addition, the government did not conduct its prefinal inspections in accordance with prior agreement with TPC and proper Contract administration. The panel replacements and added inspection time controlled the project's Substantial Completion.

E.   Damages

For the reasons explained above, TPC experienced additional costs during construction of the JBA West Runway Project because its work was changed and disrupted, and its time of performance was extended as the result of events for which the government is responsible. The elements included in this REA deal exclusively with the cost issues related to directed and/or constructive changes and the resulting delay and disruption of TPC's work, for which the government is ultimately responsible. The following table lists the elements and corresponding amounts included in the REA. These elements are further described in the REA and supported by detailed exhibits based upon actual costs.

| Element of Additional Cost | Amounts |
| --- | --- |
| Extra Work RCOs | $3,895,296 |
| Replacement of PCCP Panels | $10,325,533 |
| Government Credits | ($819,018) |
| Time-Related General Conditions - Labor | $4,326,773 |
| Time-Related General Conditions - Materials / Services | $1,589,071 |
| Time-Related Equipment Costs (Ownership) | $3,832,007 |
| Material Escalation | $11,059 |
| ADP Impact RCOs | $2,151,222 |
| Labor Inefficiencies | $1,197,842 |
| Equipment Inefficiencies (Operating Costs) | $1,131,266 |
| Subcontractor REA | $2,944,921 |
| Unpaid Contract Balance | $2,601,219 |
| REA Preparation Costs (TPC & PSMI Labor and Expenses) | $1,737,558 |
| Professional Services | $3,153,523 |
| **Total** | **$38,078,272** |

These damages do not include requests for equitable adjustments from M.C. Dean, TPC's electrical subcontractor, certain REA preparation costs, and damages that may be incurred because of the government's improper CCASS rating (as discussed below).

**Repair/Replacement of West Runway 01L/19R**
**REA Tutor Perini Corporation**

| RCO No. | Group | RCO Description (GOV RESPONSIBILITY) | Exhibit No. | RCO Amount |
|---|---|---|---|---|
| 9584 | 70001 PCCP Panel | Remove & Replace PCCP Panels per Gov't Direction 10/11 | RCO-9584 | $639,817 |
| 9597 | 70001 PCCP Panel | North Approach Light Bar Repairs | RCO-9597 | $268,947 |
| 9598 | 70001 PCCP Panel | PCCP Panel Replacement @ Asphalt Interface | RCO-9598 | $674,786 |
| 9599 | 70001 PCCP Panel | PCCP Panel Replacement @ Interior lanes | RCO-9599 | $671,139 |
| 9605 | 70001 PCCP Panel | PCCP Panel Removal per 1/3/12 Directive-Debris | RCO-9605 | $267,696 |
| 9606 | 70001 PCCP Panel | PCCP Panel Removal per 1/3/12 Directive-Transverse Spalls | RCO-9606 | $170,113 |
| 9608 | 70001 PCCP Panel | Re-replacement of PCCP Panels Lane 9 Sta.153-156 | RCO-9608 | w/ RCO 9605 |
| 9609 | 70001 PCCP Panel | PCCP Panel Removal per 2/6/12 Directive | RCO-9609 | $4,561,698 |
| 9612 | 70001 PCCP Panel | Removal and Replacement of South Threshold Light Bars | RCO-9612 | $261,827 |
| 9613 | 70001 PCCP Panel | South Approach Bar Replacements | RCO-9613 | $1,274,590 |
| 9622 | 70001 PCCP Panel | Spall Repairs Throughout Project-Gov't Issue | RCO-9622 | $569,389 |
| 9635 | 70001 PCCP Panel | Panel Replacement at Threshold | RCO-9635 | $19,253 |
| 9638 | 70001 PCCP Panel | Panel Removals per 7-15-2012 CO Directive (40 PCCP panels) | RCO-9638 | $826,462 |
|  | 70001 PCCP Panel | PMSI's Panel Replacement Supervisory and Administrative Costs | Exh. D-21 | $119,816 |
| **Total Panel Replacement  Government's Responsibility (including markups)** | | | | **$10,325,533** |

4.    Credits

Certain work was either deleted from the Contract requirements or the government allowed TPC to revise certain work in an effort to mitigate the impact of government-required changes or government -caused delays to the work. As a result, the government is entitled to certain credits as set forth below and in the corresponding exhibits. These credits have been previously submitted to the government, and most recently as part of TPC's response to the Notification of Debt response, dated March 13, 2014.

Since the TPC credits were submitted in March 2014, TPC has had the opportunity to review the government's amounts and update its credit amounts to account for actual project cost data where applicable. Therefore, the resulting credits vary from those submitted previously, including certain credits that TPC is willing to accept the direct costs set forth by the government.

The following table sets forth the credits (deductive amounts) due the government. The referenced RCO exhibits and the following section summarize the basis for the credits:

**Repair/Replacement of West Runway 01L/19R**
**REA Tutor Perini Corporation**

Dean performed the extra work and the government failed to compensate TPC and MC Dean for the extra work. MC Dean has completed the effort of identifying its actual costs and updating its pricing for its unresolved extra work. TPC forwarded these costs to the government as a separate REA as a part of the April 21, 2015, Update to REA.  These costs were updated and forwarded to the government on April 28, 2016, as a part of TPC's CDA claim.

E.    Remaining Contract Balance

The government has not paid TPC its complete Contract balance for the work performed. TPC is due $2,601,218.62, as follows:[102]

| | |
|---|---|
| Original Task Order Awarded Amount | $ 81,231,252.00 |
| Contingency CLINs | $ 9,036,590.94 |
| Original Actual Contract Value | $ 72,194,661.06 |
| Mod 1 | $ 50,000.00 |
| Mod 2 | $ 237,330.16 |
| Utilized CLIN Amounts (including Mod 6) | $ 3,841,321.34 |
| Actual Contract Value Available for Invoicing | $ 76,323,312.56 |
| Invoiced/Paid to Date | $ 73,722,093.94 |
| Remaining | $ 2,601,218.62 |

F.    Proposal Preparation Costs

   1.    TPC REA Preparation Costs

       a)    Labor

TPC's CHC division has expended more than 10,000 man-hours of labor at a cost of $969,126 (wages and burden) in the preparation of REAs as recorded in Cost Code 00009587000 (subsequent code 73587000). Most of these efforts occurred after substantial completion. These labor cost transactions are set forth in **Exhibit D-21**. These costs, not included in its time-

---

[102] The unpaid contract balance was determined by the government, and the adjustments shown by the government for Allowance amounts is based on the government's assessment.



**Repair/Replacement of West Runway 01L/19R**
**REA Tutor Perini Corporation**

due. All of the technical analysis Jacobs Associates performed on this assignment were carried out by, or under the direct supervision of licensed professional engineers.

- Jacobs Associates' efforts went beyond the expertise of TPC's personnel, making TPC's reliance on outside engineering services essential. As a construction contractor it would be impractical for TPC to maintain staff resources competent to undertake such an effort.

- During the period from July 2013 through August 2014, about 13 months, Jacobs Associates expended more than 9,000 hours assisting with the development of TPC's RCOs and this equitable adjustment request for the JBA West Runway Project, Jacobs Associates has or will bill TPC approximately $2 million for its professional services. Jacobs Associates' labor cost, including burden, for engineers, engineering technicians, and support staff averaged $200 per hour for the 15-month period. This labor cost is consistent with that charged by other engineering consultants for similar work.

The amounts invoiced through October 2015, are as follows:

| JA Inv. No. | Inv. Date | Inv. Amount |
|---|---|---|
| 000050580001 | 10/22/2013 | $47,840.00 |
| 000050580002 | 11/12/2013 | $22,385.00 |
| 000050580003 | 11/26/2013 | $56,630.00 |
| 000050580004 | 12/26/2013 | $156,643.32 |
| 000050580005 | 02/3/2014 | $127,167.94 |
| 000050580006 | 03/25/2014 | $179,868.98 |
| 000050580007 | 04/23/2014 | $145,742.04 |
| 000050580008 | 04/30/2014 | $134,435.30 |
| 000050580009 | 05/28/2014 | $118,728.23 |
| 000050580010 | 06/27/2014 | $151,563.18 |
| 000050580011 | 08/11/2014 | $171,854.90 |
| 000050580012 | 09/29/2014 | $145,216.50 |

| JA Inv. No. | Inv. Date | Inv. Amount |
|---|---|---|
| 000050580013 | 10/7/2014 | $309,787.25 |
| 000050580014 | 11/7/14 | $136,792.70 |
| 000050580015 | 11/19/14 | $271,489.52 |
| 000050580016 | 12/23/14 | $6,590.64 |
| 000050580017 | 1/30/15 | $7,930.00 |
| 000050580018 | 3/25/15 | $13,857.50 |
| 000050580019 | 5/6/15 | $34,114.27 |
| 000050580020 | 6/19/15 | $23,023.23 |
| 000050580021 | 8/7/15 | $33,757.69 |
| 000050580022 | 10/1/15 | $988.35 |
| Total | | $2,296,406.54 |

The Jacobs Associates invoices, included as **Exhibit D-22** describe the work performed during each billing period. Jacobs Associates' services involved a variety of Contract administration matters, including assisting in the preparation of RCOs and the preparation of this REA. Jacobs



**Repair/Replacement of West Runway 01L/19R**
**REA Tutor Perini Corporation**

A recap of the amounts paid Nichols Consulting Engineers (based on TPC's cost transaction journal) is as follows:

| Transaction | G/L Date | Inv. Amount. |
|---|---|---|
| Payment | October 31, 2013 | $7,328.13 |
| Payment | October 31, 2013 | $1,816.73 |
| **Total** | | **$9,144.86** |

e)   <u>Professional Services Summary</u>

The total additional compensation due TPC for professional services related to the events and costs set forth in this REA is as follows:

| Ln No. | Element of Cost - Professional Services | % | Markup | Amount |
|---|---|---|---|---|
| 1 | Jacobs Associates Professional Services | | | $2,296,407 |
| 2 | Navigant Consulting | | | $289,963 |
| 3 | KPFF Professional Services | | | $84,921 |
| 4 | Nichols Consulting Professional Services | | | $9,145 |
| 5 | Total Direct Costs | | | $2,680,436 |
| 6 | PMSI Division Office Support (% x Line 5) | 0.33% | $8,845 | |
| 7 | CHC G&A (% x Line 5) | 4.56% | $122,228 | |
| 8 | Subtotal | | | $2,811,509 |
| 9 | Profit (% x Line 8) | 10.00% | $281,151 | |
| 10 | Subtotal | | | $3,092,660 |
| 11 | Insurance Premiums (% x Total Cost) | 1.05% | $33,112 | |
| 12 | Subtotal | | | $3,125,772 |
| 13 | Contractors' Bond Premium (% x Total Cost) | 0.88% | $27,751 | |
| 14 | **Total Cost (Lines 12 + 13)** | | | **$3,153,523** |

The above professional services costs do not include legal services. To the extent permitted by the FAR, TPC may seek recovery of these costs in a separate REA.

G.   <u>Damage Summary</u>

This Request for Equitable Adjustment quantifies the additional compensation resulting from the delay and disruption for which the government is responsible. The table below summarizes the added compensation TPC seeks:



**Repair/Replacement of West Runway 01L/19R**
**REA Tutor Perini Corporation**

| Element of Additional Cost | Amounts |
|---|---|
| Extra Work RCOs | $3,895,296 |
| Replacement of PCCP Panels | $10,325,533 |
| Government Credits | ($819,018) |
| Time-Related General Conditions - Labor | $4,326,773 |
| Time-Related General Conditions - Materials / Services | $1,589,071 |
| Time-Related Equipment Costs (Ownership) | $3,832,007 |
| Material Escalation | $11,059 |
| ADP Impact RCOs | $2,151,222 |
| Labor Inefficiencies | $1,197,842 |
| Equipment Inefficiencies (Operating Costs) | $1,131,266 |
| Subcontractor REA | $2,944,921 |
| Unpaid Contract Balance | $2,601,219 |
| REA Preparation Costs (TPC & PSMI Labor and Expenses) | $1,737,558 |
| Professional Services | $3,153,523 |
| **Total** | **$38,078,272** |

It is noted the table above does not include legal services that may be recoverable as an REA preparation cost and it does not include any damages that TPC may incur because of the improper CCASS rating as discussed in the next section. TPC reserves its right to submit separate REAs for these amounts.

**AAFB-Repair/Replace Runway 01L/19R**                                    **Exhibit C**

**Overall Contract Modification Proposal Summary**

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

**Description: Updated TPC Contract Disputes Act of 1978 and FAR Clause 52.233-1 Disputes Claim**

| Cost Elements | Estimated Cost Of All Work Deleted | Cost of Deleted Work Already Performed | Net Cost To Be Deleted | Cost of Work Added | Net Cost Of Change | Reference |
|---|---|---|---|---|---|---|
| Materials & Services | -2,599,830.61 | 0.00 | -2,599,830.61 | 5,534,758.78 | 2,934,928.17 | Updated CDA Claim, Exhibit C-14 |
| GC Materials & Services | 0.00 | 0.00 | 0.00 | 4,431,269.23 | 4,431,269.23 | Updated CDA Claim, Exhibit C-14 |
| Direct Labor | -286,171.44 | 0.00 | -286,171.44 | 4,434,282.23 | 4,148,110.80 | Updated CDA Claim, Exhibit C-14 |
| GC Direct Labor | 0.00 | 0.00 | 0.00 | 4,755,737.00 | 4,755,737.00 | Updated CDA Claim, Exhibit C-14 |
| Indirect Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-14 |
| Other Costs / Markups | -222,066.85 | 0.00 | -222,066.85 | 5,840,867.70 | 5,618,800.85 | Updated CDA Claim, Exhibit C-14 |
| Royalties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-14 |
| Facilities Capital Cost | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-14 |
| Equipment | -286,103.98 | 0.00 | -286,103.98 | 3,358,679.16 | 3,072,575.19 | Updated CDA Claim, Exhibit C-14 |
| Equipment (Extended) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-14 |
| GC Equipment | 0.00 | 0.00 | 0.00 | 3,278,624.00 | 3,278,624.00 | Updated CDA Claim, Exhibit C-14 |
| Subcontractor | -184,084.07 | 0.00 | -184,084.07 | 7,421,088.38 | 7,237,004.30 | Updated CDA Claim, Exhibit C-14 |
| **Totals** | **-3,578,256.94** | **0.00** | **-3,578,256.94** | **39,055,306.48** | **35,477,049.54** | Updated CDA Claim, Exhibit C-14 |

| | | |
|---|---|---|
| Unpaid Contract Balance | 2,601,218.62 | October 23, 2014, REA Narrative, Page 619 |
| Rounding Variance | 3.84 | Updated CDA Claim, Exhibit C-14 |

| **Total Claimed Amount** | **38,078,272** |
|---|---|



**AAFB-Repair/Replace Runway 01L/19R**

**Exhibit C-1**

**Overall Table of Cost Elements for Extra Work RCOs**

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9506 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9506-000-0 | | |
| RCO9506 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9506-000-0 | | |
| RCO9506 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9506-000-0 | | |
| RCO9506 | Cost of Work Added | 22,794.16 | 0.00 | 11,664.28 | 0.00 | 0.00 | 107,254.30 | 0.00 | 0.00 | 10,262.11 | 0.00 | 0.00 | 563,006.33 | 714,981.18 | Exhibit 9506-000-0 | | |
| RCO9506 Total | | 22,794.16 | 0.00 | 11,664.28 | 0.00 | 0.00 | 107,254.30 | 0.00 | 0.00 | 10,262.11 | 0.00 | 0.00 | 563,006.33 | 714,981.18 | Exhibit 9506-000-0 | 714,981 | October 23, 2014, REA Narrative, Page 575 |
| RCO9566 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9566-000-0 | | |
| RCO9566 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9566-000-0 | | |
| RCO9566 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9566-000-0 | | |
| RCO9566 | Cost of Work Added | 3,943.20 | 0.00 | 0.00 | 0.00 | 0.00 | 695.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,639.11 | Exhibit 9566-000-0 | | |
| RCO9566 Total | | 3,943.20 | 0.00 | 0.00 | 0.00 | 0.00 | 695.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,639.11 | Exhibit 9566-000-0 | 4,639 | October 23, 2014, REA Narrative, Page 575 |
| RCO9558 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9558-000-0 | | |
| RCO9558 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9558-000-0 | | |
| RCO9558 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9558-000-0 | | |
| RCO9558 | Cost of Work Added | 61.18 | 0.00 | 1,471.08 | 0.00 | 0.00 | 478.64 | 0.00 | 0.00 | 1,179.84 | 0.00 | 0.00 | 0.00 | 3,190.74 | Exhibit 9558-000-0 | | |
| RCO9558 Total | | 61.18 | 0.00 | 1,471.08 | 0.00 | 0.00 | 478.64 | 0.00 | 0.00 | 1,179.84 | 0.00 | 0.00 | 0.00 | 3,190.74 | Exhibit 9558-000-0 | 3,191 | October 23, 2014, REA Narrative, Page 575 |
| RCO9617 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9617-000-0 | | |
| RCO9617 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9617-000-0 | | |
| RCO9617 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9617-000-0 | | |
| RCO9617 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.93 | 619.92 | Exhibit 9617-000-0 | | |
| RCO9617 Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.93 | 619.92 | Exhibit 9617-000-0 | 620 | October 23, 2014, REA Narrative, Page 575 |
| RCO9508 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9508-000-0 | | |
| RCO9508 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9508-000-0 | | |
| RCO9508 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9508-000-0 | | |
| RCO9508 | Cost of Work Added | 1,022.00 | 0.00 | 1,890.76 | 0.00 | 0.00 | 1,545.45 | 0.00 | 0.00 | 2,501.59 | 0.00 | 0.00 | 3,342.50 | 10,302.30 | Exhibit 9508-000-0 | | |
| RCO9508 Total | | 1,022.00 | 0.00 | 1,890.76 | 0.00 | 0.00 | 1,545.45 | 0.00 | 0.00 | 2,501.59 | 0.00 | 0.00 | 3,342.50 | 10,302.30 | Exhibit 9508-000-0 | 10,302 | October 23, 2014, REA Narrative, Page 575 |
| RCO9515 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9515-000-0 | | |
| RCO9515 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9515-000-0 | | |
| RCO9515 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9515-000-0 | | |
| RCO9515 | Cost of Work Added | 16.10 | 0.00 | 369.10 | 0.00 | 0.00 | 788.54 | 0.00 | 0.00 | 1,185.91 | 0.00 | 0.00 | 2,896.92 | 5,256.57 | Exhibit 9515-000-0 | | |
| RCO9515 Total | | 16.10 | 0.00 | 369.10 | 0.00 | 0.00 | 788.54 | 0.00 | 0.00 | 1,185.91 | 0.00 | 0.00 | 2,896.92 | 5,256.57 | Exhibit 9515-000-0 | 5,257 | October 23, 2014, REA Narrative, Page 575 |
| RCO9516 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9516-000-0 | | |
| RCO9516 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9516-000-0 | | |
| RCO9516 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9516-000-0 | | |
| RCO9516 | Cost of Work Added | 485.42 | 0.00 | 11,627.44 | 0.00 | 0.00 | 4,217.93 | 0.00 | 0.00 | 11,786.90 | 0.00 | 0.00 | 0.00 | 28,117.68 | Exhibit 9516-000-0 | | |
| RCO9516 Total | | 485.42 | 0.00 | 11,627.44 | 0.00 | 0.00 | 4,217.93 | 0.00 | 0.00 | 11,786.90 | 0.00 | 0.00 | 0.00 | 28,117.68 | Exhibit 9516-000-0 | 28,118 | October 23, 2014, REA Narrative, Page 575 |
| RCO9553 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9553-000-0 | | |
| RCO9553 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9553-000-0 | | |
| RCO9553 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9553-000-0 | | |
| RCO9553 | Cost of Work Added | 3,228.97 | 0.00 | 911.63 | 0.00 | 0.00 | 982.48 | 0.00 | 0.00 | 1,426.34 | 0.00 | 0.00 | 0.00 | 6,549.42 | Exhibit 9553-000-0 | | |
| RCO9553 Total | | 3,228.97 | 0.00 | 911.63 | 0.00 | 0.00 | 982.48 | 0.00 | 0.00 | 1,426.34 | 0.00 | 0.00 | 0.00 | 6,549.42 | Exhibit 9553-000-0 | 6,549 | October 23, 2014, REA Narrative, Page 575 |
| RCO9561 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9561-000-0 | | |
| RCO9561 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9561-000-0 | | |
| RCO9561 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9561-000-0 | | |
| RCO9561 | Cost of Work Added | 233,747.91 | 0.00 | 67,243.83 | 0.00 | 0.00 | 175,723.35 | 0.00 | 0.00 | 125,417.83 | 0.00 | 0.00 | 569,278.24 | 1,171,411.16 | Exhibit 9561-000-0 | | |
| RCO9561 Total | | 233,747.91 | 0.00 | 67,243.83 | 0.00 | 0.00 | 175,723.35 | 0.00 | 0.00 | 125,417.83 | 0.00 | 0.00 | 569,278.24 | 1,171,411.16 | Exhibit 9561-000-0 | 1,171,411 | October 23, 2014, REA Narrative, Page 575 |
| RCO9562 | Estimated Cost of All Work Deleted | -706.91 | 0.00 | 0.00 | 0.00 | 0.00 | -46.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -753.69 | Exhibit 9562.000-0.R1 | | |
| RCO9562 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9562.000-0.R1 | | |
| RCO9562 | Net Cost To Be Deleted | -706.91 | 0.00 | 0.00 | 0.00 | 0.00 | -46.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -753.69 | Exhibit 9562.000-0.R1 | | |
| RCO9562 | Cost of Work Added | 3,365.57 | 0.00 | 0.00 | 0.00 | 0.00 | 593.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,959.54 | Exhibit 9562.000-0.R1 | | |
| RCO9562 Total | | 2,658.66 | 0.00 | 0.00 | 0.00 | 0.00 | 547.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,205.85 | Exhibit 9562.000-0.R1 | 3,206 | April 21, 2015, Update to REA Narrative, Page 575 |
| RCO9571 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9571-000-0 | | |
| RCO9571 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9571-000-0 | | |
| RCO9571 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9571-000-0 | | |
| RCO9571 | Cost of Work Added | 5,882.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1,038.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,920.48 | Exhibit 9571-000-0 | | |
| RCO9571 Total | | 5,882.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1,038.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,920.48 | Exhibit 9571-000-0 | 6,920 | October 23, 2014, REA Narrative, Page 575 |
| RCO9574 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9574.000-0.R1 | | |
| RCO9574 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9574.000-0.R1 | | |
| RCO9574 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9574.000-0.R1 | | |
| RCO9574 | Cost of Work Added | 1,613.30 | 0.00 | 761.48 | 0.00 | 0.00 | 444.03 | 0.00 | 0.00 | 141.18 | 0.00 | 0.00 | 0.00 | 2,959.98 | Exhibit 9574.000-0.R1 | | |
| RCO9574 Total | | 1,613.30 | 0.00 | 761.48 | 0.00 | 0.00 | 444.03 | 0.00 | 0.00 | 141.18 | 0.00 | 0.00 | 0.00 | 2,959.98 | Exhibit 9574.000-0.R1 | 2,960 | April 21, 2015, Update to REA Narrative, Page 575 |

**AAFB-Repair/Replace Runway 01L/19R**  
**Overall Table of Cost Elements for Extra Work RCOs**

Exhibit C-1

Contract No. FA3002-08-0011-0005  
CLIN 0001AA  
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9581 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -143.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,173.60 | -2,317.42 | Exhibit 9581.000-0.R1 | | |
| RCO9581 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9581.000-0 | | |
| RCO9581 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -143.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,173.60 | -2,317.42 | Exhibit 9581.000-0.R1 | | |
| RCO9581 | Cost of Work Added | 14,549.49 | 0.00 | 10,880.85 | 0.00 | 0.00 | 9,889.50 | 0.00 | 0.00 | 7,637.78 | 0.00 | 0.00 | 22,968.00 | 65,925.62 | Exhibit 9581.000-0.R1 | | |
| **RCO9581 Total** | | **14,549.49** | **0.00** | **10,880.85** | **0.00** | **0.00** | **9,745.68** | **0.00** | **0.00** | **7,637.78** | **0.00** | **0.00** | **20,794.40** | **63,608.20** | Exhibit 9581.000-0.R1 | **63,608** | April 21, 2015, Update to REA Narrative, Page 575 |
| RCO9582 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9582.000-0 | | |
| RCO9582 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9582.000-0 | | |
| RCO9582 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9582.000-0 | | |
| RCO9582 | Cost of Work Added | 41.86 | 0.00 | 1,783.23 | 0.00 | 0.00 | 715.82 | 0.00 | 0.00 | 2,230.89 | 0.00 | 0.00 | 0.00 | 4,771.79 | Exhibit 9582.000-0 | | |
| **RCO9582 Total** | | **41.86** | **0.00** | **1,783.23** | **0.00** | **0.00** | **715.82** | **0.00** | **0.00** | **2,230.89** | **0.00** | **0.00** | **0.00** | **4,771.79** | Exhibit 9582.000-0 | **4,772** | October 23, 2014, REA Narrative, Page 575 |
| RCO9600 | Estimated Cost of All Work Deleted | -1,872.32 | 0.00 | -424.36 | 0.00 | 0.00 | -514.86 | 0.00 | 0.00 | -617.06 | 0.00 | 0.00 | -4,867.50 | -8,296.10 | Exhibit 9600.000-0 | | |
| RCO9600 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9600.000-0 | | |
| RCO9600 | Net Cost To Be Deleted | -1,872.32 | 0.00 | -424.36 | 0.00 | 0.00 | -514.86 | 0.00 | 0.00 | -617.06 | 0.00 | 0.00 | -4,867.50 | -8,296.10 | Exhibit 9600.000-0 | | |
| RCO9600 | Cost of Work Added | 791.32 | 0.00 | 1,171.03 | 0.00 | 0.00 | 648.04 | 0.00 | 0.00 | 1,709.60 | 0.00 | 0.00 | 0.00 | 4,319.98 | Exhibit 9600.000-0 | | |
| **RCO9600 Total** | | **-1,081.00** | **0.00** | **746.67** | **0.00** | **0.00** | **133.18** | **0.00** | **0.00** | **1,092.54** | **0.00** | **0.00** | **-4,867.50** | **-3,976.12** | Exhibit 9600.000-0 | **-3,976** | October 23, 2014, REA Narrative, Page 575 |
| RCO9604 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9604.000-0 | | |
| RCO9604 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9604.000-0 | | |
| RCO9604 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9604.000-0 | | |
| RCO9604 | Cost of Work Added | 12.98 | 0.00 | 676.30 | 0.00 | 0.00 | 2,233.42 | 0.00 | 0.00 | 860.80 | 0.00 | 0.00 | 11,105.00 | 14,888.50 | Exhibit 9604.000-0 | | |
| **RCO9604 Total** | | **12.98** | **0.00** | **676.30** | **0.00** | **0.00** | **2,233.42** | **0.00** | **0.00** | **860.80** | **0.00** | **0.00** | **11,105.00** | **14,888.50** | Exhibit 9604.000-0 | **14,889** | October 23, 2014, REA Narrative, Page 575 |
| RCO9636 | Estimated Cost of All Work Deleted | -991.70 | 0.00 | -1,477.96 | 0.00 | 0.00 | -244.55 | 0.00 | 0.00 | -753.79 | 0.00 | 0.00 | -472.50 | -3,940.49 | Exhibit 9636.000-0.R1 | | |
| RCO9636 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9636.000-0 | | |
| RCO9636 | Net Cost To Be Deleted | -991.70 | 0.00 | -1,477.96 | 0.00 | 0.00 | -244.55 | 0.00 | 0.00 | -753.79 | 0.00 | 0.00 | -472.50 | -3,940.49 | Exhibit 9636.000-0.R1 | | |
| RCO9636 | Cost of Work Added | 1,983.39 | 0.00 | 2,955.91 | 0.00 | 0.00 | 1,304.55 | 0.00 | 0.00 | 1,507.59 | 0.00 | 0.00 | 945.00 | 8,696.44 | Exhibit 9636.000-0.R1 | | |
| **RCO9636 Total** | | **991.70** | **0.00** | **1,477.96** | **0.00** | **0.00** | **1,060.01** | **0.00** | **0.00** | **753.79** | **0.00** | **0.00** | **472.50** | **4,755.95** | Exhibit 9636.000-0.R1 | **4,756** | April 21, 2015, Update to REA Narrative, Page 575 |
| RCO9548 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9548.000, 9552.000, & 9557.000-0 | | |
| RCO9548 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9548.000, 9552.000, & 9557.000-0 | | |
| RCO9548 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9548.000, 9552.000, & 9557.000-0 | | |
| RCO9548 | Cost of Work Added | 172,818.26 | 0.00 | 70,125.69 | 0.00 | 0.00 | 63,722.14 | 0.00 | 0.00 | 108,181.70 | 0.00 | 0.00 | 9,938.25 | 424,786.04 | Exhibit 9548.000, 9552.000, & 9557.000-0 | | |
| **RCO9548 Total** | | **172,818.26** | **0.00** | **70,125.69** | **0.00** | **0.00** | **63,722.14** | **0.00** | **0.00** | **108,181.70** | **0.00** | **0.00** | **9,938.25** | **424,786.04** | Exhibit 9548.000, 9552.000, & 9557.000-0 | **424,786** | October 23, 2014, REA Narrative, Page 575 |
| RCO9570 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9570.000-0 | | |
| RCO9570 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9570.000-0 | | |
| RCO9570 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9570.000-0 | | |
| RCO9570 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 361.04 | 0.00 | 0.00 | 2,045.75 | 0.00 | 0.00 | 0.00 | 2,406.80 | Exhibit 9570.000-0 | | |
| **RCO9570 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **361.04** | **0.00** | **0.00** | **2,045.75** | **0.00** | **0.00** | **0.00** | **2,406.80** | Exhibit 9570.000-0 | **2,407** | October 23, 2014, REA Narrative, Page 576 |
| RCO9523 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9523.000/9524.000-0 | | |
| RCO9523 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9523.000/9524.000-0 | | |
| RCO9523 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9523.000/9524.000-0 | | |
| RCO9523 | Cost of Work Added | 196.42 | 0.00 | 8,156.44 | 0.00 | 0.00 | 2,943.41 | 0.00 | 0.00 | 7,625.17 | 0.00 | 0.00 | 700.00 | 19,621.44 | Exhibit 9523.000/9524.000-0 | | |
| **RCO9523 Total** | | **196.42** | **0.00** | **8,156.44** | **0.00** | **0.00** | **2,943.41** | **0.00** | **0.00** | **7,625.17** | **0.00** | **0.00** | **700.00** | **19,621.44** | Exhibit 9523.000/9524.000-0 | **19,621** | October 23, 2014, REA Narrative, Page 576 |
| RCO9525 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9525.000-0 | | |
| RCO9525 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9525.000-0 | | |
| RCO9525 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9525.000-0 | | |
| RCO9525 | Cost of Work Added | 28.98 | 0.00 | 742.67 | 0.00 | 0.00 | 204.69 | 0.00 | 0.00 | 388.17 | 0.00 | 0.00 | 0.00 | 1,364.51 | Exhibit 9525.000-0 | | |
| **RCO9525 Total** | | **28.98** | **0.00** | **742.67** | **0.00** | **0.00** | **204.69** | **0.00** | **0.00** | **388.17** | **0.00** | **0.00** | **0.00** | **1,364.51** | Exhibit 9525.000-0 | **1,365** | October 23, 2014, REA Narrative, Page 576 |
| RCO9563 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9563.000-0 | | |
| RCO9563 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9563.000-0 | | |
| RCO9563 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9563.000-0 | | |
| RCO9563 | Cost of Work Added | 24.15 | 0.00 | 570.00 | 0.00 | 0.00 | 104.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 699.01 | Exhibit 9563.000-0 | | |
| **RCO9563 Total** | | **24.15** | **0.00** | **570.00** | **0.00** | **0.00** | **104.86** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **699.01** | Exhibit 9563.000-0 | **699** | October 23, 2014, REA Narrative, Page 576 |
| RCO9573 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9573.000-0 | | |
| RCO9573 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9573.000-0 | | |
| RCO9573 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9573.000-0 | | |
| RCO9573 | Cost of Work Added | 64,369.09 | 0.00 | 0.00 | 0.00 | 0.00 | 11,360.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75,729.23 | Exhibit 9573.000-0 | | |
| **RCO9573 Total** | | **64,369.09** | **0.00** | **0.00** | **0.00** | **0.00** | **11,360.14** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **75,729.23** | Exhibit 9573.000-0 | **75,729** | October 23, 2014, REA Narrative, Page 576 |
| RCO9577 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9577.000-0 | | |
| RCO9577 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9577.000-0 | | |
| RCO9577 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9577.000-0 | | |
| RCO9577 | Cost of Work Added | 28.98 | 0.00 | 570.68 | 0.00 | 0.00 | 241.28 | 0.00 | 0.00 | 767.46 | 0.00 | 0.00 | 0.00 | 1,608.40 | Exhibit 9577.000-0 | | |
| **RCO9577 Total** | | **28.98** | **0.00** | **570.68** | **0.00** | **0.00** | **241.28** | **0.00** | **0.00** | **767.46** | **0.00** | **0.00** | **0.00** | **1,608.40** | Exhibit 9577.000-0 | **1,608** | October 23, 2014, REA Narrative, Page 576 |

AAFB-Repair/Replace Runway 01L/19R
**Overall Table of Cost Elements for Extra Work RCOs**

Exhibit C-1

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9601 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9601.000-0 | | |
| RCO9601 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9601.000-0 | | |
| RCO9601 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9601.000-0 | | |
| RCO9601 | Cost of Work Added | 24.00 | 0.00 | 624.80 | 0.00 | 0.00 | 424.91 | 0.00 | 0.00 | 510.04 | 0.00 | 0.00 | 1,248.80 | 2,832.55 | Exhibit 9601.000-0 | | |
| **RCO9601 Total** | | **24.00** | **0.00** | **624.80** | **0.00** | **0.00** | **424.91** | **0.00** | **0.00** | **510.04** | **0.00** | **0.00** | **1,248.80** | **2,832.55** | **Exhibit 9601.000-0** | **2,833** | October 23, 2014, REA Narrative, Page 576 |
| RCO9626 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9626.000-0 | | |
| RCO9626 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9626.000-0 | | |
| RCO9626 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9626.000-0 | | |
| RCO9626 | Cost of Work Added | 987.92 | 0.00 | 1,210.55 | 0.00 | 0.00 | 481.69 | 0.00 | 0.00 | 341.90 | 0.00 | 0.00 | 189.00 | 3,211.06 | Exhibit 9626.000-0 | | |
| **RCO9626 Total** | | **987.92** | **0.00** | **1,210.55** | **0.00** | **0.00** | **481.69** | **0.00** | **0.00** | **341.90** | **0.00** | **0.00** | **189.00** | **3,211.06** | **Exhibit 9626.000-0** | **3,211** | October 23, 2014, REA Narrative, Page 576 |
| RCO9629 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9629.000-0 | | |
| RCO9629 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9629.000-0 | | |
| RCO9629 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9629.000-0 | | |
| RCO9629 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,198.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,785.83 | 67,984.13 | Exhibit 9629.000-0 | | |
| **RCO9629 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **10,198.30** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **57,785.83** | **67,984.13** | **Exhibit 9629.000-0** | **67,984** | October 23, 2014, REA Narrative, Page 576 |
| RCO9510 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9510.000-0 | | |
| RCO9510 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9510.000-0 | | |
| RCO9510 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9510.000-0 | | |
| RCO9510 | Cost of Work Added | 15,308.61 | 0.00 | 8,129.10 | 0.00 | 0.00 | 4,469.95 | 0.00 | 0.00 | 1,890.00 | 0.00 | 0.00 | 0.00 | 29,797.66 | Exhibit 9510.000-0 | | |
| **RCO9510 Total** | | **15,308.61** | **0.00** | **8,129.10** | **0.00** | **0.00** | **4,469.95** | **0.00** | **0.00** | **1,890.00** | **0.00** | **0.00** | **0.00** | **29,797.66** | **Exhibit 9510.000-0** | **29,798** | October 23, 2014, REA Narrative, Page 576 |
| RCO9511 | Estimated Cost of All Work Deleted | -10,206.30 | 0.00 | -36,774.50 | 0.00 | 0.00 | -3,977.40 | 0.00 | 0.00 | -13,131.30 | 0.00 | 0.00 | 0.00 | -64,089.50 | Exhibit 9511.000-0 | | |
| RCO9511 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9511.000-0 | | |
| RCO9511 | Net Cost To Be Deleted | -10,206.30 | 0.00 | -36,774.50 | 0.00 | 0.00 | -3,977.40 | 0.00 | 0.00 | -13,131.30 | 0.00 | 0.00 | 0.00 | -64,089.50 | Exhibit 9511.000-0 | | |
| RCO9511 | Cost of Work Added | 67,224.87 | 0.00 | 62,710.20 | 0.00 | 0.00 | 26,885.55 | 0.00 | 0.00 | 22,404.50 | 0.00 | 0.00 | 0.00 | 179,225.12 | Exhibit 9511.000-0 | | |
| **RCO9511 Total** | | **57,018.57** | **0.00** | **25,935.70** | **0.00** | **0.00** | **22,908.16** | **0.00** | **0.00** | **9,273.20** | **0.00** | **0.00** | **0.00** | **115,135.62** | **Exhibit 9511.000-0** | **115,136** | October 23, 2014, REA Narrative, Page 576 |
| RCO9546 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9546.000-0 | | |
| RCO9546 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9546.000-0 | | |
| RCO9546 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9546.000-0 | | |
| RCO9546 | Cost of Work Added | 6,835.69 | 0.00 | 564.84 | 0.00 | 0.00 | 1,340.14 | 0.00 | 0.00 | 193.02 | 0.00 | 0.00 | 0.00 | 8,933.69 | Exhibit 9546.000-0 | | |
| **RCO9546 Total** | | **6,835.69** | **0.00** | **564.84** | **0.00** | **0.00** | **1,340.14** | **0.00** | **0.00** | **193.02** | **0.00** | **0.00** | **0.00** | **8,933.69** | **Exhibit 9546.000-0** | **8,934** | October 23, 2014, REA Narrative, Page 576 |
| RCO9554 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9554.000-0 | | |
| RCO9554 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9554.000-0 | | |
| RCO9554 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9554.000-0 | | |
| RCO9554 | Cost of Work Added | 16.91 | 0.00 | 467.37 | 0.00 | 0.00 | 331.09 | 0.00 | 0.00 | 930.31 | 0.00 | 0.00 | 461.44 | 2,207.11 | Exhibit 9554.000-0 | | |
| **RCO9554 Total** | | **16.91** | **0.00** | **467.37** | **0.00** | **0.00** | **331.09** | **0.00** | **0.00** | **930.31** | **0.00** | **0.00** | **461.44** | **2,207.11** | **Exhibit 9554.000-0** | **2,207** | October 23, 2014, REA Narrative, Page 577 |
| RCO9560 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9560.000-0-R1 | | |
| RCO9560 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9560.000-0-R1 | | |
| RCO9560 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9560.000-0-R1 | | |
| RCO9560 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 529.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,529.45 | Exhibit 9560.000-0-R1 | | |
| **RCO9560 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **529.45** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3,000.00** | **3,529.45** | **Exhibit 9560.000-0-R1** | **3,529** | April 21, 2015, Update to REA Narrative, Page 577 |
| RCO9578 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9578.000-0 | | |
| RCO9578 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9578.000-0 | | |
| RCO9578 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9578.000-0 | | |
| RCO9578 | Cost of Work Added | 51,651.87 | 0.00 | 45,804.30 | 0.00 | 0.00 | 30,984.37 | 0.00 | 0.00 | 29,205.24 | 0.00 | 0.00 | 48,902.98 | 206,548.76 | Exhibit 9578.000-0 | | |
| **RCO9578 Total** | | **51,651.87** | **0.00** | **45,804.30** | **0.00** | **0.00** | **30,984.37** | **0.00** | **0.00** | **29,205.24** | **0.00** | **0.00** | **48,902.98** | **206,548.76** | **Exhibit 9578.000-0** | **206,549** | October 23, 2014, REA Narrative, Page 577 |
| RCO9583 | Estimated Cost of All Work Deleted | -1,545.60 | 0.00 | -39,097.10 | 0.00 | 0.00 | -4,465.34 | 0.00 | 0.00 | -16,823.80 | 0.00 | 0.00 | -10,020.02 | -71,951.86 | Exhibit 9583.000-0-R1 | | |
| RCO9583 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9583.000-0-R1 | | |
| RCO9583 | Net Cost To Be Deleted | -1,545.60 | 0.00 | -39,097.10 | 0.00 | 0.00 | -4,465.34 | 0.00 | 0.00 | -16,823.80 | 0.00 | 0.00 | -10,020.02 | -71,951.86 | Exhibit 9583.000-0-R1 | | |
| RCO9583 | Cost of Work Added | 456.44 | 0.00 | 9,653.23 | 0.00 | 0.00 | 37,570.89 | 0.00 | 0.00 | 14,847.45 | 0.00 | 0.00 | 187,927.98 | 250,455.98 | Exhibit 9583.000-0-R1 | | |
| **RCO9583 Total** | | **-1,089.17** | **0.00** | **-29,443.87** | **0.00** | **0.00** | **33,105.56** | **0.00** | **0.00** | **-1,976.36** | **0.00** | **0.00** | **177,907.96** | **178,504.13** | **Exhibit 9583.000-0-R1** | **178,504** | April 21, 2015, Update to REA Narrative, Page 577 |
| RCO9586 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9586.000-0 | | |
| RCO9586 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9586.000-0 | | |
| RCO9586 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9586.000-0 | | |
| RCO9586 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 870.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,930.00 | 5,800.07 | Exhibit 9586.000-0 | | |
| **RCO9586 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **870.07** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4,930.00** | **5,800.07** | **Exhibit 9586.000-0** | **5,800** | October 23, 2014, REA Narrative, Page 577 |
| RCO9589 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9589.000-0 | | |
| RCO9589 | Cost of Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9589.000-0 | | |
| RCO9589 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9589.000-0 | | |
| RCO9589 | Cost of Work Added | 132,249.69 | 0.00 | 78,107.16 | 0.00 | 0.00 | 67,554.38 | 0.00 | 0.00 | 95,368.86 | 0.00 | 0.00 | 77,052.54 | 450,332.64 | Exhibit 9589.000-0 | | |
| **RCO9589 Total** | | **132,249.69** | **0.00** | **78,107.16** | **0.00** | **0.00** | **67,554.38** | **0.00** | **0.00** | **95,368.86** | **0.00** | **0.00** | **77,052.54** | **450,332.64** | **Exhibit 9589.000-0** | **450,333** | October 23, 2014, REA Narrative, Page 577 |

**AAFB-Repair/Replace Runway 01L/19R**
**Overall Table of Cost Elements for Extra Work RCOs**

Exhibit C-1

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9603 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9603.000-0 | | |
| RCO9603 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9603.000-0 | | |
| RCO9603 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9603.000-0 | | |
| RCO9603 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,077.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,768.18 | 53,845.55 | Exhibit 9603.000-0 | | |
| **RCO9603 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **8,077.37** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **45,768.18** | **53,845.55** | Exhibit 9603.000-0 | **53,846** | October 23, 2014, REA Narrative, Page 577 |
| RCO9579 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9579.000-0 | | |
| RCO9579 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9579.000-0 | | |
| RCO9579 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9579.000-0 | | |
| RCO9579 | Cost of Work Added | 1,401.24 | 0.00 | 1,100.44 | 0.00 | 0.00 | 441.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,943.18 | Exhibit 9579.000-0 | | |
| **RCO9579 Total** | | **1,401.24** | **0.00** | **1,100.44** | **0.00** | **0.00** | **441.51** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,943.18** | Exhibit 9579.000-0 | **2,943** | October 23, 2014, REA Narrative, Page 577 |
| RCO9634 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9634.000-0 | | |
| RCO9634 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9634.000-0 | | |
| RCO9634 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9634.000-0 | | |
| RCO9634 | Cost of Work Added | 576.02 | 0.00 | 3,187.88 | 0.00 | 0.00 | 880.20 | 0.00 | 0.00 | 1,223.51 | 0.00 | 0.00 | 0.00 | 5,867.61 | Exhibit 9634.000-0 | | |
| **RCO9634 Total** | | **576.02** | **0.00** | **3,187.88** | **0.00** | **0.00** | **880.20** | **0.00** | **0.00** | **1,223.51** | **0.00** | **0.00** | **0.00** | **5,867.61** | Exhibit 9634.000-0 | **5,868** | October 23, 2014, REA Narrative, Page 577 |
| RCO9602 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9602.000-0 | | |
| RCO9602 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9602.000-0 | | |
| RCO9602 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9602.000-0 | | |
| RCO9602 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 782.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,434.00 | 5,216.53 | Exhibit 9602.000-0 | | |
| **RCO9602 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **782.53** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4,434.00** | **5,216.53** | Exhibit 9602.000-0 | **5,217** | October 23, 2014, REA Narrative, Page 577 |
| RCO9627 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9627.000-0 | | |
| RCO9627 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9627.000-0 | | |
| RCO9627 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9627.000-0 | | |
| RCO9627 | Cost of Work Added | 4,565.63 | 0.00 | 3,028.40 | 0.00 | 0.00 | 12,833.94 | 0.00 | 0.00 | 3,299.98 | 0.00 | 0.00 | 61,825.95 | 85,553.90 | Exhibit 9627.000-0 | | |
| **RCO9627 Total** | | **4,565.63** | **0.00** | **3,028.40** | **0.00** | **0.00** | **12,833.94** | **0.00** | **0.00** | **3,299.98** | **0.00** | **0.00** | **61,825.95** | **85,553.90** | Exhibit 9627.000-0 | **85,554** | October 23, 2014, REA Narrative, Page 577 |
| RCO9628 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9628.000-0 | | |
| RCO9628 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9628.000-0 | | |
| RCO9628 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9628.000-0 | | |
| RCO9628 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 263.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,495.00 | 1,758.84 | Exhibit 9628.000-0 | | |
| **RCO9628 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **263.84** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,495.00** | **1,758.84** | Exhibit 9628.000-0 | **1,759** | October 23, 2014, REA Narrative, Page 577 |
| RCO9559 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9559.000 and 9559.001-0 | | |
| RCO9559 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9559.000 and 9559.001-0 | | |
| RCO9559 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9559.000 and 9559.001-0 | | |
| RCO9559 | Cost of Work Added | 81,543.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,391.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95,934.07 | Exhibit 9559.000 and 9559.001-0 | | |
| **RCO9559 Total** | | **81,543.00** | **0.00** | **0.00** | **0.00** | **0.00** | **14,391.07** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **95,934.07** | Exhibit 9559.000 and 9559.001-0 | **95,934** | October 23, 2014, REA Narrative, Page 577 |
| RCO9545 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9545.000-0 | | |
| RCO9545 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9545.000-0 | | |
| RCO9545 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9545.000-0 | | |
| RCO9545 | Cost of Work Added | 0.00 | 0.00 | 605.56 | 0.00 | 0.00 | 140.84 | 0.00 | 0.00 | 192.48 | 0.00 | 0.00 | 0.00 | 938.88 | Exhibit 9545.000-0 | | |
| **RCO9545 Total** | | **0.00** | **0.00** | **605.56** | **0.00** | **0.00** | **140.84** | **0.00** | **0.00** | **192.48** | **0.00** | **0.00** | **0.00** | **938.88** | Exhibit 9545.000-0 | **939** | October 23, 2014, REA Narrative, Page 577 |
| Subtotal | Estimated Cost of All Work Deleted | -15,322.83 | 0.00 | -77,773.92 | 0.00 | 0.00 | -9,392.73 | 0.00 | 0.00 | -31,325.95 | 0.00 | 0.00 | -17,533.62 | -151,349.05 | | | |
| Subtotal | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Subtotal | Net Cost To Be Deleted | -15,322.83 | 0.00 | -77,773.92 | 0.00 | 0.00 | -9,392.73 | 0.00 | 0.00 | -31,325.95 | 0.00 | 0.00 | -17,533.62 | -151,349.05 | | | |
| Subtotal | Cost of Work Added | 893,846.94 | 0.00 | 408,766.23 | 0.00 | 0.00 | 607,036.73 | 0.00 | 0.00 | 457,263.86 | 0.00 | 0.00 | 1,679,728.87 | 4,046,642.63 | | | |
| **Grand Total** | | **878,524.11** | **0.00** | **330,992.31** | **0.00** | **0.00** | **597,644.00** | **0.00** | **0.00** | **425,937.91** | **0.00** | **0.00** | **1,662,195.25** | **3,895,293.58** | | **3,895,296** | April 21, 2015, Update to REA Narrative, Page 577 |

**Notes:**

1 The Net Cost of Change is the actual cost for each RCO item determined to the nearest penny as presented in the claim exhibits.

2 The Net Cost of Change (Rounded) is the amount carried forward from the claim exhibits to the narrative and was rounded to the nearest dollar. These amounts represent the actual claimed amounts. The variance due to rounding is $2.42.

Tutor Perini

AAFB-Repair/Replace Runway 01L/19R

**Overall Table of Cost Elements for Replacement of  PCCP Panels**

Exhibit C-2

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9584 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9584.000-0 | | |
| RCO9584 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9584.000-0 | | |
| RCO9584 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9584.000-0 | | |
| RCO9584 | Cost of Work Added | 188,925.57 | 0.00 | 101,282.48 | 0.00 | 0.00 | 95,978.95 | 0.00 | 0.00 | 99,401.70 | 0.00 | 0.00 | 154,228.48 | 639,817.18 | Exhibit 9584.000-0 | | |
| **RCO9584 Total** | | **188,925.57** | **0.00** | **101,282.48** | **0.00** | **0.00** | **95,978.95** | **0.00** | **0.00** | **99,401.70** | **0.00** | **0.00** | **154,228.48** | **639,817.18** | **Exhibit 9584.000-0** | **639,817** | October 23, 2014, REA Narrative, Page 578 |
| RCO9597 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9597.000-0 | | |
| RCO9597 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9597.000-0 | | |
| RCO9597 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9597.000-0 | | |
| RCO9597 | Cost of Work Added | 4,590.69 | 0.00 | 36,097.44 | 0.00 | 0.00 | 40,344.80 | 0.00 | 0.00 | 34,303.45 | 0.00 | 0.00 | 153,611.10 | 268,947.47 | Exhibit 9597.000-0 | | |
| **RCO9597 Total** | | **4,590.69** | **0.00** | **36,097.44** | **0.00** | **0.00** | **40,344.80** | **0.00** | **0.00** | **34,303.45** | **0.00** | **0.00** | **153,611.10** | **268,947.47** | **Exhibit 9597.000-0** | **268,947** | October 23, 2014, REA Narrative, Page 578 |
| RCO9606 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9606.000-0 | | |
| RCO9606 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9606.000-0 | | |
| RCO9606 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9606.000-0 | | |
| RCO9606 | Cost of Work Added | 53,227.27 | 0.00 | 39,638.74 | 0.00 | 0.00 | 25,518.57 | 0.00 | 0.00 | 45,079.89 | 0.00 | 0.00 | 6,648.05 | 170,112.52 | Exhibit 9606.000-0 | | |
| **RCO9606 Total** | | **53,227.27** | **0.00** | **39,638.74** | **0.00** | **0.00** | **25,518.57** | **0.00** | **0.00** | **45,079.89** | **0.00** | **0.00** | **6,648.05** | **170,112.52** | **Exhibit 9606.000-0** | **170,113** | October 23, 2014, REA Narrative, Page 578 |
| RCO9598 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9598.000-0 | | |
| RCO9598 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9598.000-0 | | |
| RCO9598 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9598.000-R1 | | |
| RCO9598 | Cost of Work Added | 158,724.36 | 0.00 | 121,389.40 | 0.00 | 0.00 | 101,224.65 | 0.00 | 0.00 | 122,846.56 | 0.00 | 0.00 | 170,601.19 | 674,786.16 | Exhibit 9598.000-0 | | |
| **RCO9598 Total** | | **158,724.36** | **0.00** | **121,389.40** | **0.00** | **0.00** | **101,224.65** | **0.00** | **0.00** | **122,846.56** | **0.00** | **0.00** | **170,601.19** | **674,786.16** | **Exhibit 9598.000-0** | **674,786** | October 23, 2014, REA Narrative, Page 578 |
| RCO9599 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9599.000-0 | | |
| RCO9599 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9599.000-0 | | |
| RCO9599 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9599.000-0 | | |
| RCO9599 | Cost of Work Added | 188,264.54 | 0.00 | 97,373.40 | 0.00 | 0.00 | 100,677.50 | 0.00 | 0.00 | 67,940.85 | 0.00 | 0.00 | 216,882.43 | 671,138.72 | Exhibit 9599.000-0 | | |
| **RCO9599 Total** | | **188,264.54** | **0.00** | **97,373.40** | **0.00** | **0.00** | **100,677.50** | **0.00** | **0.00** | **67,940.85** | **0.00** | **0.00** | **216,882.43** | **671,138.72** | **Exhibit 9599.000-0** | **671,139** | October 23, 2014, REA Narrative, Page 578 |
| RCO9605 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9605.000 and 9608.000-0 | | |
| RCO9605 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9605.000 and 9608.000-0 | | |
| RCO9605 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9605.000 and 9608.000-0 | | |
| RCO9605 | Cost of Work Added | 95,161.34 | 0.00 | 54,577.04 | 0.00 | 0.00 | 40,157.10 | 0.00 | 0.00 | 53,292.52 | 0.00 | 0.00 | 24,508.20 | 267,696.20 | Exhibit 9605.000 and 9608.000-0 | | |
| **RCO9605 Total** | | **95,161.34** | **0.00** | **54,577.04** | **0.00** | **0.00** | **40,157.10** | **0.00** | **0.00** | **53,292.52** | **0.00** | **0.00** | **24,508.20** | **267,696.20** | **Exhibit 9605.000 and 9608.000-0** | **267,696** | October 23, 2014, REA Narrative, Page 578 |
| RCO9609 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9609.000-0.R1 | | |
| RCO9609 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9609.000-0.R1 | | |
| RCO9609 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9609.000-0.R1 | | |
| RCO9609 | Cost of Work Added | 1,167,350.42 | 0.00 | 949,203.73 | 0.00 | 0.00 | 684,300.16 | 0.00 | 0.00 | 709,718.68 | 0.00 | 0.00 | 1,051,124.99 | 4,561,697.98 | Exhibit 9609.000-0.R1 | | |
| **RCO9609 Total** | | **1,167,350.42** | **0.00** | **949,203.73** | **0.00** | **0.00** | **684,300.16** | **0.00** | **0.00** | **709,718.68** | **0.00** | **0.00** | **1,051,124.99** | **4,561,697.98** | **Exhibit 9609.000-0.R1** | **4,561,698** | April 21, 2015, Update to REA Narrative, Page 578 |
| RCO9612 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9612.000-00 | | |
| RCO9612 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9612.000-0 | | |
| RCO9612 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9612.000-0 | | |
| RCO9612 | Cost of Work Added | 21,814.53 | 0.00 | 8,287.21 | 0.00 | 0.00 | 39,276.63 | 0.00 | 0.00 | 4,702.60 | 0.00 | 0.00 | 187,745.83 | 261,826.79 | Exhibit 9612.000-0 | | |
| **RCO9612 Total** | | **21,814.53** | **0.00** | **8,287.21** | **0.00** | **0.00** | **39,276.63** | **0.00** | **0.00** | **4,702.60** | **0.00** | **0.00** | **187,745.83** | **261,826.79** | **Exhibit 9612.000-0** | **261,827** | October 23, 2014, REA Narrative, Page 578 |
| RCO9613 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9613.000-0 | | |
| RCO9613 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9613.000-0 | | |
| RCO9613 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9613.000-0 | | |
| RCO9613 | Cost of Work Added | 103,207.03 | 0.00 | 134,096.17 | 0.00 | 0.00 | 191,201.21 | 0.00 | 0.00 | 66,479.24 | 0.00 | 0.00 | 779,606.41 | 1,274,590.06 | Exhibit 9613.000-0 | | |
| **RCO9613 Total** | | **103,207.03** | **0.00** | **134,096.17** | **0.00** | **0.00** | **191,201.21** | **0.00** | **0.00** | **66,479.24** | **0.00** | **0.00** | **779,606.41** | **1,274,590.06** | **Exhibit 9613.000-0** | **1,274,590** | October 23, 2014, REA Narrative, Page 578 |
| RCO9622 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9622.000 & 9623.000-0 | | |
| RCO9622 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9622.000 & 9623.000-0 | | |
| RCO9622 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9622.000 & 9623.000-0 | | |
| RCO9622 | Cost of Work Added | 36,848.86 | 0.00 | 246,903.08 | 0.00 | 0.00 | 85,414.03 | 0.00 | 0.00 | 70,852.14 | 0.00 | 0.00 | 129,370.92 | 569,389.03 | Exhibit 9622.000 & 9623.000-0 | | |
| **RCO9622 Total** | | **36,848.86** | **0.00** | **246,903.08** | **0.00** | **0.00** | **85,414.03** | **0.00** | **0.00** | **70,852.14** | **0.00** | **0.00** | **129,370.92** | **569,389.03** | **Exhibit 9622.000 & 9623.000-0** | **569,389** | April 21, 2015, Update to REA Narrative, Page 578 |
| RCO9635 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9635.000-0 | | |
| RCO9635 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9635.000-0 | | |
| RCO9635 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9635.000-0 | | |
| RCO9635 | Cost of Work Added | 142.30 | 0.00 | 8,467.16 | 0.00 | 0.00 | 2,888.21 | 0.00 | 0.00 | 7,195.97 | 0.00 | 0.00 | 559.80 | 19,253.44 | Exhibit 9635.000-0 | | |
| **RCO9635 Total** | | **142.30** | **0.00** | **8,467.16** | **0.00** | **0.00** | **2,888.21** | **0.00** | **0.00** | **7,195.97** | **0.00** | **0.00** | **559.80** | **19,253.44** | **Exhibit 9635.000-0** | **19,253** | October 23, 2014, REA Narrative, Page 578 |
| RCO9638 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9638.000-0 | | |
| RCO9638 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9638.000-0 | | |
| RCO9638 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9638.000-0 | | |
| RCO9638 | Cost of Work Added | 230,093.89 | 0.00 | 141,428.98 | 0.00 | 0.00 | 123,977.55 | 0.00 | 0.00 | 78,944.97 | 0.00 | 0.00 | 252,016.70 | 826,462.09 | Exhibit 9638.000-0 | | |
| **RCO9638 Total** | | **230,093.89** | **0.00** | **141,428.98** | **0.00** | **0.00** | **123,977.55** | **0.00** | **0.00** | **78,944.97** | **0.00** | **0.00** | **252,016.70** | **826,462.09** | **Exhibit 9638.000-0** | **826,462** | October 23, 2014, REA Narrative, Page 578 |
| PMSI Supervisory | Estimated Cost of All Work Deleted | | | | | | | | | | | | | | | | |
| PMSI Supervisory | Cost of Deleted Work Already Performed | | | | | | | | | | | | | | | | |
| PMSI Supervisory | Net Cost To Be Deleted | | | | | | | | | | | | | | | | |
| PMSI Supervisory | Cost of Work Added | | 22,804.23 | 75,123.93 | | | | | | | | | | 21,887.91 | 119,816.07 | Updated CDA Claim, Exhibit C-2A | | |
| **PMSI Supervisory Total** | | **0.00** | **22,804.23** | **75,123.93** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **21,887.91** | **119,816.07** | **Updated CDA Claim, Exhibit C-2A** | **119,816** | Exhibit D-21 |
| Subtotal | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Subtotal | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Subtotal | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |

Tutor Perini

**AAFB-Repair/Replace Runway 01L/19R**

**Overall Table of Cost Elements for Replacement of  PCCP Panels**

Exhibit C-2

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal | Cost of Work Added | 2,248,350.79 | 22,804.23 | 2,013,868.76 | 0.00 | 0.00 | 1,530,959.37 | 0.00 | 0.00 | 1,360,758.56 | 0.00 | 0.00 | 3,148,792.01 | 10,325,533.72 | | | |
| **Grand Total** | | **2,248,350.79** | **22,804.23** | **2,013,868.76** | **0.00** | **0.00** | **1,530,959.37** | **0.00** | **0.00** | **1,360,758.56** | **0.00** | **0.00** | **3,148,792.01** | **10,325,533.72** | | **10,325,533** | Updated CDA Claim Narrative Page 578 (Exhibit B) |

**Notes:**
1 The Net Cost of Change is the actual cost for each RCO item determined to the nearest penny as presented in the claim exhibits.
2 The Net Cost of Change (Rounded) is the amount carried forward from the claim exhibits to the narrative and was rounded to the nearest dollar.  These amounts represent the actual claimed amounts.  The variance due to rounding is -$0.72.

Tutor Perini

Andrews AFB, Maryland
Repair/Replacement of West Runway 01L/19R

Request for Equitable Adjustment
Tutor Perini Corporation

## PMSI Panel Replacement Support
### Labor and Expenses

**Labor Total $75,123.93**

| PMSI Panel Replacement Support -- Labor and Expenses | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | Cost Type/Charge | Journal Date | Hours | Rate | OT Rate | Other | Invoice Date | Invoice No. | Total Gross |
| Andrew T. Macneil | Labor | 10/08/11 | 1.5 | $21.635 | | | | | $32.45 |
| Andrew T. Macneil | Labor | 12/24/11 | 5.5 | $21.635 | | | | | $118.99 |
| Andrew T. Macneil | Labor | 12/31/11 | 6.0 | $21.635 | | | | | $129.81 |
| Andrew T. Macneil | Labor | 01/07/12 | 19.5 | $21.635 | | | | | $421.88 |
| Andrew T. Macneil | Labor | 01/14/12 | 40.0 | $21.635 | | | | | $865.40 |
| Andrew T. Macneil | Labor | 01/21/12 | 40.0 | $21.635 | | | | | $865.40 |
| Andrew T. Macneil | Labor | 01/28/12 | 34.0 | $21.635 | | | | | $735.59 |
| Andrew T. Macneil | Labor | 02/04/12 | 40.0 | $21.635 | | | | | $865.40 |
| Andrew T. Macneil | Labor | 02/11/12 | 32.0 | $21.635 | | | | | $692.32 |
| Andrew T. Macneil | Labor | 02/18/12 | 40.0 | $21.635 | | | | | $865.40 |
| Andrew T. Macneil | Labor | 02/25/12 | 40.0 | $21.635 | | | | | $865.40 |
| Andrew T. Macneil | Labor | 03/03/12 | 40.0 | $21.635 | | | | | $865.40 |
| Andrew T. Macneil | Labor | 03/17/12 | 9.5 | $24.039 | | | | | $228.37 |
| Andrew T. Macneil | Labor | 03/17/12 | 5.5 | $24.039 | | | | | $132.21 |
| James Freeo | Labor | 02/25/12 | 4.0 | $70.000 | | | | | $280.00 |
| James Freeo | Labor | 03/03/12 | 32.0 | $57.692 | | | | | $1,846.14 |
| James Freeo | Labor | 03/10/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 03/17/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 03/24/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 03/31/12 | 13.0 | $57.692 | | | | | $750.00 |
| James Freeo | Labor | 04/07/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 04/14/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 04/21/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 04/28/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 05/05/12 | 32.0 | $57.692 | | | | | $1,846.14 |
| James Freeo | Labor | 05/05/12 | 8.0 | | $57.692 | | | | $461.54 |
| James Freeo | Labor | 05/12/12 | 40.0 | $57.692 | | | | | $2,307.68 |
| James Freeo | Labor | 05/12/12 | | | | 9114 | | | $9,114.00 |
| James Freeo | Labor | 05/19/12 | 3.0 | | $57.692 | | | | $173.08 |
| James Freeo | Labor | 05/19/12 | 37.0 | $57.692 | | | | | $2,134.60 |
| James Freeo | Labor | 05/26/12 | 39.0 | $57.692 | | | | | $2,249.99 |
| James Freeo | Labor | 06/02/12 | 24.0 | $57.692 | | | | | $1,384.61 |
| James Freeo | Labor | 06/09/12 | 31.5 | $57.692 | | | | | $1,817.30 |
| James Freeo | Labor | 06/09/12 | 8.5 | | $57.692 | | | | $490.38 |
| James Freeo | Labor | 06/16/12 | 10.5 | | $57.692 | | | | $605.77 |
| James Freeo | Labor | 06/16/12 | 23.5 | $57.692 | | | | | $1,355.76 |
| James Freeo | Labor | 06/23/12 | 7.0 | | $57.692 | | | | $403.84 |
| James Freeo | Labor | 06/23/12 | 20.0 | $57.692 | | | | | $1,153.84 |
| James Freeo | Labor | 06/30/12 | 14.0 | $57.692 | | | | | $807.69 |
| James Freeo | Labor | 06/30/12 | | | | 3421 | | | $3,421.00 |
| James Freeo | Labor | 07/07/12 | 10.0 | $57.692 | | | | | $576.92 |
| James Freeo | Labor | 07/07/12 | | | | 673 | | | $673.00 |
| Michael Gardner | Labor | 01/14/12 | 36.0 | $24.039 | | | | | $865.40 |
| Michael Gardner | Labor | 01/21/12 | 40.0 | $24.039 | | | | | $961.56 |
| Michael Gardner | Labor | 01/28/12 | 40.0 | $24.039 | | | | | $961.56 |
| Michael Gardner | Labor | 02/04/12 | 40.0 | $24.039 | | | | | $961.56 |
| Michael Gardner | Labor | 02/11/12 | 40.0 | $24.039 | | | | | $961.56 |
| Michael Gardner | Labor | 02/18/12 | 40.0 | $24.039 | | | | | $961.56 |
| Michael Gardner | Labor | 02/25/12 | 3.0 | $24.039 | | | | | $72.12 |
| Andrew T. Macneil | Burden | 03/31/13 | | | | | | | $1,978.69 |
| Michael Gardner | Burden | 03/31/13 | | | | | | | $8,407.19 |
| Michael Gardner | Burden | 03/31/13 | | $0.430 | | | | | $1,301.66 |
| Samuel B. Cramer | Consulting 2/23 to 2/24 | | | | | | 03/05/12 | 22412 SBC | $2,250.00 |
| Samuel B. Cramer | Consulting Jun 12 | | | | | | 07/10/12 | 60812 SBC | $2,101.12 |
| Black Construction | Sub (Manny Concepcion) | | | | | | 10/05/12 | 16334 | $21,887.91 |
| Andrew T. Macneil | T & E | | | | | | 01/16/12 | 11512 | ($236.92) |
| Andrew T. Macneil | T & E | | | | | | 01/16/12 | 12212 | $1,227.67 |
| Andrew T. Macneil | T & E | | | | | | 01/28/12 | 12812 | $1,046.74 |
| Andrew T. Macneil | T & E | | | | | | 01/28/12 | 20312 | ($1,356.85) |
| Andrew T. Macneil | T & E | | | | | | 02/11/12 | 21112 | ($572.34) |
| Andrew T. Macneil | T & E | | | | | | 02/18/12 | 21812 | $210.44 |
| Andrew T. Macneil | T & E | | | | | | 02/25/12 | 22512 | $2,217.64 |
| Andrew T. Macneil | T & E | | | | | | 03/02/12 | 30312 | $1,812.74 |
| Andrew T. Macneil | T & E | | | | | | 02/18/12 | 21812A | $1,891.00 |
| Andrew T. Macneil | T & E | | | | | | 03/15/12 | 31512 | $117.66 |
| James Freeo | T & E | | | | | | 03/05/12 | 30112 JJF | $828.02 |
| James Freeo | T & E | | | | | | 04/02/12 | 31712 JJF | $496.89 |
| James Freeo | T & E | | | | | | 04/02/12 | 33112 JJF | $623.00 |
| James Freeo | T & E | | | | | | 04/16/12 | 41412 JJF | $576.04 |
| James Freeo | T & E | | | | | | 04/23/12 | 42112 JJF | $511.70 |
| James Freeo | T & E | | | | | | 03/12/12 | 31012 JJF | $1,959.83 |
| James Freeo | T & E | | | | | | 04/12/12 | 40712 JJF | $586.08 |

**Expense Subtotal 1 $4,351.12**

**Sub Total $21,887.91**

**Expense Subtotal 2 $11,939.34**

Andrews AFB, Maryland                                                      Request for Equitable Adjustment
Repair/Replacement of West Runway 01L/19R                                  Tutor Perini Corporation

## PMSI Panel Replacement Support
### Labor and Expenses

Expense
Subtotal 3
$6,513.77

| Name | Cost Type/Charge | Journal Date | Hours | Rate | OT Rate | Other | Invoice Date | Invoice No. | Total Gross |
|------|------------------|--------------|-------|------|---------|-------|--------------|-------------|-------------|
| James Freeo | T & E | | | | | | 05/02/12 | 42812 JJF | $517.88 |
| James Freeo | T & E | | | | | | 05/10/12 | 50512 JJF | $537.12 |
| James Freeo | T & E | | | | | | 06/25/12 | 51912 JJF | $428.60 |
| James Freeo | T & E | | | | | | 06/25/12 | 52612 JJF | $462.03 |
| James Freeo | T & E | | | | | | 06/25/12 | 60212 JJF | $401.34 |
| James Freeo | T & E | | | | | | 06/25/12 | 601912 JJF | $486.66 |
| James Freeo | T & E | | | | | | 07/02/12 | 61612 JJF | $470.87 |
| James Freeo | T & E | | | | | | 07/02/12 | 62312 JJF | $464.80 |
| James Freeo | T & E | | | | | | 07/02/12 | 63012 JJF | $575.14 |
| James Freeo | T & E | | | | | | 07/09/12 | 70712 JJF | $309.22 |
| James Freeo | T & E | | | | | | 07/09/12 | 70912 JJF | $115.00 |
| James Freeo | T & E | | | | | | 08/10/12 | 80712 JJF | ($200.00) |
| Samuel B. Cramer | T & E | | | | | | 03/05/12 | 30512 SBC | $712.80 |
| James Freeo | T & E | | | | | | 04/02/12 | 32412 JJF | $493.48 |
| James Freeo | T & E | | | | | | 06/25/12 | 51212 JJF | $738.84 |
| **Totals** | | | 1,229.5 | | | | | | **$119,816.07** |

Expense Total
$  4,351.12
$11,939.34
$  6,513.77
**$22,804.23**

**AAFB-Repair/Replace Runway 01L/19R**   Exhibit C-3

**Overall Table of Cost Type for Government Credit RCOs**

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9595 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6,939.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -104,884.88 | -111,824.73 | Exhibit 9595.000-0 | | |
| RCO9595 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9595.000-0 | | |
| RCO9595 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6939.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -104884.88 | -111,824.73 | Exhibit 9595.000-0 | | |
| RCO9595 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9595.000-0 | | |
| **RCO9595 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-6939.85** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-104884.88** | **-111,824.73** | Exhibit 9595.000-0 | **-111,825** | October 23, 2014, REA Narrative, Page 579 |
| RCO9624 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,921.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -59,268.98 | -63,190.59 | Exhibit 9624.000-0 | | |
| RCO9624 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9624.000-0 | | |
| RCO9624 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3921.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -59268.98 | -63,190.59 | Exhibit 9624.000-0 | | |
| RCO9624 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9624.000-0 | | |
| **RCO9624 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-3921.61** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-59268.98** | **-63,190.59** | Exhibit 9624.000-0 | **-63,191** | October 23, 2014, REA Narrative, Page 579 |
| RCO9665 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -158.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,396.60 | -2,555.17 | Exhibit 9665.000-0 | | |
| RCO9665 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9665.000-0 | | |
| RCO9665 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -158.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,396.60 | -2,555.17 | Exhibit 9665.000-0 | | |
| RCO9665 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9665.000-0 | | |
| **RCO9665 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-158.57** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-2396.60** | **-2,555.17** | Exhibit 9665.000-0 | **-2,555** | October 23, 2014, REA Narrative, Page 579 |
| RCO9572 | Estimated Cost of All Work Deleted | -1,782,685.79 | 0.00 | 0.00 | 0.00 | 0.00 | -117,953.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,900,639.60 | Exhibit 9572.000-0 | | |
| RCO9572 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9572.000-0 | | |
| RCO9572 | Net Cost To Be Deleted | -1,782,685.79 | 0.00 | 0.00 | 0.00 | 0.00 | -117,953.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,900,639.60 | Exhibit 9572.000-0 | | |
| RCO9572 | Cost of Work Added | 1,367,572.02 | 0.00 | 0.00 | 0.00 | 0.00 | 241,355.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,608,927.13 | Exhibit 9572.000-0 | | |
| **RCO9572 Total** | | **-415,113.77** | **0.00** | **0.00** | **0.00** | **0.00** | **123,401.30** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-291,712.47** | Exhibit 9572.000-0 | **-291,712** | October 23, 2014, REA Narrative, Page 579 |
| RCO9596 | Estimated Cost of All Work Deleted | -529,406.72 | 0.00 | -121,513.87 | 0.00 | 0.00 | -54,596.99 | 0.00 | 0.00 | -174,226.76 | 0.00 | 0.00 | 0.00 | -879,744.34 | Exhibit 9596.000-0 | | |
| RCO9596 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9596.000-0 | | |
| RCO9596 | Net Cost To Be Deleted | -529,406.72 | 0.00 | -121,513.87 | 0.00 | 0.00 | -54,596.99 | 0.00 | 0.00 | -174,226.76 | 0.00 | 0.00 | 0.00 | -879,744.34 | Exhibit 9596.000-0 | | |
| RCO9596 | Cost of Work Added | 505,812.38 | 0.00 | 57,451.09 | 0.00 | 0.00 | 108,054.33 | 0.00 | 0.00 | 48,996.52 | 0.00 | 0.00 | 0.00 | 720,314.32 | Exhibit 9596.000-0 | | |
| **RCO9596 Total** | | **-23,594.34** | **0.00** | **-64,062.78** | **0.00** | **0.00** | **53,457.34** | **0.00** | **0.00** | **-125,230.24** | **0.00** | **0.00** | **0.00** | **-159,430.02** | Exhibit 9596.000-0 | **-159,430** | October 23, 2014, REA Narrative, Page 579 |
| RCO9655 | Estimated Cost of All Work Deleted | -114,410.27 | 0.00 | -26,260.40 | 0.00 | 0.00 | -11,798.97 | 0.00 | 0.00 | -37,652.21 | 0.00 | 0.00 | 0.00 | -190,121.86 | Exhibit 9655.000-0 | | |
| RCO9655 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9655.000-0 | | |
| RCO9655 | Net Cost To Be Deleted | -114,410.27 | 0.00 | -26,260.40 | 0.00 | 0.00 | -11,798.97 | 0.00 | 0.00 | -37,652.21 | 0.00 | 0.00 | 0.00 | -190,121.86 | Exhibit 9655.000-0 | | |
| RCO9655 | Cost of Work Added | 109,311.29 | 0.00 | 12,415.78 | 0.00 | 0.00 | 23,351.66 | 0.00 | 0.00 | 10,588.65 | 0.00 | 0.00 | 0.00 | 155,667.38 | Exhibit 9655.000-0 | | |
| **RCO9655 Total** | | **-5,098.98** | **0.00** | **-13,844.63** | **0.00** | **0.00** | **11,552.68** | **0.00** | **0.00** | **-27,063.55** | **0.00** | **0.00** | **0.00** | **-34,454.48** | Exhibit 9655.000-0 | **-34,454** | October 23, 2014, REA Narrative, Page 579 |
| RCO9567 | Estimated Cost of All Work Deleted | -10,226.92 | 0.00 | 0.00 | 0.00 | 0.00 | -676.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10,903.60 | Exhibit 9657.000-0 | | |
| RCO9567 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9657.000-0 | | |
| RCO9567 | Net Cost To Be Deleted | -10,226.92 | 0.00 | 0.00 | 0.00 | 0.00 | -676.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10,903.60 | Exhibit 9657.000-0 | | |
| RCO9567 | Cost of Work Added | 5363.05 | 0.00 | 0.00 | 0.00 | 0.00 | 946.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,309.54 | Exhibit 9657.000-0 | | |
| **RCO9567 Total** | | **-4863.87** | **0.00** | **0.00** | **0.00** | **0.00** | **269.82** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-4,594.05** | Exhibit 9657.000-0 | **-4,594** | October 23, 2014, REA Narrative, Page 579 |
| RCO9537 | Estimated Cost of All Work Deleted | -14,662.97 | 0.00 | -30,689.10 | 0.00 | 0.00 | -4,694.15 | 0.00 | 0.00 | -25,592.56 | 0.00 | 0.00 | 0.00 | -75,638.78 | Exhibit 9537.000-0 | | |
| RCO9537 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9537.000-0 | | |
| RCO9537 | Net Cost To Be Deleted | -14,662.97 | 0.00 | -30,689.10 | 0.00 | 0.00 | -4,694.15 | 0.00 | 0.00 | -25,592.56 | 0.00 | 0.00 | 0.00 | -75,638.78 | Exhibit 9537.000-0 | | |
| RCO9537 | Cost of Work Added | 11,779.72 | 0.00 | 1,354.95 | 0.00 | 0.00 | 8,870.59 | 0.00 | 0.00 | 1,040.55 | 0.00 | 0.00 | 36,087.50 | 59,133.31 | Exhibit 9537.000-0 | | |
| **RCO9537 Total** | | **-2,883.25** | **0.00** | **-29,334.14** | **0.00** | **0.00** | **4,176.44** | **0.00** | **0.00** | **-24,552.01** | **0.00** | **0.00** | **36,087.50** | **-16,505.46** | Exhibit 9537.000-0 | **-16,505** | October 23, 2014, REA Narrative, Page 579 |
| RCO9575 | Estimated Cost of All Work Deleted | -24,130.05 | 0.00 | -16,409.45 | 0.00 | 0.00 | -3,523.09 | 0.00 | 0.00 | -12,706.50 | 0.00 | 0.00 | 0.00 | -56,769.09 | Exhibit 9575.000-0 | | |
| RCO9575 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9575.000-0 | | |
| RCO9575 | Net Cost To Be Deleted | -24,130.05 | 0.00 | -16,409.45 | 0.00 | 0.00 | -3,523.09 | 0.00 | 0.00 | -12,706.50 | 0.00 | 0.00 | 0.00 | -56,769.09 | Exhibit 9575.000-0 | | |
| RCO9575 | Cost of Work Added | 1,248.00 | 0.00 | 157.60 | 0.00 | 0.00 | 289.01 | 0.00 | 0.00 | 232.00 | 0.00 | 0.00 | 0.00 | 1,926.61 | Exhibit 9575.000-0 | | |
| **RCO9575 Total** | | **-22,882.05** | **0.00** | **-16,251.85** | **0.00** | **0.00** | **-3,234.08** | **0.00** | **0.00** | **-12,474.50** | **0.00** | **0.00** | **0.00** | **-54,842.48** | Exhibit 9575.000-0 | **-54,842** | October 23, 2014, REA Narrative, Page 579 |
| RCO9656 | Estimated Cost of All Work Deleted | -76,616.90 | 0.00 | -13,524.70 | 0.00 | 0.00 | -6,268.71 | 0.00 | 0.00 | -4,600.00 | 0.00 | 0.00 | 0.00 | -101,010.31 | Exhibit 9656.000-0 | | |
| RCO9656 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9656.000-0 | | |
| RCO9656 | Net Cost To Be Deleted | -76,616.90 | 0.00 | -13,524.70 | 0.00 | 0.00 | -6,268.71 | 0.00 | 0.00 | -4,600.00 | 0.00 | 0.00 | 0.00 | -101,010.31 | Exhibit 9656.000-0 | | |
| RCO9656 | Cost of Work Added | 6,425.00 | 0.00 | 5,760.00 | 0.00 | 0.00 | 3,165.25 | 0.00 | 0.00 | 5,750.00 | 0.00 | 0.00 | 0.00 | 21,100.25 | Exhibit 9656.000-0 | | |
| **RCO9656 Total** | | **-70,191.90** | **0.00** | **-7,764.70** | **0.00** | **0.00** | **-3,103.46** | **0.00** | **0.00** | **1,150.00** | **0.00** | **0.00** | **0.00** | **-79,910.06** | Exhibit 9656.000-0 | **-79,910** | October 23, 2014, REA Narrative, Page 579 |
| **Subtotal** | Estimated Cost of All Work Deleted | -2,552,139.62 | 0.00 | -208,397.52 | 0.00 | 0.00 | -210,532.43 | 0.00 | 0.00 | -254,778.02 | 0.00 | 0.00 | -166,550.46 | -3,392,398.06 | | | |
| **Subtotal** | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| **Subtotal** | Net Cost To Be Deleted | -2,552,139.62 | 0.00 | -208,397.52 | 0.00 | 0.00 | -210,532.43 | 0.00 | 0.00 | -254,778.02 | 0.00 | 0.00 | -166,550.46 | -3,392,398.06 | | | |
| **Subtotal** | Cost of Work Added | 2,007,511.46 | 0.00 | 77,139.42 | 0.00 | 0.00 | 386,032.43 | 0.00 | 0.00 | 66,607.72 | 0.00 | 0.00 | 36,087.50 | 2,573,378.53 | | | |
| **Grand Total** | | **-544,628.16** | **0.00** | **-131,258.10** | **0.00** | **0.00** | **175,500.00** | **0.00** | **0.00** | **-188,170.30** | **0.00** | **0.00** | **-130,462.96** | **-819,019.51** | | **-819,018** | October 23, 2014, REA Narrative, Page 579 |

**Notes:**

1 The Net Cost of Change is the actual cost for each RCO item determined to the nearest penny as presented in the claim exhibits.

2 The Net Cost of Change (Rounded) is the amount carried forward from the claim exhibits to the narrative and was rounded to the nearest dollar. These amounts represent the actual claimed amounts. The variance due to rounding is $1.51.

**AAFB-Repair/Replace Runway 01L/19R**
**Table of Time Related General Conditions Costs - Labor**

**Exhibit C-4**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Direct Time-Related GC Labor Costs | $ 3,677,679 | October 23, 2014, REA Narrative, Page 587 |
| **Subtotal Labor Costs** | **$ 3,677,679** | |
| | | |
| PMSI Division Office Support | $ 12,173 | October 23, 2014, REA Narrative, Page 587 |
| CHC G&A | $ 167,702 | October 23, 2014, REA Narrative, Page 587 |
| Profit | $ 385,755 | October 23, 2014, REA Narrative, Page 587 |
| Insurance Premiums | $ 45,388 | October 23, 2014, REA Narrative, Page 587 |
| Contractor's Bond Premium | $ 38,076 | October 23, 2014, REA Narrative, Page 587 |
| **Subtotal Mark-Ups** | **$ 649,094** | |
| **Total Time Related GC Labor Cost** | **$ 4,326,773** | October 23, 2014, REA Narrative, Page 587 |

**AAFB-Repair/Replace Runway 01L/19R**                                    **Exhibit C-5**
**Table of Time Related General Conditions Costs - Materials / Services**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Direct Time-Related GC Materials/Services Costs | $ 1,350,682 | October 23, 2014, REA Narrative, Page 589 |
| **Subtotal Material / Services Costs** | **$ 1,350,682** | |
| PMSI Division Office Support | $ 4,471 | October 23, 2014, REA Narrative, Page 589 |
| CHC G&A | $ 61,591 | October 23, 2014, REA Narrative, Page 589 |
| Profit | $ 141,674 | October 23, 2014, REA Narrative, Page 589 |
| Insurance Premiums | $ 16,669 | October 23, 2014, REA Narrative, Page 590 |
| Contractor's Bond Premium | $ 13,984 | October 23, 2014, REA Narrative, Page 590 |
| **Subtotal Mark-Ups** | **$ 238,389** | |
| **Total Time-Related GC Materials/Services Cost** | **$ 1,589,071** | October 23, 2014, REA Narrative, Page 590 |

**AAFB-Repair/Replace Runway 01L/19R**

**Table of Time Related Equipment (Ownership)  Costs**

**Exhibit C-6**

**Contract No. FA3002-08-0011-0005**

**CLIN 0001AA**

**CHC Job No. 1113**

| Cost Element | Cost Amount | | Reference |
|---|---|---|---|
| Direct Time-Related Equipment (Ownership) Costs | $ | 3,257,137 | October 23, 2014, REA Narrative, Page 592 |
| **Subtotal Time-Related Equipment (Ownership) Costs** | **$** | **3,257,137** | |
| PMSI Division Office Support | $ | 10,781 | October 23, 2014, REA Narrative, Page 592 |
| CHC G&A | $ | 148,525 | October 23, 2014, REA Narrative, Page 592 |
| Profit | $ | 341,644 | October 23, 2014, REA Narrative, Page 592 |
| Insurance Premiums | $ | 40,198 | October 23, 2014, REA Narrative, Page 592 |
| Contractor's Bond Premium | $ | 33,722 | October 23, 2014, REA Narrative, Page 592 |
| **Subtotal Mark-Ups** | **$** | **574,870** | |
| **Total Time-Related Equipment (Ownership) Costs** | **$** | **3,832,007** | October 23, 2014, REA Narrative, Page 592 |

**AAFB-Repair/Replace Runway 01L/19R**                                    **Exhibit C-7**
**Table of Material Escalation Costs**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Material Escalation Costs | $ 9,400 | October 23, 2014, REA Narrative, Page 592 |
| **Subtotal Material Escalation Costs** | **$ 9,400** | |
| PMSI Division Office Support | $ 31 | October 23, 2014, REA Narrative, Page 592 |
| CHC G&A | $ 429 | October 23, 2014, REA Narrative, Page 592 |
| Profit | $ 986 | October 23, 2014, REA Narrative, Page 592 |
| Insurance Premiums | $ 116 | October 23, 2014, REA Narrative, Page 592 |
| Contractor's Bond Premium | $ 97 | October 23, 2014, REA Narrative, Page 592 |
| **Subtotal Mark-Ups** | **$ 1,659** | |
| **Total Material Escalation Cost** | **$ 11,059** | October 23, 2014, REA Narrative, Page 592 |

**Tutor Perini**
CORPORATION

Case 1:17-cv-01754-DAT  Document 1-1  Filed 11/08/17  Page 90 of 96
AAFB-Repair/Replace Runway 01L/19R
Overall Table of Cost Type for ADP Impact RCOs

Exhibit C-8

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| RCO # | Cost Description | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCO9591 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9591.000-0.R1 | | |
| RCO9591 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9591.000-0.R1 | | |
| RCO9591 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9591.000-0.R1 | | |
| RCO9591 | Cost of Work Added | 0.00 | 0.00 | 1,953.00 | 0.00 | 0.00 | 49,651.00 | 0.00 | 0.00 | 279,376.00 | 0.00 | 0.00 | 0.00 | 330,980.00 | Exhibit 9591.000-0.R1 | | |
| **RCO9591 Total** | | **0.00** | **0.00** | **1,953.00** | **0.00** | **0.00** | **49,651.00** | **0.00** | **0.00** | **279,376.00** | **0.00** | **0.00** | **0.00** | **330,980.00** | **Exhibit 9591.000-0.R1** | **330,980** | October 23, 2014, REA Narrative, Page 593 |
| RCO9593 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9593.000-0.R1 | | |
| RCO9593 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9593.000-0.R1 | | |
| RCO9593 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9593.000-0.R1 | | |
| RCO9593 | Cost of Work Added | 73,390.00 | 0.00 | 3,913.00 | 0.00 | 0.00 | 14,580.00 | 0.00 | 0.00 | 5,310.00 | 0.00 | 0.00 | 0.00 | 97,193.00 | Exhibit 9593.000-0.R1 | | |
| **RCO9593 Total** | | **73,390.00** | **0.00** | **3,913.00** | **0.00** | **0.00** | **14,580.00** | **0.00** | **0.00** | **5,310.00** | **0.00** | **0.00** | **0.00** | **97,193.00** | **Exhibit 9593.000-0.R1** | **97,193** | April 21, 2015, Update to REA Narrative, Page 593 |
| RCO9594 | Estimated Cost of All Work Deleted | -32,368.16 | 0.00 | 0.00 | 0.00 | 0.00 | -2,141.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,509.84 | Exhibit 9594.000-0.R1 | | |
| RCO9594 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9594.000-0.R1 | | |
| RCO9594 | Net Cost To Be Deleted | -32,368.16 | 0.00 | 0.00 | 0.00 | 0.00 | -2,141.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,509.84 | Exhibit 9594.000-0.R1 | | |
| RCO9594 | Cost of Work Added | 68,073.59 | 0.00 | 49,971.56 | 0.00 | 0.00 | 38,658.40 | 0.00 | 0.00 | 101,002.02 | 0.00 | 0.00 | 0.00 | 257,705.57 | Exhibit 9594.000-0.R1 | | |
| **RCO9594 Total** | | **35,705.43** | **0.00** | **49,971.56** | **0.00** | **0.00** | **36,516.72** | **0.00** | **0.00** | **101,002.02** | **0.00** | **0.00** | **0.00** | **223,195.73** | **Exhibit 9594.000-0.R1** | **223,196** | April 21, 2015, Update to REA Narrative, Page 593 |
| RCO9544 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9544.000/9590.000 -0 | | |
| RCO9544 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9544.000/9590.000 -0 | | |
| RCO9544 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9544.000/9590.000 -0 | | |
| RCO9544 | Cost of Work Added | $79,275 | $0 | $29,475 | $0 | $0 | $41,320 | $0 | $0 | $103,018 | $0 | $0 | $22,358 | 275,446.00 | Exhibit 9544.000/9590.000 -0 | | |
| **RCO9544 Total** | | **$79,275** | **$0** | **$29,475** | **$0** | **$0** | **$41,320** | **$0** | **$0** | **$103,018** | **$0** | **$0** | **$22,358** | **275,446.00** | **Exhibit 9544.000/9590.000 -0** | **275,446** | October 23, 2014, REA Narrative, Page 593 |
| RCO9592 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9592.000-0 | | |
| RCO9592 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9592.000-0 | | |
| RCO9592 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9592.000-0 | | |
| RCO9592 | Cost of Work Added | 68,198.00 | 0.00 | 318,896.00 | 0.00 | 0.00 | 72,514.00 | 0.00 | 0.00 | 23,788.00 | 0.00 | 0.00 | 0.00 | 483,396.00 | Exhibit 9592.000-0 | | |
| **RCO9592 Total** | | **68,198.00** | **0.00** | **318,896.00** | **0.00** | **0.00** | **72,514.00** | **0.00** | **0.00** | **23,788.00** | **0.00** | **0.00** | **0.00** | **483,396.00** | **Exhibit 9592.000-0** | **483,396** | October 23, 2014, REA Narrative, Page 593 |
| RCO9651 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9651.000-0 | | |
| RCO9651 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9651.000-0 | | |
| RCO9651 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9651.000-0 | | |
| RCO9651 | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,459.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,994.00 | 36,453.00 | Exhibit 9651.000-0 | | |
| **RCO9651 Total** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **5,459.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **30,994.00** | **36,453.00** | **Exhibit 9651.000-0** | **36,453** | October 23, 2014, REA Narrative, Page 593 |
| RCO9654 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9654.000-0 | | |
| RCO9654 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9654.000-0 | | |
| RCO9654 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9654.000-0 | | |
| RCO9654 | Cost of Work Added | 86,713.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,303.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,016.00 | Exhibit 9654.000-0 | | |
| **RCO9654 Total** | | **86,713.00** | **0.00** | **0.00** | **0.00** | **0.00** | **15,303.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **102,016.00** | **Exhibit 9654.000-0** | **102,016** | October 23, 2014, REA Narrative, Page 593 |
| RCO9647 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9647.000-0 | | |
| RCO9647 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9647.000-0 | | |
| RCO9647 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9647.000-0 | | |
| RCO9647 | Cost of Work Added | 0.00 | 0.00 | 194,547.27 | 0.00 | 0.00 | 34,334.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 228,881.83 | Exhibit 9647.000-0 | | |
| **RCO9647 Total** | | **0.00** | **0.00** | **194,547.27** | **0.00** | **0.00** | **34,334.56** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **228,881.83** | **Exhibit 9647.000-0** | **228,882** | October 23, 2014, REA Narrative, Page 593 |
| RCO9648 | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9648-0 | | |
| RCO9648 | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9648-0 | | |
| RCO9648 | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Exhibit 9648-0 | | |
| RCO9648 | Cost of Work Added | 0.00 | 0.00 | 317,607.00 | 0.00 | 0.00 | 56,053.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 373,660.21 | Exhibit 9648-0 | | |
| **RCO9648 Total** | | **0.00** | **0.00** | **317,607.00** | **0.00** | **0.00** | **56,053.21** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **373,660.21** | **Exhibit 9648-0** | **373,660** | October 23, 2014, REA Narrative, Page 593 |
| Subtotal | Estimated Cost of All Work Deleted | -32,368.16 | 0.00 | 0.00 | 0.00 | 0.00 | -2,141.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,509.84 | | | |
| Subtotal | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Subtotal | Net Cost To Be Deleted | -32,368.16 | 0.00 | 0.00 | 0.00 | 0.00 | -2,141.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,509.84 | | | |
| Subtotal | Cost of Work Added | 375,649.59 | 0.00 | 916,362.83 | 0.00 | 0.00 | 327,873.17 | 0.00 | 0.00 | 512,494.02 | 0.00 | 0.00 | 53,352.00 | 2,185,731.60 | | | |
| **Grand Total** | | **343,281.43** | **0.00** | **916,362.83** | **0.00** | **0.00** | **325,731.48** | **0.00** | **0.00** | **512,494.02** | **0.00** | **0.00** | **53,352.00** | **2,151,221.76** | | **2,151,222** | April 21, 2015, Update to REA Narrative, Page 593 |

Notes:

1 The Net Cost of Change is the actual cost for each RCO item determined to the nearest penny as presented in the claim exhibits.

2 The Net Cost of Change (Rounded) is the amount carried forward from the claim exhibits to the narrative and was rounded to the nearest dollar. These amounts represent the actual claimed amounts. The variance due to rounding is $0.24.

**AAFB-Repair/Replace Runway 01L/19R**                                    **Exhibit C-9**
**Table of Labor Inefficiency Costs**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Labor Inefficiency Costs | $ 1,018,145 | October 23, 2014, REA Narrative, Page 617 |
| **Subtotal Labor Inefficiency Costs** | **$ 1,018,145** | |
| PMSI Division Office Support | $ 3,370 | October 23, 2014, REA Narrative, Page 617 |
| CHC G&A | $ 46,427 | October 23, 2014, REA Narrative, Page 617 |
| Profit | $ 106,794 | October 23, 2014, REA Narrative, Page 617 |
| Insurance Premiums | $ 12,565 | October 23, 2014, REA Narrative, Page 617 |
| Contractor's Bond Premium | $ 10,541 | October 23, 2014, REA Narrative, Page 617 |
| **Subtotal Mark-Ups** | **$ 179,697** | |
| **Total Labor Inefficiency Cost** | **$ 1,197,842** | October 23, 2014, REA Narrative, Page 617 |

**AAFB-Repair/Replace Runway 01L/19R**                              **Exhibit C-10**
**Table of Equipment Inefficiency (Operating) Costs**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Equipment Inefficiency (Operating) Costs | $ 961,555 | October 23, 2014, REA Narrative, Page 618 |
| **Subtotal Equipment Inefficiency (Operating) Costs** | **$ 961,555** | |
| | | |
| PMSI Division Office Support | $ 3,183 | October 23, 2014, REA Narrative, Page 618 |
| CHC G&A | $ 43,847 | October 23, 2014, REA Narrative, Page 618 |
| Profit | $ 100,859 | October 23, 2014, REA Narrative, Page 618 |
| Insurance Premiums | $ 11,867 | October 23, 2014, REA Narrative, Page 618 |
| Contractor's Bond Premium | $ 9,955 | October 23, 2014, REA Narrative, Page 618 |
| **Subtotal Mark-Ups** | **$ 169,711** | |
| **Total Equipment Inefficiency Cost** | **$ 1,131,266** | October 23, 2014, REA Narrative, Page 618 |

**AAFB-Repair/Replace Runway 01L/19R**
**Table of Subcontractor Claim Costs**

**Exhibit C-11**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Subcontractor Claim Costs | $ 2,503,128 | April 28, 2016, CDA Claim, Page 2 |
| **Subtotal Subcontractor Claim Costs** | **$ 2,503,128** | |
| PMSI Division Office Support | $ 8,260 | April 28, 2016, CDA Claim, Page 2 |
| CHC G&A | $ 114,143 | April 28, 2016, CDA Claim, Page 2 |
| Profit | $ 262,553 | April 28, 2016, CDA Claim, Page 2 |
| Insurance Premiums | $ 30,922 | April 28, 2016, CDA Claim, Page 2 |
| Contractor's Bond Premium | $ 25,915 | April 28, 2016, CDA Claim, Page 2 |
| **Subtotal Mark-Ups** | **$ 441,793** | |
| **Total Subcontractor Claim Cost** | **$ 2,944,921** | April 28, 2016, CDA Claim, Page 2 |

**Tutor Perini**
CORPORATION

AAFB-Repair/Replace Runway 01L/19R

Exhibit C-12

Table of TPC REA Prep Costs

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| CHC REA Prep Labor Costs | $ 969,126 | October 23, 2014, REA Narrative, Page 620 |
| PMSI REA Prep Labor Costs | $ 108,932 | October 23, 2014, REA Narrative, Page 620 |
| **Subtotal REA Prep Labor Costs** | **$ 1,078,058** | |
| | | |
| PMSI REA Prep Equipment Costs | $ 21,487 | October 23, 2014, REA Narrative, Page 620 |
| **Subtotal REA Prep Equipment Costs** | **$ 21,487** | |
| | | |
| CHC REA Prep Expenses | $ 170,658 | October 23, 2014, REA Narrative, Page 620 |
| PMSI REA Prep Expenses | $ 206,689 | October 23, 2014, REA Narrative, Page 620 |
| **Subtotal REA Prep Expenses** | **$ 377,347** | |
| | | |
| **Subtotal REA Prep Direct Costs** | **$ 1,476,892** | |
| | | |
| PMSI Division Office Support | $ 4,874 | October 23, 2014, REA Narrative, Page 620 |
| CHC G&A | $ 67,346 | October 23, 2014, REA Narrative, Page 620 |
| Profit | $ 154,911 | October 23, 2014, REA Narrative, Page 621 |
| Insurance Premiums | $ 18,244 | October 23, 2014, REA Narrative, Page 621 |
| Contractor's Bond Premium | $ 15,291 | October 23, 2014, REA Narrative, Page 621 |
| **Subtotal Mark-Ups** | **$ 260,666** | |
| **Total REA Prep Cost** | **$ 1,737,558** | October 23, 2014, REA Narrative, Page 621 |

**AAFB-Repair/Replace Runway 01L/19R**                                                    **Exhibit C-13**
**Table of Professional Services Costs**

**Contract No. FA3002-08-0011-0005**
**CLIN 0001AA**
**CHC Job No. 1113**

| Cost Element | Cost Amount | Reference |
|---|---|---|
| Professional Services Costs | $ 2,680,436 | Updated CDA Claim Narrative, Page 626 (Exhibit B) |
| **Subtotal Professional Services Costs** | **$ 2,680,436** | |
| PMSI Division Office Support | $ 8,845 | Updated CDA Claim Narrative, Page 626 (Exhibit B) |
| CHC G&A | $ 122,228 | Updated CDA Claim Narrative, Page 626 (Exhibit B) |
| Profit | $ 281,151 | Updated CDA Claim Narrative, Page 626 (Exhibit B) |
| Insurance Premiums | $ 33,112 | Updated CDA Claim Narrative, Page 626 (Exhibit B) |
| Contractor's Bond Premium | $ 27,751 | Updated CDA Claim Narrative, Page 626 (Exhibit B) |
| **Subtotal Mark-Ups** | **$ 473,087** | |
| **Total Professional Services Cost** | **$ 3,153,523** | Updated CDA Claim Narrative, Page 626 (Exhibit B) |

**Tutor Perini**
CORPORATION

**AAFB-Repair/Replace Runway 01L/19R**
**Overall Table of Cost Type by Cost Element**

Exhibit C-14

Contract No. FA3002-08-0011-0005
CLIN 0001AA
CHC Job No. 1113

| Cost Description | Cost Element | Materials & Services | GC Materials & Services | Direct Labor | GC Direct Labor | Indirect Costs | Other Costs / Markups | Royalties | Facilities Capital Cost | Equipment | Equipment (Extended) | GC Equipment | Subcontractor | Net Cost of Change[1] | Net Cost of Change Reference | Net Cost of Change (Rounded)[2] | Net Cost of Change (Rounded) Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Extra Work RCOs | Estimated Cost of All Work Deleted | -15,322.83 | 0.00 | -77,773.92 | 0.00 | 0.00 | -9,392.73 | 0.00 | 0.00 | -31,325.95 | 0.00 | 0.00 | -17,533.62 | -151,349.05 | Updated CDA Claim, Exhibit C-1 | | |
| Extra Work RCOs | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-1 | | |
| Extra Work RCOs | Net Cost To Be Deleted | -15,322.83 | 0.00 | -77,773.92 | 0.00 | 0.00 | -9,392.73 | 0.00 | 0.00 | -31,325.95 | 0.00 | 0.00 | -17,533.62 | -151,349.05 | Updated CDA Claim, Exhibit C-1 | | |
| Extra Work RCOs | Cost of Work Added | 893,846.94 | 0.00 | 408,766.23 | 0.00 | 0.00 | 607,036.73 | 0.00 | 0.00 | 457,263.86 | 0.00 | 0.00 | 1,679,728.87 | 4,046,642.63 | Updated CDA Claim, Exhibit C-1 | | |
| **Subtotal Extra Work RCOs** | | **878,524.11** | **0.00** | **330,992.31** | **0.00** | **0.00** | **597,644.00** | **0.00** | **0.00** | **425,937.91** | **0.00** | **0.00** | **1,662,195.25** | **3,895,293.58** | Updated CDA Claim, Exhibit C-1 | **3,895,296** | April 21, 2015, Update to REA Narrative, Page 577 |
| Replacement of PCCP Panels | Estimated Cost of All Work Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-2 | | |
| Replacement of PCCP Panels | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-2 | | |
| Replacement of PCCP Panels | Net Cost To Be Deleted | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-2 | | |
| Replacement of PCCP Panels | Cost of Work Added | 2,248,350.79 | 22,804.23 | 2,013,868.76 | 0.00 | 0.00 | 1,530,959.37 | 0.00 | 0.00 | 1,360,758.56 | 0.00 | 0.00 | 3,148,792.01 | 10,325,533.72 | Updated CDA Claim, Exhibit C-2 | | |
| **Subtotal Replacement of PCCP Panels** | | **2,248,350.79** | **22,804.23** | **2,013,868.76** | **0.00** | **0.00** | **1,530,959.37** | **0.00** | **0.00** | **1,360,758.56** | **0.00** | **0.00** | **3,148,792.01** | **10,325,533.72** | Updated CDA Claim, Exhibit C-2 | **10,325,533** | Updated CDA Claim Narrative Page 578 (Exhibit B) |
| Government Credits | Estimated Cost of All Work Deleted | -2,552,139.62 | 0.00 | -208,397.52 | 0.00 | 0.00 | -210,532.43 | 0.00 | 0.00 | -254,778.02 | 0.00 | 0.00 | -166,550.46 | -3,392,398.05 | Updated CDA Claim, Exhibit C-3 | | |
| Government Credits | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-3 | | |
| Government Credits | Net Cost To Be Deleted | -2,552,139.62 | 0.00 | -208,397.52 | 0.00 | 0.00 | -210,532.43 | 0.00 | 0.00 | -254,778.02 | 0.00 | 0.00 | -166,550.46 | -3,392,398.05 | Updated CDA Claim, Exhibit C-3 | | |
| Government Credits | Cost of Work Added | 2,007,511.46 | 0.00 | 77,139.42 | 0.00 | 0.00 | 386,032.43 | 0.00 | 0.00 | 66,607.72 | 0.00 | 0.00 | 36,087.50 | 2,573,378.53 | Updated CDA Claim, Exhibit C-3 | | |
| **Subtotal Government Credits** | | **-544,628.16** | **0.00** | **-131,258.10** | **0.00** | **0.00** | **175,500.00** | **0.00** | **0.00** | **-188,170.30** | **0.00** | **0.00** | **-130,462.96** | **-819,019.51** | Updated CDA Claim, Exhibit C-3 | **-819,018** | October 23, 2014, REA Narrative, Page 579 |
| **Time-Related General Conditions - Labor** | Cost of Work Added | 0.00 | 0.00 | 0.00 | 3,677,679.00 | 0.00 | 649,094.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,326,773.00 | Updated CDA Claim, Exhibit C-4 | 4,326,773 | October 23, 2014, REA Narrative, Page 587 |
| **Time Related General Conditions - Materials / Services** | Cost of Work Added | 0.00 | 1,350,682.00 | 0.00 | 0.00 | 0.00 | 238,389.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,589,071.00 | Updated CDA Claim, Exhibit C-5 | 1,589,071 | October 23, 2014, REA Narrative, Page 590 |
| **Time Related Equipment Costs (Ownership)** | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 574,870.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,257,137.00 | 0.00 | 3,832,007.00 | Updated CDA Claim, Exhibit C-6 | 3,832,007 | October 23, 2014, REA Narrative, Page 592 |
| **Material Escalation** | Cost of Work Added | 9,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,059.00 | Updated CDA Claim, Exhibit C-7 | 11,059 | October 23, 2014, REA Narrative, Page 592 |
| ADP Impact RCOs | Estimated Cost of All Work Deleted | -32,368.16 | 0.00 | 0.00 | 0.00 | 0.00 | -2,141.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,509.84 | Updated CDA Claim, Exhibit C-8 | | |
| ADP Impact RCOs | Cost of Deleted Work Already Performed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Updated CDA Claim, Exhibit C-8 | | |
| ADP Impact RCOs | Net Cost To Be Deleted | -32,368.16 | 0.00 | 0.00 | 0.00 | 0.00 | -2,141.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,509.84 | Updated CDA Claim, Exhibit C-8 | | |
| ADP Impact RCOs | Cost of Work Added | 375,649.59 | 0.00 | 916,362.83 | 0.00 | 0.00 | 327,873.17 | 0.00 | 0.00 | 512,494.02 | 0.00 | 0.00 | 53,352.00 | 2,185,731.60 | Updated CDA Claim, Exhibit C-8 | | |
| **Subtotal ADP Impact RCOs** | | **343,281.43** | **0.00** | **916,362.83** | **0.00** | **0.00** | **325,731.48** | **0.00** | **0.00** | **512,494.02** | **0.00** | **0.00** | **53,352.00** | **2,151,221.76** | Updated CDA Claim, Exhibit C-8 | **2,151,222** | April 21, 2015, Update to REA Narrative, Page 593 |
| **Labor Inefficiencies** | Cost of Work Added | 0.00 | 0.00 | 1,018,145.00 | 0.00 | 0.00 | 179,697.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,197,842.00 | Updated CDA Claim, Exhibit C-9 | 1,197,842 | October 23, 2014, REA Narrative, Page 617 |
| **Equipment Inefficiencies (Operating Costs)** | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 169,711.00 | 0.00 | 0.00 | 961,555.00 | 0.00 | 0.00 | 0.00 | 1,131,266.00 | Updated CDA Claim, Exhibit C-10 | 1,131,266 | October 23, 2014, REA Narrative, Page 618 |
| **Subcontractor REA** | Cost of Work Added | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 441,793.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,503,128.00 | 2,944,921.00 | Updated CDA Claim, Exhibit C-11 | 2,944,921 | April 28, 2016, CDA Claim, Page 2 |
| **REA Prep Costs (TPC & PSMI Labor and Expenses)** | Cost of Work Added | 0.00 | 377,347.00 | 0.00 | 1,078,058.00 | 0.00 | 260,666.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,487.00 | 0.00 | 1,737,558.00 | Updated CDA Claim, Exhibit C-12 | 1,737,558 | October 23, 2014, REA Narrative, Page 621 |
| **Professional Services** | Cost of Work Added | 0.00 | 2,680,436.00 | 0.00 | 0.00 | 0.00 | 473,087.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,153,523.00 | Updated CDA Claim, Exhibit C-13 | 3,153,523 | Updated CDA Claim Narrative Page 626 (Exhibit B) |
| **Subtotal Estimated Cost of All Work Deleted** | | -2,599,830.61 | 0.00 | -286,171.44 | 0.00 | 0.00 | -222,066.85 | 0.00 | 0.00 | -286,103.98 | 0.00 | 0.00 | -184,084.07 | -3,578,256.94 | | | |
| **Subtotal Cost of Deleted Work Already Performed** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| **Subtotal Net Cost To Be Deleted** | | -2,599,830.61 | 0.00 | -286,171.44 | 0.00 | 0.00 | -222,066.85 | 0.00 | 0.00 | -286,103.98 | 0.00 | 0.00 | -184,084.07 | -3,578,256.94 | | | |
| **Subtotal Cost of Work Added** | | 5,534,758.78 | 4,431,269.23 | 4,434,282.23 | 4,755,737.00 | 0.00 | 5,840,867.70 | 0.00 | 0.00 | 3,358,679.16 | 0.00 | 3,278,624.00 | 7,421,088.38 | 39,055,306.48 | | | |
| **Subtotal** | | 2,934,928.17 | 4,431,269.23 | 4,148,110.80 | 4,755,737.00 | 0.00 | 5,618,800.85 | 0.00 | 0.00 | 3,072,575.19 | 0.00 | 3,278,624.00 | 7,237,004.30 | 35,477,049.54 | | 35,477,053 | |
| Unpaid Contract Balance | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2,601,218.62 | October 23, 2014, REA Narrative, Page 619 | 2,601,219 | October 23, 2014, REA Narrative, Page 627 |
| | **Total Claimed Amount** | | | | | | | | | | | | | **38,078,268.16** | | **38,078,272** | |

Notes:

Rounding Variance    3.84

1 The Net Cost of Change is the actual cost for each cost element determined to the nearest penny as summed from the claim exhibits.

2 The Net Cost of Change (Rounded) is the amount carried forward from the sums of the claim exhibits to the narrative that was rounded to the nearest dollar.  These amounts represent the actual claimed amounts.  The total variance due to rounding, including RCO rounding and unpaid contract balance is $3.84.

Tutor Perini