IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TUTOR PERINI CORPORATION, | ) |
|       Plaintiff, | ) ) ) No. 17-1754c |
| v. | ) (Judge Sweeney) ) |
| THE UNITED STATES, | ) ) |
|       Defendant. | ) |

## DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits.

4. Admits the allegations contained in paragraph 4 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 4.

5. Denies.

6. The allegations contained in paragraph 6 are plaintiff's characterizations of its complaint to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

7. Denies.

8. Admits the allegations contained in paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 8.

9. Admits the allegations contained in paragraph 9 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 9.

10. Admits the allegations contained in paragraph 10 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 10.

11. Admits the allegations contained in the first sentence of paragraph 11. Admits the allegations contained in the second and third sentences of paragraph 11 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the second and third sentences of paragraph 11.

12. The allegations contained in the first sentence of paragraph 12 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations in the second sentence of paragraph 12.

13. The allegations contained in paragraph 13 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

14. The allegations contained in paragraph 14 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

15. Defendant's responses to paragraphs 1 through 14 of the complaint are incorporated by reference.

16. The allegations contained in paragraph 16 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

17. Denies that TPC is entitled to the relief requested in paragraph 17, or to any relief whatsoever.

18. Denies that TPC is entitled to the relief requested in the paragraph immediately following paragraph 17, or to any relief whatsoever.

19. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ David R. Pehlke
DAVID R. PEHLKE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0252
Fax: (202) 353-0461
david.r.pehlke@usdoj.gov

February 7, 2018                Attorneys for Defendant